UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| USA GYMNASTICS ) | CASE NO. 1:18-09108-RLM-11 |
| ) | |
| Debtor. ) | Adv. Proc. No.: 1:19-ap-50012 |
| ) | |
| USA GYMNASTICS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ACE AMERICAN INSURANCE COMPANY f/k/a) | |
| CIGNA INSURANCE COMPANY, GREAT ) | |
| AMERICAN ASSURANCE COMPANY, ) | |
| LIBERTY INSURANCE UNDERWRITERS INC., ) | |
| NATIONAL CASUALTY COMPANY, RSUI ) | |
| INDEMNITY COMPANY, TIG INSURANCE ) | |
| COMPANY, VIRGINIA SURETY COMPANY, ) | |
| INC. f/k/a COMBINED SPECIALTY ) | |
| INSURANCE COMPANY, WESTERN WORLD ) | |
| INSURANCE COMPANY, ENDURANCE ) | |
| AMERICAN INSURANCE COMPANY, ) | |
| AMERICAN INTERNATIONAL GROUP, INC., ) | |
| AMERICAN HOME ASSURANCE COMPANY, ) | |
| and DOE INSURERS, ) | |
| ) | |
| Defendants. ) | |

## APPEARANCE

To the Clerk of this Court and all parties of record:

　　　Enter my appearance as counsel in this case for TIG Insurance Company in both the bankruptcy and the adversary cases.

　　　I certify that I am admitted to practice in this Court.

Date: 2-18-19

            DREWRY SIMMONS VORNEHM, LLP

            /s/ Scott P. Fisher
            Scott P. Fisher (#26813-49)
            736 Hanover Place, Suite 200
            Carmel, IN 46032
            Phone: (317) 580-4848
            Fax: (317) 580-4855
            Email:sfisher@DSVlaw.com


## CERTIFICATE OF SERVICE

  I hereby certify that on February 18, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| Dean Panos<br>Melissa M. Root<br>Catherline L. Steeg<br>JENNER & BLOCK, LLP<br>dpanos@jenner.com<br>mroot@jenner.com<br>csteege@jenner.com<br>*Counsel for Debtor* | Steven A. Baldwin<br>Tonya J. Bond<br>PLEWS SHADLEY RACHER & BRAUN, LLP<br>1346 N. Delaware Street<br>Indianapolis, IN 46202<br>sbaldwin@psrb.com<br>tbond@psrb.com<br>*Counsel for Debtor* |
| Laura A. DuVall<br>Ronald J. Moore<br>Office of U.S. Trustee<br>laura.duvall@usdoj.gov<br>ronald.moore@usdoj.gov<br>*Counsel for U.S. Trustee* | Deborah Caruso<br>Meredith R. Theisen<br>RUBIN & LEVIN, P.C.<br>dcaruso@rubin-levin.net<br>mtheisen@rubin-levin.net<br>*Counsel for Creditor Committee* |
| Kenneth H. Brown<br>Steven W. Golden<br>Ilan D. Scharf<br>James I. Stang<br>PACHULSKI STANG ZIEHL & JONES, LLP<br>kbrown@pszjlaw.com<br>sgolden@pszjlaw.com<br>ischarf@pszjlaw.com<br>jstang@pszjlaw.com<br>*Counsel for Creditor Committee* | |

I further certify that on February 18, 2019, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

    Omni Management Group, Inc.
    5955 De Soto Avenue, Suite 100
    Woodland Hills, CA 91367

                                 /s/ Scott P. Fisher
                                 Scott P. Fisher (#26813-49)
                                 DREWRY SIMMONS VORNEHM, LLP
                                 Carmel City Center
                                 736 Hanover Place, Suite 200
                                 Carmel, IN 46032
                                 Phone: (317) 580-4848