IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| USA GYMNASTICS, | ) | Case No. 18-09108-RLM-11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| USA GYMNASTICS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary No. 19-50012 |
| v. | ) | |
| | ) | |
| ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY and DOE INSURERS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, RSUI INDEMNITY COMPANY'S, NOTICE OF EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Comes now Defendant, RSUI Indemnity Company ("RSUI"), by counsel, and pursuant to Local Rule S.D. Ind. B-7006-1, gives notice of an initial extension of time within which to respond to Plaintiff's Complaint for Breach of Insurance Policy and Declaratory Judgment of Coverage ("Complaint") as follows:

1. A response by RSUI to Plaintiff's Complaint would otherwise be due to be filed on March 7, 2019.

2.      Plaintiff's counsel, Tonya Bond, confirmed via email correspondence on March 4, 2019 that Plaintiff does not object to an initial extension of time of twenty-eight (28) days through and including April 4, 2019 for RSUI to respond to Plaintiff's Complaint.

3.      RSUI's Response to Plaintiff's Complaint therefore shall be filed on or before April 4, 2019.

Respectfully submitted,

/s/ Jeffrey B. Fecht
Jeffrey B. Fecht
Atty. No. 20875-29
RILEY BENNETT EGLOFF LLP
141 East Washington Street, Fourth Floor
Indianapolis, IN  46204
Phone:  (317) 636-8000
Fax:  (317) 636-8027
Email:  jfecht@rbelaw.com

Attorneys for Defendant,
RSUI Indemnity Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on 4th day of March, 2019, a copy of the foregoing *Defendant, RSUI Indemnity Company's, Notice of Extension of Time to Respond to Plaintiff's Complaint* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Steven Baldwin, sbaldwin@psrb.com, rmatthews@psrb.com

Tonya J. Bond, tbond@psrb.com, jscobee@psrb.com

George Calhoun, george@ifrahlaw.com

Scott Patrick Fisher, sfisher@drewrysimmons.com, lgarrison@DSVlaw.com

Gregory Michael Gotwald, ggotwald@psrb.com, scox@psrb.com

Susan N. Gummow, sgummow@fgppr.com

Kevin P. Kamraczewski, kevin@kevinklaw.com

Ronald David Kent, ronald.kent@dentons.com

Christopher Kozak, ckozak@psrb.com

Robert Millner, robert.millner@dentons.com, ndil_ecf@dentons.com

James P. Moloy, jmoloy@boselaw.com, dlingenfelter@boselaw.com, mwakefield@boselaw.com

Igor Shleypak, ishleypak@fgppr.com, jfecteau@fgppr.com

Susan Walker, susan.walker@dentons.com

U.S. Trustee, ustpregion10.in.ecf@usdoj.gov

/s/ Jeffrey B. Fecht
Jeffrey B. Fecht

3