IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: ) <br> ) <br> USA GYMNASTICS, ) <br> ) <br> Debtor. ) <br> _____ ) <br> ) <br> USA GYMNASTICS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACE AMERICAN INSURANCE COMPANY, ) <br> GREAT AMERICAN ASSURANCE ) <br> COMPANY, LIBERTY INSURANCE ) <br> UNDERWRITERS INC., NATIONAL ) <br> CASUALTY COMPANY, RSUI INDEMNITY ) <br> COMPANY, TIG INSURANCE COMPANY, ) <br> VIRGINIA SURETY COMPANY, INC. F/K/A ) <br> COMBINED SPECIALTY INSURANCE ) <br> COMPANY, WESTERN WORLD INSURANCE ) <br> COMPANY, ENDURANCE AMERICAN ) <br> INSURANCE COMPANY, AMERICAN ) <br> INTERNATIONAL GROUP, INC., AMERICAN ) <br> HOME ASSURANCE COMPANY, AND DOE ) <br> INSURERS ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 18-09108-RLM-11 <br> Adv. No. 19-50012 <br><br> Chapter 11 <br><br><br><br><br> **STIPULATION EXTENDING DATE FOR RESPONSE TO ADVERSARY COMPLAINT PURSUANT TO LOCAL RULE 7006-1** |

Debtor-Plaintiff USA Gymnastics ("USAG") and Defendants American International Group, Inc. and American Home Assurance Company (collectively "AIG"), by and through their respective attorney of record, hereby stipulate, pursuant to Local Rule 7006-1, to extend to April

1

4, 2019 the date by which AIG must file and serve their answer or otherwise plead to USAG's adversary complaint. This Stipulation is based on the following facts:

1. USAG filed its adversary complaint against AIG on February 1, 2019. The Summons was issued on February 05, 2019.

2. USAG filed its Certificate of Service Regarding Summons on February 06, 2019.

3. AIG requires additional time to review the adversary complaint and determine the appropriate response.

4. On or about February 20, 2019, AIG requested a 28 day extension of time to answer or otherwise plead pursuant to Local Rule 7006-1. The extension would provide AIG until April 04, 2019 to respond to the adversary complaint. USAG agreed to the AIG's request.

NOW, THEREFORE, USAG and AIG, by and through their attorneys of record, stipulate and agree as follows:

1. The date by which AIG must file and serve its response to the adversary complaint of USAG is extended from March 07, 2019, to and including April 04, 2019.

Intentionally Left Blank

SO STIPULATED.

DATED: March 5, 2019                    PLEWS SHADLEY RACHER & BRAUN LLP

By: /s/ Gregory M. Gotwald
Gregory M. Gotwald, #24911-49
Tonya J. Bond, #24802-49
Steven A. Baldwin, #34498-49
Christopher E. Kozak, #P82156
Plews Shadley Racher & Braun LLP
1346 N. Delaware St.
Indianapolis, IN 46202
Tel: 317.637.0700
ggotwald@psrb.com
tbond@psrb.com
sbaldwin@psrb.com
ckozak@psrb.com
*Attorney for Plaintiff*
USA GYMNASTICS

And with authority from:

Susan N.K. Gummow (Pro Hac Vice Pending)
Igor Shleypak (Pro Hac Vice Pending)
222 N. LaSalle St., Suite 1400
Chicago, IL 60601
Telephone:    (312) 863-5000
Facsimile:    (312) 863-5009
Email:        sgummow@fgppr.com
              ishleypak@fgppr.com

*Attorney for Defendant*
AMERICAN INTERNATIONAL GROUP, INC.; AND
AMERICAN HOME ASSURANCE COMPANY

# CERTIFICATE OF SERVICE

      I hereby certify that on March 5, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| Scott P. Fisher<br>Drewry Simmons Vornehm, LLP<br>sfisher@DSVlaw.com<br><br>George R. Calhoun V<br>Ifrah PLLC<br>george@ifrahlaw.com<br>*Counsel for TIG Insurance Company* | James P. Moloy<br>Bose McKinney & Evans LLP<br>jmoloy@boselaw.com<br><br>Kevin P. Kamraczewski<br>Law Offices of Kevin P. Kamraczewski<br>kevin@kevinklaw.com<br><br>Robert B. Millner<br>Ronald D. Kent<br>Susan M. Walker<br>Dentons US LLP<br>robert.millner@dentons.com<br>ronald.kent@dentons.com<br>susan.walker@dentons.com<br>*Counsel for Virginia Surety Company Inc., f/k/a Combined Specialty Insurance Company* |
| Jeffrey B. Fecht<br>Riley Bennett Egloff LLP<br>jfecht@rbelaw.com<br>*Counsel for RSUI Indemnity Company* | |

      I further certify that on March 5, 2019, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

| | |
|---|---|
| Ace American Insurance Company<br>f/k/a Cigna Insurance Company<br>CT Corporation System<br>150 W. Market St., Ste. 800<br>Indianapolis, IN 46204-2814 | Great American Assurance Company<br>CT Corporation System<br>150 W. Market St., Ste. 800<br>Indianapolis, IN 46204-2814 |
| Liberty Insurance Underwriters Inc.<br>Corporation Service Company<br>135 N. Pennsylvania St., Ste. 1610<br>Indianapolis, IN 46204-2448 | National Casualty Company<br>Corporation Service Company<br>135 N. Pennsylvania St., Suite 1610<br>Indianapolis, IN 46204-2448 |
| Western World Insurance Company | Endurance American Insurance Company |

| | |
|---|---|
| 300 Kimball Dr., Ste. 500<br>Parsippany, NJ 07054 | c/o CT Corporation System. Registered Ag<br>150 W Market St., Ste. 800<br>Indianapolis, IN 46204-2814 |
| American International Group, Inc.<br>175 Water St., Floor 18<br>New York, NY 10038-4976 | American Home Assurance Company<br>c/o CT Corporation System. Registered Ag<br>150 W. Market St., Ste. 800<br>Indianapolis, IN 46204-2814 |
| U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St., Ste. 1000<br>Indianapolis, IN 46204 | |

            */s/ Gregory M. Gotwald*
            Gregory M. Gotwald