UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| USA GYMNASTICS | ) | CASE NO.  1:18-09108-RLM-11 |
| | ) | |
| Debtor. | ) | Adv. Proc. No.: 1:19-ap-50012 |
| | ) | |
| USA GYMNASTICS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY, and DOE INSURERS, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT, TIG INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S ADVERSARY COMPLAINT**

Defendant, TIG Insurance Company ("TIG"), by counsel, and pursuant to Rule 7006.1 of the Local Rules of the United States Bankruptcy Court, Southern District of Indiana, moves the Court for an extension of time of sixty (60) days to answer or otherwise respond to the Adversary Complaint of Plaintiff, USA Gymnastics ("Plaintiff"), and in support thereof states the following:

1.Plaintiff filed its Adversary Complaint on or about February 1, 2019.  TIG has until March 7 to answer or otherwise respond to the Complaint.

2.TIG is in need of an additional sixty (60) days, to and including May 6, 2019, to investigate the claims propounded by Plaintiff and answer or otherwise respond.

3.Counsel for TIG has communicated with counsel for Plaintiff and counsel for Plaintiff has no objection to such an extension.

4.This motion is not meant to delay or otherwise impede these proceedings.

WHEREFORE, Defendant, TIG Insurance Company, moves the Court for an unopposed extension of time of sixty (60) days, to and including May 6, 2019, to answer or otherwise respond to the Adversary Complaint of Plaintiff, USA Gymnastics, and for all other relief just and proper under the premises.

Respectfully submitted,

DREWRY SIMMONS VORNEHM, LLP

/s/ Scott P. Fisher
Scott P. Fisher (#26813-49)

/s/ George R. Calhoun, V
George R. Calhoun, V
District of Columbia Bar No.: 459717

Attorneys for TIG Insurance Company

Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
317-580-4848
317-580-4855 Facsimile
sfisher@DSVlaw.com
george@ifrahlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2019, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's ECF system.

                                        /s/ Scott P. Fisher
                                        Scott P. Fisher