# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| USA GYMNASTICS, | ) | Case No. 18-09108-RLM-11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| USA GYMNASTICS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Case No. 19-50012 |
| | ) | |
| ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE CO., LIBERTY INSURANCE UNDERWRITERS, INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE CO., AND DOE INSURERS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT LIBERTY INSURANCE UNDERWRITERS, INC.'S**
**NOTICE OF EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Comes now Defendant, Liberty Insurance Underwriters, Inc. ("LIU"), by counsel, and pursuant to Local Rule S.D. Ind. B-7006-1, gives notice of an initial extension of time within which to respond to Plaintiff's Complaint for Breach of Insurance Policy and Declaratory Judgment of Coverage ("Complaint") as follows:[1/]

---

[1/] LIU has moved, together with the other Defendants in this action, to withdraw the reference to the United States Bankruptcy Court for the Southern District of Indiana of the Adversary Proceeding. Accordingly, the instant

1. A response by LIU to Plaintiff's Complaint would otherwise be due to be filed on March 7, 2019.

2. Plaintiff's counsel, George M. Plews, confirmed via telephone on March 6, 2019 that Plaintiff does not object to an initial extension of time of twenty-eight (28) days through and including April 4, 2019 for LIU to file and serve its answer or otherwise plead in response to Plaintiff's Complaint.

3. LIU's response to Plaintiff's Complaint therefore shall be filed on or before April 4, 2019.

                    Respectfully submitted,

                    KIGHTLINGER & GRAY, LLP


                    */s/Ginny L. Peterson*
                    Ginny L. Peterson, ID No. 20305-41
                    KIGHTLINGER & GRAY, LLP
                    One Indiana Square, Suite 300
                    211 North Pennsylvania Street
                    Indianapolis, Indiana 46204
                    (317) 638-4521
                    gpeterson@k-glaw.com

                    Attorneys for Defendant,
                    Liberty Insurance Underwriters, Inc.

---

Notice does not reflect LIU's consent to this Court's jurisdiction and is subject to the arguments contained in the motion to withdraw the reference.

## CERTIFICATE OF SERVICE

I certify that on March 7, 2019 a copy of the forgoing was served via ECF to the following counsel of record or First Class Mail, postage pre-paid to the following parties:

| | |
|---|---|
| Gregory M. Gotwold – ggotwald@psrb.com<br>Tonya J. Bond – tbond@psrb.com<br>Steven A. Baldwin - sbaldwin@psrb.com<br>Christopher Kozak – ckozak@psrb.com<br>PLEWS SHADLEY RACHER & BRAYN, LLP<br>1346 N. Delaware Street<br>Indianapolis, IN 46202<br>*Counsel for USA Gymnastics* | Jeffrey B. Fecht<br>Riley Bennett Egloff, LLP<br>141 E. Washington Street<br>Fourth Floor<br>Indianapolis, IN 46204<br>jfecht@rbelaw.com<br>*Counsel for RSUI Indemnity Company* |
| George Calhoun, IV<br>George@ifrahlaw.com<br>Ifrah Law<br>1717 Pennsylvania Avenue, NW, Suite 650<br>Washington, DC 20006<br><br>Scott Patrick Fisher<br>sfisher@drewrysimmons.com<br>DREWRY SIMMONS VORNEHM, LLP<br>736 Hanover Place, Suite 200<br>Carmel, IN 46032<br>*Counsel for TIG Insurance Company*<br><br>Susan N. Gummow<br>Igore Shleypak<br>Foran Glennon Palandech Ponzi & Rudloff, P.C.<br>222 N. LaSalle Street, Suite 1400<br>Chicago, IL 60601<br>sgummow@fgppr.com<br>ishleypak@fgppr.com<br>*Counsel for American International Group, Inc. and American Home Assurance Co.* | Kevin P. Kamraczewski<br>LAW OFFICE OF KEVIN P. KAMRACZEWSKI<br>6101 E. North Sheridan Road, Unit 18c<br>Chicago, IL 60660<br>Kevin@kevinklaw.com<br><br>Ronald D. Kent<br>Susan E. Walker<br>DENTONS US, LLP<br>601 S. Figueuroa Street, Suite 2500<br>Los Angeles, CA 90017<br>Ronald.Kent@dentons.com<br>Susan.Walker@dentons.com<br><br>Robert Millner<br>DENTONS US, LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606<br>Robert.millner@dentons.com<br><br>James P. Maloy<br>BOSE MCKINNEY & EVANS, LLP<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204<br>jmoloy@boselaw.com<br><br>*Counsel for Virginia Surety Company, Inc. f/k/a Combined Specialty Ins. Co.* |

    *s/Ginny L. Peterson*
Ginny L. Peterson

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204
(317) 638-4521
gpeterson@k-glaw.com

4

180584\5179301-1

85340651v.1