IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS, | Case No. 18-09108-RLM-11 |
| Debtor. | Adv. Proc. No. 19-50012 |

| | |
|---|---|
| USA GYMNASTICS, | ) **STIPULATION EXTENDING** |
| | ) **TIME TO ANSWER MOVE OR** |
| Plaintiff, | ) **OTHERWISE PLEAD** |
| | ) |
| vs. | ) |
| | ) |
| ACE AMERICAN INSURANCE COMPANY f/k/a | ) |
| CIGNA INSURANCE COMPANY, GREAT | ) |
| AMERICAN ASSURANCE COMPANY, LIBERTY | ) |
| INSURANCE UNDERWRITERS INC., NATIONAL | ) |
| CASUALTY COMPANY, RSUI INDEMNITY | ) |
| COMPANY, TIG INSURANCE COMPANY, | ) |
| VIRGINIA SURETY COMPANY, INC. f/k/a | ) |
| COMBINED SPECIALTY INSURANCE | ) |
| COMPANY, WESTERN WORLD INSURANCE | ) |
| COMPANY, ENDURANCE AMERICAN | ) |
| INSURANCE COMPANY, AMERICAN | ) |
| INTERNATIONAL GROUP, INC., AMERICAN | ) |
| HOME ASSURANCE COMPANY, and DOE | ) |
| INSURERS | ) |
| | ) |
| Defendants. | ) |

**STIPULATION**

Debtor-Plaintiff USA Gymnastics ("USAG") and Defendant National Casualty Company ("NCC"), by and through their respective attorneys, hereby stipulate, pursuant to Local Rule 7006-1, to extend to April 4, 2019 the date by which NCC must file and serve their answer, move, or otherwise plead to USAG's adversary complaint. This Stipulation is based on the

**Error! Unknown document property name.**

following facts:

    1. USAG filed its adversary complaint against NCC on February 1, 2019. The Summons was issued on February 05, 2019.

    2. USAG filed its Certificate of Service Regarding Summons on February 06, 2019.

    3. NCC requires additional time to review the adversary complaint and determine the appropriate response.

    4. On or about March 5, 2019, NCC requested an extension of time to April 4, 2019 to answer, move, or otherwise plead pursuant to Local Rule 7006-1.   USAG has agreed to NCC's request.

    NOW, THEREFORE, USAG and NCC, by and through their attorneys of record, stipulate and agree as follows:

    1.    The date by which NCC must answer, move, or otherwise plead in response to the adversary complaint of USAG is extended from March 07, 2019, to and including April 4, 2019.

[Remainder of Page Left Intentionally Blank]

**Error! Unknown document property name.**

SO STIPULATED.


| | |
|---|---|
| DATED: March 7, 2019 | PLEWS SHADLEY RACHER & BRAUN LLP<br>By: /s/ Tonya J. Bond<br>Gregory M. Gotwald, #24911-49<br>Tonya J. Bond, #24802-49<br>Steven A. Baldwin, #34498-49<br>Christopher E. Kozak, #P82156<br>Plews Shadley Racher & Braun LLP<br>1346 N. Delaware St. Indianapolis, IN 46202<br>Tel: (317) 637-0700<br>ggotwald@psrb.com<br>tbond@psrb.com<br>sbaldwin@psrb.com<br>ckozak@psrb.com<br>Attorney for Plaintiff *USA GYMNASTICS* |
| And with authority from: | DINSMORE & SHOHL, LLP<br>By: /s/ Hans H.J. Pijls<br>Hans H. J. Pijls (P37248)<br>Dinsmore & Shohl, LLP<br>300 N. Fifth Avenue, Suite 120<br>Ann Arbor, MI  48104<br>Tel: (734) 773-4058<br>hans.pijls@dinsmore.com<br>Attorney for Defendant *National Casualty Company* |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2019, a copy of the foregoing Stipulation was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Scott P. Fisher
Drewry Simmons Vornehm, LLP
sfisher@DSVlaw.com

George R. Calhoun V
Ifrah PLLC
george@ifrahlaw.com
*Counsel for TIG Insurance Company*

Jeffrey B. Fecht
Riley Bennett Egloff LLP
jfecht@rbelaw.com
*Counsel for RSUI Indemnity Company*

Harley K. Means
Kroger Gardis & Regas, LLP
hmeans@kgrlaw.com
*Counsel for ACE American Insurance Company f/k/a CIGNA Insurance Company*

Ginny L. Peterson
Kightlinger & Gray, LLP
gpeterson@k-glaw.com
*Counsel for Liberty Insurance Underwriters, Inc.*

James P. Moloy
Bose McKinney & Evans LLP
jmoloy@boselaw.com

Kevin P. Kamraczewski
Law Offices of Kevin P. Kamraczewski
kevin@kevinklaw.com

Robert B. Millner
Ronald D. Kent
Susan M. Walker
Dentons US LLP
robert.millner@dentons.com
ronald.kent@dentons.com
susan.walker@dentons.com
*Counsel for Virginia Surety Company Inc., f/k/a Combined Specialty Insurance Company*

Wendy D. Brewer
Fultz Maddox Dickens PLC
wbrewer@fmdlegal.com

Phillip A. Martin
Fultz Maddox Dickens PLC
pmartin@fmdlegal.com
*Counsel for Endurance American Insurance Company*

Bruce L. Kamplain
Norris Choplin Schroeder LLP
bkamplain@ncs-law.com
*Counsel for Western World Insurance Company*

Hans H. J. Pijls
Dinsmore & Shohl LLP
hans.pijls@dinsmore.com
*Counsel for National Casualty Company*

**Error! Unknown document property name.**

  I further certify that on March 7, 2019, a copy of the foregoing Stipulation was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

| | |
|---|---|
| U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St., Ste. 1000<br>Indianapolis, IN 46204<br>American International Group, Inc.<br>175 Water St., Floor 18<br>New York, NY 10038-4976 | Great American Assurance Company<br>CT Corporation System<br>150 W. Market St., Ste. 800<br>Indianapolis, IN 46204-2814<br>American Home Assurance Company<br>c/o CT Corporation System. Registered Ag<br>150 W. Market St., Ste. 800<br>Indianapolis, IN 46204-2814 |

              /s/ Tonya J. Bond
              Tonya J. Bond

**Error! Unknown document property name.**