**SO ORDERED: March 7, 2019.**



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 12/2017)

In re:

**USA Gymnastics**,
        Debtor.

Case No. **18–09108–RLM–11**

Adv. Proc. No. **19–50012**

**USA Gymnastics**,
        Plaintiff,
  vs.
**Ace American Insurance Company**,
**Great American Assurance Company**,
**Liberty Insurance Underwriters Inc.**,
et al.,
        Defendants.

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE ADVERSARY DOCUMENTS

A Motion to Extend Time to File Answer and or other Response was filed on March 6, 2019, by Defendant Endurance American Insurance Company.

**IT IS ORDERED** that the Motion to Extend Time to File Answer and or other Response is **GRANTED**. The time for filing is extended to May 3, 2019.

Attorney for Defendant Endurance American Insurance Company must distribute this order.

###