IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: <br><br> USA GYMNASTICS, <br><br> Debtor. | ) Chapter 11 <br> ) <br> ) Case No. 18-09108-RLM-11 <br> ) |
| USA GYMNASTICS, <br><br> Plaintiff, <br> v. <br><br> ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY, AND DOE INSURERS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Adv. Case No. 19-50012 <br> ) |

**NOTICE OF INITIAL EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Comes now ACE American Insurance Company f/k/a CIGNA Insurance Company ("ACE American Insurance"), by counsel, and pursuant to S.D. Ind. B-7006-1 hereby notifies the Court and parties as follows:

1. On February 6, 2019, counsel for the Plaintiff served ACE American Insurance with a copy of the *Complaint for Breach of Insurance Policy and Declaratory Judgment of Coverage* ("Complaint") initiating this Adversary Proceeding along with a Summons.

2. The original due date for ACE American Insurance's response to the Complaint is March 8, 2019.

3. ACE American Insurance requests an initial 28-day extension of time within which to file a response to the Complaint, to and including April 4, 2019.

4. Counsel for the Plaintiff was contacted, and said counsel does not object to the requested extension.

5. The due date for ACE American Insurance's response to the Complaint is extended to and including April 4, 2019.

Dated: March 8, 2019

KROGER, GARDIS & REGAS, LLP

By   /s/ Harley K. Means
Stephen J. Peters, Attorney No. 6345-49
Harley K. Means, Attorney No. 23068-32
Counsel for Defendant, Defendant, ACE American Insurance Company f/k/a CIGNA Insurance Company
Kroger, Gardis & Regas, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
(317) 692-9000
(317) 264-6832 (Fax)
speters@kgrlaw.com
hmeans@kgrlaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2019, the foregoing *Notice of Initial Extension of Time to Respond to Complaint* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| Steven Baldwin<br>Tonya J. Bond<br>Gregory M. Gotwald<br>Christopher Kozak<br>sbaldwin@psrb.com<br>tbond@psrb.com<br>ggotwald@psrb.com<br>ckozak@psrb.com | Robert Millner<br>Susan Walker<br>Ronald D. Kent<br>Robert.millner@dentons.com<br>susan.walker@dentons.com<br>ronald.kent@dentons.com |
| Scott P. Fisher<br>sfisher@drewrysimmons.com | George Calhoun, IV<br>george@ifrahlaw.com |
| James P. Moloy<br>jmoloy@boselaw.com | Kevin P. Kamraczewski |
| Susan N. Gummow<br>Igor Shleypak<br>sgummow@fgppr.com<br>ishleypak@fgppr.com | kevin@kevinklaw.com<br><br>Jeffrey B. Fecht<br>jfecht@rbelaw.com |
| United States Trustee<br>ustpregion10.in.ecf@usdoj.gov | |
| | Ginny L. Peterson<br>gpeterson@k-glaw.com |
| Wendy Brewer<br>wbrewer@fmdlegal.com | |
| | Bruce L. Kamplain<br>bkamplain@ncs-law.com |

I further certify that on March 8, 2019, the foregoing *Notice of Initial Extension of Time to Respond to Complaint* was mailed by the first-class U.S. Mail, postage prepaid, and properly addressed to the following:

| | |
|---|---|
| Great American Assurance Company<br>CT Corporation<br>150 W. Market Street, Suite 800<br>Indianapolis, IN 46204 | National Casualty Company<br>Corporation Service Company<br>135 N. Pennsylvania , Suite 1610<br>Indianapolis, Indiana 46204-2448 |

By: <u>/s/ Harley K. Means</u>
    Harley K. Means, #23068-32
    Attorneys for Defendant,
    ACE American Insurance Company f/k/a CIGNA Insurance Company
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN   46204-5125
(317) 692-9000
(317) 264-6832 Fax
hmeans@kgrlaw.com