IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-09108-RLM-11 |
| | ) | Adv. No. 19-50012 |
| USA GYMNASTICS, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| USA GYMNASTICS, | ) | |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITHOUT PREJUDICE OF AMERICAN INTERNATIONAL GROUP, INC.** |
| | ) | |
| v. | ) | |
| | ) | |
| ACE AMERICAN INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. F/K/A COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY, AND DOE INSURERS | ) | |
| | ) | |
| Defendants. | ) | |

Debtor-Plaintiff USA Gymnastics ("USAG") and Defendant American International Group, Inc. ("AIG"), by and through their respective attorney of record, hereby stipulate, pursuant to Fed. R. Bankr. P. 41(a) and Local Rule B-9019-1(b)(1), to the Dismissal Without Prejudice of

1

AIG from the above captioned Adversary Proceeding, including all claims against AIG as stated therein, with each party to bear its own attorney's fees and costs.

    SO STIPULATED.

DATED:    March 14, 2019        FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.

    By:    /s/ Susan N.K. Gummow
    Susan N.K. Gummow (Admitted Pro Hac Vice)
    Igor Shleypak (Admitted Pro Hac Vice)
    222 N. LaSalle St., Suite 1400
    Chicago, IL 60601
    Telephone:  (312) 863-5000
    Facsimile:  (312) 863-5009
    Email:  sgummow@fgppr.com
      ishleypak@fgppr.com

*Attorney for Defendant*
AMERICAN INTERNATIONAL GROUP, INC.

And with authority from:

    Gregory M. Gotwald, #24911-49
    Tonya J. Bond, #24802-49
    Steven A. Baldwin, #34498-49
    Christopher E. Kozak, #P82156
    Plews Shadley Racher & Braun LLP
    1346 N. Delaware St.
    Indianapolis, IN 46202
    Tel: 317.637.0700
    ggotwald@psrb.com
    tbond@psrb.com
    sbaldwin@psrb.com
    ckozak@psrb.com

*Attorney for Plaintiff*
USA GYMNASTICS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-09108-RLM-11 |
| | ) | Adv. No. 19-50012 |
| USA GYMNASTICS, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| USA GYMNASTICS, | ) | |
| | ) | |
| Plaintiff, | ) | **PROPOSED ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF AMERICAN INTERNATIONAL GROUP, INC.** |
| v. | ) | |
| ACE AMERICAN INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. F/K/A COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY, AND DOE INSURERS | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Joint Stipulation for Dismissal without Prejudice of American International Group, Inc. is approved. American International Group, Inc. and all claims asserted against American

3

International Group, Inc. in Adversary Proceeding 19-50012 are hereby dismissed without prejudice.

Dated:_____

                                                      The Honorable Robyn L. Moberly
                                                      United States Bankruptcy Court Judge
                                                      Southern District of Indiana