UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00200 (rev 06/2017)

In re:

**USA Gymnastics**,
    Debtor.

Case No. **18–09108–RLM–11**

Adv. Proc. No. **19–50012**

**USA Gymnastics**,
    Plaintiff,
 vs.
**Ace American Insurance Company**,
**Great American Assurance Company**,
**Liberty Insurance Underwriters Inc.**,
et al.,
    Defendants.

## NOTICE OF STATUS TELECONFERENCE

The Court, after reviewing this case, determines that a status teleconference is required to evaluate the following matter(s):

    Telephonic Conference on Motion for Stay Pending Withdrawal of Reference filed on behalf of Defendant Ace American Insurance Company [38] and Response/Objection filed on behalf of Plaintiff USA Gymnastics [75]

**NOTICE IS GIVEN** that a status teleconference will be held as follows:

    Date:  March 21, 2019
    Time:  01:30 PM EDT
    Place:  888–273–3658; access code 9247462

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing parties.

Dated:  March 20, 2019
                                                  Kevin P. Dempsey
                                                  Clerk, U.S. Bankruptcy Court