# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 3/20/2019 |
| Case: 19−50012 | Form ID: SF00200 | Total: 27 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| aty | Bruce L. Kamplain | bkamplain@ncs−law.com |
| aty | Catherine L. Steege | csteege@jenner.com |
| aty | Christopher Kozak | ckozak@psrb.com |
| aty | Cynthia Lasher | clasher@ncs−law.com |
| aty | George Calhoun, IV | george@ifrahlaw.com |
| aty | Ginny L. Peterson | gpeterson@k−glaw.com |
| aty | Gregory Michael Gotwald | ggotwald@psrb.com |
| aty | Hans Pijls | hans.pijls@dinsmore.com |
| aty | Harley K Means | hkm@kgrlaw.com |
| aty | Igor Shleypak | ishleypak@fgppr.com |
| aty | James P Moloy | jmoloy@boselaw.com |
| aty | Jeffrey B. Fecht | jfecht@rbelaw.com |
| aty | Karen M Dixon | kdixon@skarzynski.com |
| aty | Kevin P Kamraczewski | kevin@kevinklaw.com |
| aty | Melissa M. Root | mroot@jenner.com |
| aty | Michael M. Marick | mmarick@skarzynski.com |
| aty | Phillip Alan Martin | pmartin@fmdlegal.com |
| aty | Robert Millner | robert.millner@dentons.com |
| aty | Ronald David Kent | ronald.kent@dentons.com |
| aty | Scott Patrick Fisher | sfisher@drewrysimmons.com |
| aty | Stephen Jay Peters | speters@kgrlaw.com |
| aty | Steven Baldwin | sbaldwin@psrb.com |
| aty | Susan Walker | susan.walker@dentons.com |
| aty | Susan N Gummow | sgummow@fgppr.com |
| aty | Tonya J. Bond | tbond@psrb.com |
| aty | Wendy D Brewer | wbrewer@fmdlegal.com |

TOTAL: 27