IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11<br><br>Adv. Proc. No. 1:19-ap-50012 |

USA GYMNASTICS, INC., )
)
Plaintiff, )
)
vs. )
)
ACE AMERICAN INSURANCE COMPANY )
f/k/a CIGNA INSURANCE COMPANY, )
GREAT AMERICAN ASSURANCE )
COMPANY, LIBERTY INSURANCE )
UNDERWRITERS INC., NATIONAL )
CASUALTY COMPANY, RSUI INDEMNITY )
COMPANY, TIG INSURANCE COMPANY, )
VIRGINIA SURETY COMPANY, INC. f/k/a )
COMBINED SPECIALTY INSURANCE )
COMPANY, WESTERN WORLD )
INSURANCE COMPANY, ENDURANCE )
AMERICAN INSURANCE COMPANY, )
AMERICAN INTERNATIONAL GROUP, )
INC., AMERICAN HOME ASSURANCE )
COMPANY, and DOE )
INSURERS, )

Defendants.

## USA GYMNASTICS' VERIFIED MOTION TO CORRECT THE RECORD ON ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST LIU

USAG submits this motion to correct the record on its motion for partial summary judgment against Liberty Insurance Underwriters ("LIU"). [Dkt. 26.] In support of its motion, USAG states:

- 1 -

1. On March 1, 2019, USAG moved for partial summary judgment against defendant LIU. [Dkt. 26.]

2. In its brief supporting partial summary judgment, USAG argued that LIU owed coverage for two matters in part because it "has not responded to USAG's request for defense costs" on those matters within a reasonable time. [Dkt. 27, at 8, ¶ 2.] In addition to its other arguments why coverage exists, USAG asked the Court to estop LIU from invoking coverage defenses as to those claims. [*Id.* at 21 n.17.]

3. On March 13, 2019, USAG's counsel discovered a hard copy of a letter, sent by LIU, responding to these matters. The letter was inadvertently omitted from counsel's electronic storage systems, and the hard copy was discovered during an office move. The letter was omitted from USAG's analysis by accident.

4. USAG as a result withdraws the statement in the last sentence of paragraph 2, page 8, of Dkt. 27, as well as the argument in footnote 17, page 21, of the brief.

5. The coverage arguments raised by LIU in the letter are substantially the same as those addressed elsewhere in USAG's brief. Based on its response to those arguments, USAG continues in its request for summary judgment on these two matters as well as the other claims addressed in its motion.

Respectfully Submitted,

*/s/ Tonya J. Bond*
George M. Plews (#6274-49)
Gregory M. Gotwald (#24911-49)

Tonya J. Bond (#24802-49)
Steven A. Baldwin (#34498-49)
Christopher E. Kozak (#P82156)
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N. Delaware St.
Indianapolis, IN 46202-2415
(317) 637-0700
*Attorneys for USA Gymnastics*
ggotwald@psrb.com
tbond@psrb.com
sbaldwin@psrb.com
ckozak@psrb.com

## VERIFICATION

I, Tonya Bond, am over the age of eighteen, of sound mind, and competent to testify. I am a Partner at the above-named firm and have been coverage counsel for USAG since February 2018. The factual statements made in this motion are made on my personal knowledge. I affirm, under penalties of perjury, that the foregoing representations are true to the best of my knowledge and belief.

Date: March 20, 2019

*/s/ Tonya J. Bond*
Tonya J. Bond
Plews Shadley Racher & Braun LLP
1346 North Delaware Street
Indianapolis, IN 46202

Coverage Counsel for USA Gymnastics

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| Scott P. Fisher<br>Drewry Simmons Vornehm, LLP<br>sfisher@DSVlaw.com<br><br>George R. Calhoun V<br>Ifrah PLLC<br>george@ifrahlaw.com<br>*Counsel for TIG Insurance Company* | James P. Moloy<br>Bose McKinney & Evans LLP<br>jmoloy@boselaw.com<br><br>Kevin P. Kamraczewski<br>Law Offices of Kevin P. Kamraczewski<br>kevin@kevinklaw.com<br><br>Robert B. Millner<br>Ronald D. Kent<br>Susan M. Walker<br>Dentons US LLP<br>robert.millner@dentons.com<br>ronald.kent@dentons.com<br>susan.walker@dentons.com<br>*Counsel for Virginia Surety Company Inc., f/k/a Combined Specialty Insurance Company* |
| Jeffrey B. Fecht<br>Riley Bennett Egloff LLP<br>jfecht@rbelaw.com<br>*Counsel for RSUI Indemnity Company* | Wendy D. Brewer<br>Phillip A. Martin<br>Fultz Maddox Dickens PLC<br>wbrewer@fmdlegal.com<br>pmartin@fmdlegal.com<br>*Counsel for Endurance American Insurance Company* |
| Harley K. Means<br>Stephen J. Peters<br>Kroger Gardis & Regas, LLP<br>hmeans@kgrlaw.com<br>speters@kgrlaw.com<br>*Counsel for ACE American Insurance Company f/k/a CIGNA Insurance Company* | Bruce L. Kamplain<br>Cynthia E. Lasher<br>Norris Choplin Schroeder LLP<br>bkamplain@ncs-law.com<br>clasher@ncs-law.com<br>*Counsel for Western World Insurance Company* |
| Ginny L. Peterson<br>Kightlinger & Gray, LLP<br>gpeterson@k-glaw.com<br>*Counsel for Liberty Insurance Underwriters, Inc.* | Hans H. J. Pijls<br>Dinsmore & Shohl LLP<br>Hans.pijls@dinsmore.com<br>*Counsel for National Casualty Company* |
| Susan N.K. Gummow<br>Igor Shleypak<br>Foran Glennon Palandech Ponzi & Rudloff PC<br>sgummow@fgppr.com | Karen M. Dixon<br>Michael M. Marick<br>Skarzynski Marick & Black LLP<br>kdixon@skarzynski.com |

| | |
|---|---|
| ishleypak@fgppr.com<br>*Counsel for American International Group, Inc. & American Home Assurance Company* | mmarick@skarzynski.com<br>*Counsel for Great American Assurance Company* |
| U.S. Trustee<br>Office of U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov | Catherine L. Steege<br>Melissa M. Root<br>Jenner & Block LLP<br>csteege@jenner.com<br>mroot@jenner.com<br>*Counsel for Debtor USA Gymnastics* |

                                        s/ Tonya J. Bond
                                        Tonya J. Bond