# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

**Debtor:** USA GYMNASTICS
**Case Number:** 18-09108-RLM-11     **Chapter:** 11
**Date / Time / Room:** THURSDAY, MARCH 21, 2019 01:30 PM   IP 329
**Bankruptcy Judge:** ROBYN L. MOBERLY
**Courtroom Clerk:**
**Reporter / ECR:** N/A

### Matter:

ADV: 1-19-50012

USA Gymnastics vs Ace American Insurance Company & Great American Assurance Company & Liberty Insurance Underwriters Inc. & National Casualty Company & RSUI Indemnity Company & TIG Insurance Company & Virginia Surety Company, Inc. & Western World Insurance Company & Endurance American Insurance Company & American International Group, Inc. & American Home Assurance Company & DOE Insurers, identities unknown

Telephonic Conference on Motion for Stay Pending Withdrawal of Reference filed on behalf of Defendant Ace American Insurance Company [38] and Response/Objection filed on behalf of Plaintiff USA Gymnastics [75]

**R / M #:**   0 / 0

VACATED:   Hearing to be held on 3/26/19 at 1:30 pm.

### Appearances:

NONE

### Proceedings:

VACATED: Hearing to be held on 3/26/19 at 1:30 pm.


**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT. IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**