SO ORDERED: April 3, 2019.



_____
**Robyn L. Moberly**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 12/2017)

In re:

**USA Gymnastics**,
        Debtor.

Case No. **18–09108–RLM–11**

Adv. Proc. No. **19–50012**

**USA Gymnastics**,
        Plaintiff,
   vs.
**Ace American Insurance Company**,
**Great American Assurance Company**,
**Liberty Insurance Underwriters Inc.**,
et al.,
        Defendants.

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE ADVERSARY DOCUMENTS

A Joint Motion to Extend Time to File Answer was filed on April 2, 2019, by Defendant American Home Assurance Company; Defendant Ace American Insurance Company; Plaintiff USA Gymnastics; Defendant National Casualty Company; Defendant RSUI Indemnity Company; Defendant TIG Insurance Company; Defendant Virginia Surety Company, Inc.; Defendant Western World Insurance Company; Defendant Endurance American Insurance Company; and Defendant Great American Assurance Company.

**IT IS ORDERED** that the Joint Motion to Extend Time to File Answer is **GRANTED**. The time for filing is extended to June 7, 2019.

Attorney for Plaintiff USA Gymnastics must distribute this order.

###