**SO ORDERED: April 4, 2019.**



_____
**Robyn L. Moberly**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| USA GYMNASTICS, | ) | Case No. 18-09108-RLM-11 |
| | ) | |
| Debtor. | ) | |
| USA GYMNASTICS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Case No. 19-50012 |
| | ) | |
| ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY, AND DOE INSURERS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

# SCHEDULING ORDER

# REGARDING DEFENDANTS' MOTION FOR STAY OF ADVERSARY PROCEEDING

On March 26, 2019 the Court conducted a telephonic status conference to establish a briefing and hearing schedule for Defendants' Motion for Stay of the Adversary Proceeding. By agreement of the Parties, the Court approved the following:

1. Defendants' reply in support of the Motion for Stay of the Adversary Proceeding (the "Stay Motion") is due April 2, 2019.

2. The hearing on the Stay Motion will be held in conjunction with the Omnibus hearing on **Wednesday, April 17, 2019 at 1:30 p.m. (Eastern) in Room 329**, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Judge Robyn L. Moberly and is limited to oral argument. There will be no witnesses called.

# # #