# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 18−09108−RLM−11 |
| USA GYMNASTICS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, and DOE INSURERS<br><br>　　　　Defendants. | Adv. Pro. No. 19–50012<br>in 18−09108−RLM−11 |

**ADDITIONAL DESIGNATION OF RECORD
FOR USA GYMNASTICS' OBJECTION
TO DEFENDANTS' JOINT MOTION TO WITHDRAW
<u>THE REFERENCE OF THE ADVERSARY PROCEEDING</u>**

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

USA Gymnastics, as debtor and debtor in possession in the above-captioned chapter 11 case, hereby submits, pursuant to Rule 5011-1(d) of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana, the following Additional Designation of Record for its Objection To Defendants' Joint Motion To Withdraw The Reference Of The Adversary Proceeding:

1. Declaration Of James Scott Shollenbarger In Support Of Chapter 11 Petition And Requests For First Day Relief [Bankruptcy No. 18−09108−RLM−11, Dkt. 8].

2. First Day Motion For An Order (I) Authorizing The Debtor To Continue, Renew, And Supplement Insurance Policies; (II) Authorizing Payment Of Obligations Incurred In The Ordinary Course Of Operations In Connection With Insurance Programs, Including Payment Of Policy Premiums, Broker Fees, And Premium Financing Obligations; And (III) Authorizing Banks To Honor And Process Check And Electronic Transfer Requests Related Thereto Pursuant To Sections 105(a) And 363(b) Of The Bankruptcy Code [Bankruptcy No. 18−09108−RLM−11, Dkt. 14].

3. Supplement To Motion For An Order (I) Authorizing The Debtor To Continue, Renew, And Supplement Insurance Policies; (II) Authorizing Payment Of Obligations Incurred In The Ordinary Course Of Operations In Connection With Insurance Programs, Including Payment Of Policy Premiums, Broker Fees, And Premium Financing Obligations; And (III) Authorizing Banks To Honor And Process Check And Electronic Transfer Requests Related Thereto Pursuant To Sections 105(A) And 363(B) Of The Bankruptcy Code [Bankruptcy No. 18−09108−RLM−11, Dkt. 106].

4. Final Order Granting First Day Motion For An Order (I) Authorizing The Debtor To Continue, Renew, And Supplement Insurance Policies; (Ii) Authorizing Payment Of Obligations Incurred In The Ordinary Course Of Operations In Connection With Insurance Programs, Including Payment Of Policy Premiums, Broker Fees, And Premium Financing Obligations; And (Iii) Authorizing Banks To Honor And Process Check And Electronic Transfer Requests Related Thereto Pursuant To Sections 105(A) And 363(B) Of The Bankruptcy Code [Bankruptcy No. 18−09108−RLM−11, Dkt. 197].

5. Debtor's Motion For Order Establishing Deadlines For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof [Bankruptcy No. 18−09108−RLM−11, Dkt. 230].

6. Order Approving Debtor's Motion For Order Establishing Deadlines For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof [Bankruptcy No. 18−09108−RLM−11, Dkt. 301].

Dated: April 9, 2019

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ Catherine Steege

Catherine L. Steege (admitted *pro hac vice*)
Melissa M. Root
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350
csteege@jenner.com
mroot@jenner.com

-and-

**PLEWS SHADLEY RACHER & BRAUN LLP**

George M. Plews
Gregory M. Gotwald
Tonya J. Bond
Steven A. Baldwin
1346 North Delaware Street
Indianapolis, Indiana 46202
(317) 637-0700
gplews@psrb.com
ggotwald@prsb.com
tbond@prsb.com
sbaldwin@psrb.com

*Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing *Additional Designation Of Record For USA Gymnastics' Objection To Defendants' Joint Motion To Withdraw The Reference Of The Adversary Proceeding* was filed electronically this 9th day of April, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Catherine Steege*

*Counsel for the Debtor*