SO ORDERED: April 25, 2019.



_____
**Robyn L. Moberly**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| USA GYMNASTICS, | ) | Case No. 18-09108-RLM-11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| USA GYMNASTICS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 19-50012 |
| v. | ) | |
| | ) | |
| ACE AMERICAN INSURANCE COMPANY f/k/a | ) | |
| CIGNA INSURANCE COMPANY, GREAT | ) | |
| AMERICAN ASSURANCE COMPANY, LIBERTY | ) | |
| INSURANCE UNDERWRITERS INC., NATIONAL | ) | |
| CASUALTY COMPANY, RSUI INDEMNITY | ) | |
| COMPANY, TIG INSURANCE COMPANY, | ) | |
| VIRGINIA SURETY COMPANY, INC. f/k/a | ) | |
| COMBINED SPECIALTY INSURANCE | ) | |
| COMPANY, WESTERN WORLD INSURANCE | ) | |
| COMPANY, ENDURANCE AMERICAN | ) | |
| INSURANCE COMPANY, AMERICAN | ) | |
| INTERNATIONAL GROUP, INC., AMERICAN | ) | |
| HOME ASSURANCE COMPANY, and DOE | ) | |
| INSURERS, | ) | |

|  | ) |
| --- | --- |
| Defendants. | ) |

**ORDER ON DEFENDANT LIBERTY INSURANCE UNDERWRITERS' MOTION FOR LEAVE TO FILE A COMBINED BRIEF IN RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITS**

This cause comes before the Court on Defendant Liberty Insurance Underwriters' Motion for Leave to file a Combined Brief in response to Motion for Partial Summary Judgment and Brief in Support of Cross-Motion for Summary Judgment in Excess of Page Limits. The Court, having reviewed said Motion and being duly advised in the premises, now grants said Motion.

It is therefore ORDERED, ADJUDGED AND DECREED that the Court allows the combined brief which Liberty Insurance Underwriters seeks to file in response to Plaintiff USA Gymnastics' Motion for Partial Summary Judgment and brief in support of its own Cross-Motion for Summary Judgment to be filed in excess of the page limits in the local rule.

# # #

Distribution to:

All counsel of Record
U.S. Trustee

180584\5296220-1