# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11<br><br>Adv. Proc. No. 1:19-ap-50012 |

| | |
|---|---|
| USA GYMNASTICS, INC.,<br><br>Plaintiff,<br><br>      vs.<br><br>ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY, and DOE INSURERS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**USA GYMNASTICS' UNOPPOSED MOTION FOR LEAVE TO FILE A COMBINED BRIEF IN RESPONSE TO CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY BRIEF IN SUPPORT OF PARTIAL SUMMARY JUDGMENT**

Plaintiff, USA Gymnastics, Inc. ("USAG"), pursuant to S.D. Ind. Bankr. R-B-7056-1(b) and (c), hereby moves to file a combined brief in response to Defendant Liberty Insurance Underwriters, Inc.'s ("LIU") Cross-Motion for Summary Judgment and in support of USAG's Motion for Partial Summary Judgment in excess of the 35 page limit. In addition, USAG

respectfully requests that its combined brief shall be filed on or before May 17, 2019, the date its response brief in opposition to LIU's Cross-Motion for Summary Judgment is due. In support, USAG states that:

1. On March 1, 2019, USAG filed its Motion for Partial Summary Judgment. [Dkt. 26.]

2. On April 19, 2019 LIU filed its response to USAG's Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment. [Dkt. 130.]

3. Under S.D. Ind. Bankr. R-B-7056-1(b), a party opposing a summary judgment has 28 days to file and serve a response brief not to exceed 35 pages. USAG's response to LIU's Cross-Motion for Summary Judgment is due May 17, 2019.

4. Under S.D. Ind. Bankr. R-B-7056-1(c), the movant has 14 days to file and serve a reply brief not to exceed 20 pages. USAG's reply in support of Partial Summary Judgment is due May 3, 2019.

5. The rules are silent as to the page limit for any combined brief and, while it is possible that the Court could interpret that page limit to be 55 pages, USAG, out of an abundance of caution, hereby requests leave to file a combined brief of 45 pages. Such pages are necessary because USAG's response to LIU's Cross-Motion for Summary Judgment will need to address new coverage arguments and defenses not presented in USAG's briefing.

6. USAG therefore requests leave to file this potentially oversized combined brief, which may exceed the Local Rules which are silent on page limits for any such combined brief.

7. In addition, LIU's Cross-Motion for Summary Judgment raises many of the same issues that are addressed in its response to USAG's Motion for Partial Summary Judgment. Given the interrelatedness of the issues, USAG requests that its combined brief shall be filed on

May 17, 2019. LIU does not oppose either of USAG's requests.

WHEREFORE, Plaintiff, USA Gymnastics, Inc., pursuant to S.D. Ind. Bankr. R-B-7056-(1)(b) and (c), hereby requests leave to file an oversized combined brief and a short extension of time.

Respectfully Submitted,

/s/ *Steven A. Baldwin*
George M. Plews (#6274-49)
Gregory M. Gotwald (#24911-49)
Tonya J. Bond (#24802-49)
Steven A. Baldwin (#34498-49)
Christopher E. Kozak (#P82156)
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N. Delaware St.
Indianapolis, IN 46202-2415
(317) 637-0700
*Attorneys for USA Gymnastics*
gplews@psrb.com
ggotwald@psrb.com
tbond@psrb.com
sbaldwin@psrb.com
ckozak@psrb.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| Scott P. Fisher<br>Drewry Simmons Vornehm, LLP<br>sfisher@DSVlaw.com<br><br>George R. Calhoun V<br>Ifrah PLLC<br>george@ifrahlaw.com<br>*Counsel for TIG Insurance Company* | James P. Moloy<br>Bose McKinney & Evans LLP<br>jmoloy@boselaw.com<br><br>Kevin P. Kamraczewski<br>Law Offices of Kevin P. Kamraczewski<br>kevin@kevinklaw.com<br><br>Robert B. Millner<br>Ronald D. Kent<br>Susan M. Walker<br>Dentons US LLP<br>robert.millner@dentons.com<br>ronald.kent@dentons.com<br>susan.walker@dentons.com<br>*Counsel for Virginia Surety Company Inc., f/k/a Combined Specialty Insurance Company* |
| Jeffrey B. Fecht<br>Riley Bennett Egloff LLP<br>jfecht@rbelaw.com<br><br>Cassandra L. Jones<br>Walker Wilcox Matousek LLP<br>cjones@wwmlawyers.com<br>*Counsel for RSUI Indemnity Company* | Wendy D. Brewer<br>Phillip A. Martin<br>Fultz Maddox Dickens PLC<br>wbrewer@fmdlegal.com<br>pmartin@fmdlegal.com<br><br>Abigail E. Rocap<br>Bates Carey LLP<br>arocap@batescarey.com<br>*Counsel for Endurance American Insurance Company* |
| Harley K. Means<br>Stephen J. Peters<br>Kroger Gardis & Regas, LLP<br>hmeans@kgrlaw.com<br>speters@kgrlaw.com<br><br>Eric D. Freed<br>Cozen & O'Connor<br>efreed@cozen.com<br>*Counsel for ACE American Insurance Company f/k/a CIGNA Insurance Company* | Bruce L. Kamplain<br>Cynthia E. Lasher<br>Norris Choplin Schroeder LLP<br>bkamplain@ncs-law.com<br>clasher@ncs-law.com<br>*Counsel for Western World Insurance Company* |

| | |
|---|---|
| Ginny L. Peterson<br>Casey R. Stafford<br>Kightlinger & Gray, LLP<br>gpeterson@k-glaw.com<br>cstafford@k-glaw.com<br><br>Nancy D. Adams<br>Mathilda S. McGee-Tubb<br>Laura Bange Stephens<br>Mintz Levin Cohn Ferris Glovsky & Popeo, PC<br>nadams@mintz.com<br>msmcgee-tubb@mintz.com<br>lbstephens@mintz.com<br>*Counsel for Liberty Insurance Underwriters, Inc.* | Hans H. J. Pijls<br>Dinsmore & Shohl LLP<br>Hans.pijls@dinsmore.com<br>*Counsel for National Casualty Company* |
| Susan N.K. Gummow<br>Igor Shleypak<br>Foran Glennon Palandech Ponzi & Rudloff PC<br>sgummow@fgppr.com<br>ishleypak@fgppr.com<br>*Counsel for American International Group, Inc. & American Home Assurance Company* | Karen M. Dixon<br>Michael M. Marick<br>Skarzynski Marick & Black LLP<br>kdixon@skarzynski.com<br>mmarick@skarzynski.com<br><br>Joshua D. Weinberg<br>Katherine M. Hance<br>Shipman & Goodwin LLP<br>jweinberg@goodwin.com<br>khance@goodwin.com<br>*Counsel for Great American Assurance Company* |
| U.S. Trustee<br>Office of U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov | Catherine L. Steege<br>Melissa M. Root<br>Jenner & Block LLP<br>csteege@jenner.com<br>mroot@jenner.com<br>*Counsel for Debtor USA Gymnastics* |

/s/  Steven A. Baldwin