**SO ORDERED: May 7, 2019.**



**Robyn L. Moberly**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS, INC., | Case No. 18-09108-RLM-11 |
| Debtor. | Adv. Proc. No. 1:19-ap-50012 |

USA GYMNASTICS, INC.,   )
                        )
Plaintiff,              )
                        )
   vs.                  )
                        )
ACE AMERICAN INSURANCE COMPANY f/k/a   )
CIGNA INSURANCE COMPANY, GREAT         )
AMERICAN ASSURANCE COMPANY, LIBERTY    )
INSURANCE UNDERWRITERS INC., NATIONAL  )
CASUALTY COMPANY, RSUI INDEMNITY       )
COMPANY, TIG INSURANCE COMPANY,        )
VIRGINIA SURETY COMPANY, INC. f/k/a    )
COMBINED SPECIALTY INSURANCE           )
COMPANY, WESTERN WORLD INSURANCE       )
COMPANY, ENDURANCE AMERICAN            )
INSURANCE COMPANY, AMERICAN            )
INTERNATIONAL GROUP, INC., AMERICAN    )
HOME ASSURANCE COMPANY, and DOE        )
INSURERS,                              )
                                       )
Defendants.                            )

### ORDER ON USA GYMNASTICS' MOTION FOR LEAVE TO FILE A COMBINED BRIEF IN RESPONSE TO CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY BRIEF IN SUPPORT OF PARTIAL SUMMARY JUDGMENT

This cause comes before the Court on Plaintiff USA Gymnastics' Motion for Leave to file a Combined Brief in response to Cross-Motion for Summary Judgment and Reply Brief in Support of Partial Summary Judgment.  The Court, having reviewing said Motion and being duly advised in the premises, now grants said Motion.

It is therefore ORDERED, ADJUDGED AND DECREED that the Court allows the combined brief USA Gymnastics seeks to file in response to Defendant Liberty Insurance Underwriters' Cross-Motion for Summary Judgment and in reply in support of its own Motion for Partial Summary Judgment may be filed in excess of the page limits of the local rules (but not to exceed 45 pages) and on or before May 17, 2019.

# # #

Distribution to:

All counsel of Record
U.S. Trustee