**SO ORDERED: May 23, 2019.**



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: <br><br> USA GYMNASTICS,[1] <br><br>     Debtor. | Chapter 11 <br><br> Case No. 18-09108-RLM-11 |
| USA GYMNASTICS, <br><br>     Plaintiff, <br><br> v. <br><br> ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN | Adv. Pro. No. 19-50012 <br> in 18-09108-RLM-11 |

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

| |
|---|
| ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, and DOE INSURERS, <br><br>    Defendants. |

**ORDER DENYING MOTION FOR STAY OF THE
ADVERSARY PROCEEDING AS TO LIBERTY INSURANCE UNDERWRITERS**

This matter came before the Court on the *Motion For Stay Of The Adversary Proceeding* [Adv. Dkt. 38] (the "**Motion**"), filed by the above-captioned defendants; and upon consideration of *USA Gymnastics' Objection To Motion For Stay Of The Adversary Proceeding* [Adv. Dkt. 75] (the "**Debtor's Objection**"), the *Reply To USA Gymnastics' Objection To Motion For Stay Of The Adversary Proceeding* [Adv. Dkt. 92], and argument by counsel for the Debtor and Liberty Insurance Underwriters Inc. ("**LIU**") at the May 15, 2019 hearing; the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and after due deliberation and for the reasons stated on the record, the Court hereby determines the Motion should be DENIED as to LIU.

IT IS HEREBY ORDERED:

1. The Debtor's Objection is sustained and the Motion is denied as to LIU.

2. The Motion is continued as to all Defendants other than LIU to the June 12, 2019 omnibus hearing.

3. The Court shall retain jurisdiction to hear and determine all matters arising from, or related to, the implementation of this Order.

### 

Case 19-50012　　Doc 147　　Filed 05/23/19　　EOD 05/23/19 15:04:45　　Pg 3 of 3