# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>      Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |
| USA GYMNASTICS,<br><br>      Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, and DOE INSURERS,<br><br>      Defendants. | Adv. Case. No. 19-50012 |

**NOTICE OF SUBMISSION OF AGREED ORDER GRANTING MOTION FOR STAY ON AN INTERIM BASIS WITH RESPECT TO NON-LIU DEFENDANTS**

PLEASE TAKE NOTICE that on March 5, 2019 the above-named Defendants filed the *Motion For Stay Of The Adversary Proceeding* [Adv. Dkt. 38] (the "**Motion**").

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

PLEASE TAKE FURTHER NOTICE that USA Gymnastics, as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), hereby submits the proposed *Agreed Order Granting Motion For Stay On An Interim Basis With Respect To Non-LIU Defendants* (the "**Proposed Order**"), a copy of which is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that the Proposed Order grants an interim stay of this adversary proceeding with respect to all Defendants other than Liberty Insurance Underwriters Inc. (the "**Other Defendants**") through and including September 18, 2019. The Proposed Order is agreed to by and among USAG and the Other Defendants and has no effect on the order previously entered by this Court with respect to Defendant Liberty Insurance Underwriters [Adv. Dkt. 147.]

PLEASE TAKE FURTHER NOTICE that the Motion has been set for a final hearing (the "**Hearing**") on **September 18, 2019 at 1:30 p.m. (Prevailing Eastern Time) in Room 329 of the United States Bankruptcy Court, 46 East Ohio Street, Indianapolis, Indiana 46204.**

PLEASE TAKE FURTHER NOTICE that a dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the Hearing.

PLEASE TAKE FURTHER NOTICE that copies of the Motion may be accessed through the case website at: https://omnimgt.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

Dated: June 3, 2019                                   Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2952
Fax: (312) 840-7352
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*