**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| USA GYMNASTICS, | ) | Case No. 18-09108-RLM-11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| USA GYMNASTICS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Case No. 19-50012 |
| | ) | |
| ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE CO., LIBERTY INSURANCE UNDERWRITERS, INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE CO., AND DOE INSURERS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT LIBERTY INSURANCE UNDERWRITERS INC.'S ASSENTED-TO
MOTION FOR EXTENSION OF TIME TO FILE A REPLY MEMORANDUM**

Defendant Liberty Insurance Underwriters Inc. ("LIU") respectfully requests that the Court grant LIU an extension of time until Friday, June 7, 2019, in which to file its Reply Memorandum in Further Support of the Cross-Motion for Summary Judgment of Defendant Liberty Insurance Underwriters Inc. (the "Reply Memorandum"). In support of this Motion, LIU states as follows:

1. USAG filed its Motion for Partial Summary Judgment on March 1, 2019.

2. LIU filed its Response to the Motion for Partial Summary Judgment and its Cross Motion for Summary Judgment on April 19, 2019.

3. Plaintiff filed its Response to LIU's Cross Motion for Summary Judgment on May 17, 2019.

4. Pursuant to Rule 7056-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana, the time within which to file a reply is 14 days after service of the Response, or here, May 31, 2019. On June 3, 2019, the Court granted a three business day extension of time, up to and including June 5, 2019, for LIU to file its Reply.

5. LIU requires a second brief extension of time in order to (a) complete the preparation of the Reply Memorandum; and (b) file a joint motion to seal. LIU therefore requests that the deadline for the filing of its reply in support of its Cross Motion for Summary Judgment be extended to June 7, 2019.

6. LIU and USAG expect to file a joint motion to seal and/or redact certain documents on June 6, 2019.

7. Counsel for USAG states that her client consents to LIU's motion for this brief extension of time.

WHEREFORE, Defendant, Liberty Insurance Underwriters, Inc. hereby request a brief extension of time up to and including June 7, 2019 for LIU to file the Reply Memorandum.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

*/s/Ginny L. Peterson*

Ginny L. Peterson, ID No. 20305-41
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204
(317) 638-4521; gpeterson@k-glaw.com
*Attorneys for Defendant,*
*Liberty Insurance Underwriters, Inc.*

*/s/ Nancy D. Adams*
Nancy D. Adams (BBO # 560970)
    (*pro hac vice*)
Laura B. Stephens (BBO # 674085)
    (*pro hac vice*)
Mathilda S. McGee-Tubb (BBO # 687434)
    (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC
One Financial Center
Boston, MA 02111
(617) 542-6000
nadams@mintz.com
lbstephens@mintz.com
msmcgee-tubb@mintz.com

Dated: June 5, 2019

**CERTIFICATE OF SERVICE**

      I certify that on June 5, 2019, a copy of the foregoing was served via ECF to the following counsel of record:

George M. Plews – gplews@psrb.com
Gregory M. Gotwold – ggotwald@psrb.com
Tonya J. Bond – tbond@psrb.com
Steven A. Baldwin - sbaldwin@psrb.com
Christopher Kozak – ckozak@psrb.com
PLEWS SHADLEY RACHER & BRAYN, LLP
1346 N. Delaware Street
Indianapolis, IN 46202

Melissa M. Root - mroot@jenner.com
Catherine L. Steege - csteege@jenner.com
JENNER &BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456
*Counsel for USA Gymnastics*

George Calhoun, IV– George@ifrahlaw.com
Ifrah Law
1717 Pennsylvania Avenue, NW, Suite 650
Washington, DC 20006

Scott Patrick Fisher
sfisher@drewrysimmons.com
DREWRY SIMMONS VORNEHM, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
*Counsel for TIG Insurance Company*

Susan N. Gummow - sgummow@fgppr.com
Igore Shleypak - ishleypak@fgppr.com
Foran Glennon Palandech
Ponzi & Rudloff, P.C.
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
*Counsel for American International Group, Inc. and American Home Assurance Co.*

Jeffrey B. Fecht - jfecht@rbelaw.com
Riley Bennett Egloff, LLP
141 E. Washington Street
Fourth Floor
Indianapolis, IN 46204

Cassandra L. Jones
Walker Wilcox Matousek, LLP
1 North Franklin Street, Suite 3200
Chicago, IL 60606
*Counsel for RSUI Indemnity Company*

Kevin P. Kamraczewski – Kevin@kevinklaw.com
LAW OFFICE OF KEVIN P. KAMRACZEWSKI
6101 E. North Sheridan Road, Unit 18c
Chicago, IL 60660

Ronald D. Kent – Ronald.kent@dentons.com
Susan E. Walker – susan.walker@dentons.com
DENTONS US, LLP
601 S. Figueuroa Street, Suite 2500
Los Angeles, CA 90017

Robert Millner – Robert.millner@dentons.com
DENTONS US, LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606

James P. Moloy – jmoloy@boselaw.com
BOSE MCKINNEY & EVANS, LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
*Counsel for Virginia Surety Company, Inc.*

Phillip A. Martin, pmartin@fmdlegal.com
Wendy D. Brewer - wbrewer@fmdlegal.com
FULTZ MADDOX DICKENS PLC
101 S. Fifth Street, 27th Floor
Louisville, KY 40202

Abigail E. Rocap – arocap@batescarey.com
BatesCarey LLP
191 N. Wacker Drive, Suite 2400
Chicago, IL  60606
*Counsel for Endurance American Insurance Company*

Bruce L. Kamplain –
bkamplain@ncs-law.com
Cynthia Lasher - clasher@ncs-law.com
NORRIS CHOPLIN SCHROEDER LLP
101 West Ohio Street, Ninth Floor
Indianapolis, IN 46204-4213
*Counsel for Defendant Western World Insurance Company*

Hans H.J. Pijls - hans.pijls@dinsmore.com
Dinsmore & Shohl LLP
300 North Fifth Avenue, Ste. 120
Ann Arbor, MI 48104
*Counsel for Defendant National Casualty Company*

*f/k/a Combined Specialty Ins. Co.*
Michael M. Marick –
mmarick@skarzynski.com
Karen Dixon - kdixon@skarzynski.com
Skarzynski Marick & Black LLP
205 N. Michigan Ave, Suite 2600
Chicago, IL 60601

Joshua D. Weinberg –
jweinberg@goodwin.com
Katherine M. Hance – khance@goodwin.com
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC 20006
*Counsel for Defendant Great American Assurance Company*

Harley K. Means - hkm@kgrlaw.com
Stephen J. Peters - speters@kgrlaw.com
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125

Eric D. Freed – efreed@cozen.com
Cozen O'Connor
1650 Market Street, 28th Floor
Philadelphia, PA  19103
*Attorneys for Defendant, ACE American Insurance Company f/k/a CIGNA Insurance Company*

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov


   *s/Ginny L. Peterson*
   Ginny L. Peterson
   KIGHTLINGER & GRAY, LLP
   One Indiana Square, Suite 300
   211 North Pennsylvania Street
   Indianapolis, Indiana 46204

5

180584\5389243-1