SO ORDERED: June 6, 2019.



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 12/2017)

In re:

**USA Gymnastics**,
        Debtor.

**USA Gymnastics**,
        Plaintiff,
  vs.
**Ace American Insurance Company**,
**Great American Assurance Company**,
**Liberty Insurance Underwriters Inc.**,
et al.,
        Defendants.

Case No. **18–09108–RLM–11**

Adv. Proc. No. **19–50012**

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE ADVERSARY DOCUMENTS

An Agreed Motion to Extend Time to File Reply in Support of Cross Motion for Summary Judgment was filed on June 5, 2019, by Defendant Liberty Insurance Underwriters Inc.

**IT IS ORDERED** that the Agreed Motion to Extend Time to File Reply in Support of Cross Motion for Summary Judgment is **GRANTED**. The time for filing is extended to June 7, 2019.

Attorney for Defendant Liberty Insurance Underwriters Inc. must distribute this order.

###