**SO ORDERED: June 7, 2019.**



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |
| USA GYMNASTICS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN | Adv. Pro. No. 19-50012<br>in 18-09108-RLM-11 |

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

|  |
|---|
| ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, and DOE INSURERS, |
| Defendants. |

**AGREED ORDER GRANTING MOTION FOR STAY ON**
**AN INTERIM BASIS WITH RESPECT TO NON-LIU DEFENDANTS**

This matter came before the Court on the *Motion For Stay Of The Adversary Proceeding* [Adv. Dkt. 38] (the "**Motion**"), filed by the above-captioned defendants; this Court having entered an Order denying the Motion as to Defendant Liberty Insurance Underwriters Inc. ("**LIU**") [Adv. Dkt. 147] (the "**LIU Order**"); and this Court having been advised that USA Gymnastics (the "**Debtor**") and all of the above-captioned Defendants other than LIU (the "**Other Defendants**") have agreed to a stay of the Adversary Proceeding on an interim basis; the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and after due deliberation, the Court hereby determines the Motion should be granted on an interim basis as set forth herein as to the Other Defendants.

IT IS HEREBY ORDERED:

1. The Motion is granted as to the Other Defendants on an interim basis as set forth herein.

2. A final hearing on the Motion is set for the September 18, 2019 omnibus hearing (the "**Final Hearing**").

3.     The Adversary Proceeding is stayed as to the Other Defendants through and including September 18, 2019. All existing deadlines in the Adversary Proceeding including those in the Order Granting Joint Motion to Extend Time to File Answer [Adv. Dkt. 94] are continued without date as to the Other Defendants pending the Court's consideration of the Motion at the Final Hearing.

4.     The Debtor's rights to oppose the Motion and the Other Defendants' rights to prosecute the Motion are reserved for the Final Hearing.

5.     Nothing herein affects or alters the LIU Order.

6.     The Court shall retain jurisdiction to hear and determine all matters arising from, or related to, the implementation of this Order.

###