**SO ORDERED: June 10, 2019.**



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 06/2019)

In re:

**USA Gymnastics**,
        Debtor.

**USA Gymnastics**,
        Plaintiff,
  vs.
**Ace American Insurance Company**,
**Great American Assurance Company**,
**Liberty Insurance Underwriters Inc.**,
et al.,
        Defendants.

Case No. **18–09108–RLM–11**

Adv. Proc. No. **19–50012**

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE ADVERSARY DOCUMENTS

A Motion to Extend Time to File Adversary Documents was filed on June 7, 2019, by Defendant Liberty Insurance Underwriters Inc.

**IT IS ORDERED** that the Motion to Extend Time to File Adversary Documents is **GRANTED**. Time to file extended to one business day after the Court issues a ruling on the Joint Motion to Seal.

Attorney for Defendant Liberty Insurance Underwriters Inc. must distribute this order.

###