**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 18-9108-RLM-11 |
| USA GYMNASTICS,<br><br>   Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE<br>COMPANY f/k/a CIGNA INSURANCE<br>COMPANY, GREAT AMERICAN<br>ASSURANCE COMPANY, LIBERTY<br>INSURANCE UNDERWRITERS INC.,<br>NATIONAL CASUALTY COMPANY,<br>RSUI INDEMNITY COMPANY, TIG<br>INSURANCE COMPANY, VIRGINIA<br>SURETY COMPANY, INC. f/k/a<br>COMBINED SPECIALTY INSURANCE<br>COMPANY, WESTERN WORLD<br>INSURANCE COMPANY, ENDURANCE<br>AMERICAN INSURANCE COMPANY,<br>AMERICAN HOME ASSURANCE<br>COMPANY, and DOE INSURERS,<br><br>   Defendants. | Adv. Pro. No. 19-50012<br>in 18-09108-RLM-11 |

**MOTION TO SHORTEN NOTICE ON PLAINTIFF USA GYMNASTICS' MOTION
FOR PARTIAL SUMMARY JUDGMENT AGAINST TIG INSURANCE COMPANY**

   USA Gymnastics, as debtor and debtor in possession in the above-captioned chapter 11

case (the "**Debtor**"), hereby moves (the "**Motion**") for the entry of an order, substantially in the

---

[1] The last four digits of the Debtor's federal tax identification number are 7871.  The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

form attached hereto as <u>Exhibit A</u>, pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 9006-1(a) of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana (the "**Local Rules**"), and section III.F of the Case Management Procedures (as defined below), shortening notice on *Plaintiff USA Gymnastics' Motion For Partial Summary Judgment Against TIG Insurance Company* (the "**TIG Coverage Motion**"), and respectfully states as follows:

1. The Debtor has contemporaneously filed the TIG Coverage Motion, requesting that the Court declare that the abuse or molestation exclusions contained in various insurance policies issued by TIG Insurance Company in favor of the Debtor do not bar coverage for certain claims asserted in this chapter 11 case.

2. The Debtor respectfully seeks an expedited hearing on the TIG Coverage Motion. TIG has taken unreasonable coverage positions that impede the Debtor's ability to negotiate a global resolution of this case with the Sexual Abuse Survivors Committee and its constituents. Although the TIG Coverage Motion is filed solely as to TIG and raises a legal question unique to TIG's policies, the recalcitrance of the Debtors' insurers as a group may require the Debtor to seek additional coverage declaratory judgments from this Court. Other issues may need to be addressed, such as the number of occurrences arising under each insurer's' policies. The Debtor also expects to seek additional judgments specific to TIG, including a ruling regarding certain policies that TIG claims are "lost," but for which the evidence actually supports their existence. While the Debtor does not seek resolution of any other issues via the TIG Coverage Motion, the Debtor expressly reserves its right to seek a ruling from this Court that resolves other issues in favor of the Debtor, as against TIG and each other insurer.

3.     Bankruptcy Rule 9006(c), Local Rule 9006-1(a), and section III.F of the case management procedures appended to the *Order Granting Debtor's Motion For Order Establishing Certain Notice, Case Management, And Administrative Procedures* [Dkt. 213] (the "**Case Management Procedures**"), permit the consideration of motions on shortened notice for cause.

4.     The Debtor submits that cause exists to hear the TIG Coverage Motion on shortened notice because it is in the best interests of the Debtor's estate to expeditiously resolve insurance coverage disputes so that the Debtor and other parties in interest may negotiate and propose a consensual plan of reorganization. It is especially imperative that the Court declare the Debtor's rights in its various insurance policies so that the parties may have productive negotiations at the ongoing mediation which may otherwise stall as a result of TIG's unreasonable coverage positions. The next mediation sessions are scheduled for August 20-21, 2019.  Courts frequently shorten notice periods when a debtor identifies cause to do so. *See e.g., In re Fayette Memorial Hospital Assoc., Inc.*, Case No. 18-07762-JJG-11, Dkt. 206 (Bankr. S.D. Ind. Jan. 18, 2019); *In re Scotty's Holdings, LLC*, Case No. 18-09243-JJG-11, Dkt. 93 (Bankr. S.D. Ind. Dec. 28, 2018); *In re hhgregg, Inc.*, Case No. 17-01302-RLM-11, Dkt. 1292 (Bankr. S.D. Ind. June 30, 2017).

5.     Accordingly, consistent with Bankruptcy Rule 9006(c), Local Rule 9006-1(a), and section III.F of the Case Management Procedures, the Debtor requests that the Court set the TIG Coverage Motion to be heard on August 19, 2019 at 2:30 p.m. (prevailing Eastern time), with a response deadline of August 14, 2019 at 4:00 p.m. (prevailing Eastern time) and a reply deadline of August 16, 2019 at 4:00 p.m. (prevailing Eastern time).

**NOTICE**

6.      The Debtor will provide notice of this Motion and any order entered hereon in accordance with the Case Management Procedures and Local Rules 9006-1(d) and 9006-1(e). The Debtor will also serve TIG Insurance Company by overnight mail and electronic mail. In light of the nature of the relief requested herein, the Debtor submits that no other or further notice is necessary.

WHEREFORE, the Debtor respectfully requests entry of an order, substantially in the form attached as Exhibit A, granting the relief requested in this Motion and granting such other relief as is just and proper.

Dated: August 7, 2019                                    Respectfully submitted,

                                                         PLEWS SHADLEY RACHER & BRAUN LLP

                                                         /s/ *Gregory M. Gotwald            /*
                                                         George M. Plews (#6274-49)
                                                         Gregory M. Gotwald (#24911-49)
                                                         Tonya J. Bond (#24802-49)
                                                         Steven A. Baldwin (#34498-49)
                                                         Christopher E. Kozak (#35554-49)
                                                         1346 N. Delaware St.
                                                         Indianapolis, IN 46202-2415
                                                         (317) 637-0700
                                                         *Attorneys for USA Gymnastics*
                                                         gplews@psrb.com
                                                         ggotwald@psrb.com
                                                         tbond@psrb.com
                                                         sbaldwin@psrb.com
                                                         ckozak@psrb.com

                                                         -and-

JENNER & BLOCK LLP
Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
(312) 923-2952
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Scott P. Fisher<br>Drewry Simmons Vornehm, LLP<br>sfisher@DSVlaw.com<br><br>George R. Calhoun V<br>Ifrah PLLC<br>george@ifrahlaw.com<br><br>Heather E. Simpson<br>Kennedys CMK LLP<br>heather.simpson@kennedyslaw.com<br>*Counsel for TIG Insurance Company* | James P. Moloy<br>Bose McKinney & Evans LLP<br>jmoloy@boselaw.com<br><br>Kevin P. Kamraczewski<br>Law Offices of Kevin P. Kamraczewski<br>kevin@kevinklaw.com<br><br>Robert B. Millner<br>Ronald D. Kent<br>Susan M. Walker<br>Dentons US LLP<br>robert.millner@dentons.com<br>ronald.kent@dentons.com<br>susan.walker@dentons.com<br>*Counsel for Virginia Surety Company Inc.,*<br>*f/k/a Combined Specialty Insurance Company* |
| Jeffrey B. Fecht<br>Riley Bennett Egloff LLP<br>jfecht@rbelaw.com<br><br>Cassandra L. Jones<br>Walker Wilcox Matousek LLP<br>cjones@wwmlawyers.com<br>*Counsel for RSUI Indemnity Company* | Wendy D. Brewer<br>Phillip A. Martin<br>Fultz Maddox Dickens PLC<br>wbrewer@fmdlegal.com<br>pmartin@fmdlegal.com<br><br>Abigail E. Rocap<br>Bates Carey LLP<br>arocap@batescarey.com<br>*Counsel for Endurance American Insurance*<br>*Company* |
| Harley K. Means<br>Stephen J. Peters<br>Kroger Gardis & Regas, LLP<br>hmeans@kgrlaw.com<br>speters@kgrlaw.com<br><br>Eric D. Freed<br>Cozen & O'Connor<br>efreed@cozen.com<br>*Counsel for ACE American Insurance*<br>*Company f/k/a CIGNA Insurance Company* | Bruce L. Kamplain<br>Cynthia E. Lasher<br>Norris Choplin Schroeder LLP<br>bkamplain@ncs-law.com<br>clasher@ncs-law.com<br>*Counsel for Western World Insurance*<br>*Company* |
| Ginny L. Peterson | Hans H. J. Pijls |

| | |
|---|---|
| Casey R. Stafford<br>Kightlinger & Gray, LLP<br>gpeterson@k-glaw.com<br>cstafford@k-glaw.com<br><br>Nancy D. Adams<br>Mathilda S. McGee-Tubb<br>Laura Bange Stephens<br>Mintz Levin Cohn Ferris Glovsky & Popeo, PC<br>nadams@mintz.com<br>msmcgee-tubb@mintz.com<br>lbstephens@mintz.com<br>*Counsel for Liberty Insurance Underwriters, Inc.* | Dinsmore & Shohl LLP<br>Hans.pijls@dinsmore.com<br>*Counsel for National Casualty Company* |
| Susan N.K. Gummow<br>Igor Shleypak<br>Foran Glennon Palandech Ponzi & Rudloff PC<br>sgummow@fgppr.com<br>ishleypak@fgppr.com<br>*Counsel for American International Group, Inc. & American Home Assurance Company* | Karen M. Dixon<br>Michael M. Marick<br>Skarzynski Marick & Black LLP<br>kdixon@skarzynski.com<br>mmarick@skarzynski.com<br><br>Joshua D. Weinberg<br>Katherine M. Hance<br>Shipman & Goodwin LLP<br>jweinberg@goodwin.com<br>khance@goodwin.com<br>*Counsel for Great American Assurance Company* |
| U.S. Trustee<br>Office of U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov | Catherine L. Steege<br>Melissa M. Root<br>Jenner & Block LLP<br>csteege@jenner.com<br>mroot@jenner.com<br>*Counsel for Debtor USA Gymnastics* |

*/s/ Gregory M. Gotwald*
Gregory M. Gotwald