**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| USA GYMNASTICS, | ) | Case No.  18-09108-RLM-11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| USA GYMNASTICS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Case No. 19-50012 |
| | ) | |
| ACE AMERICAN INSURANCE | ) | **RELIEF IS SOUGHT FROM A** |
| COMPANY f/k/a CIGNA INSURANCE | ) | **UNITED STATES DISTRICT JUDGE** |
| COMPANY, GREAT AMERICAN | ) | |
| ASSURANCE COMPANY, LIBERTY | ) | |
| INSURANCE UNDERWRITERS INC., | ) | |
| NATIONAL CASUALTY COMPANY, | ) | |
| RSUI INDEMNITY COMPANY, TIG | ) | |
| INSURANCE COMPANY, VIRGINIA | ) | |
| SURETY COMPANY, INC. f/k/a | ) | |
| COMBINED SPECIALTY INSURANCE | ) | |
| COMPANY, WESTERN WORLD | ) | |
| INSURANCE COMPANY, ENDURANCE | ) | |
| AMERICAN INSURANCE COMPANY, | ) | |
| AMERICAN INTERNATIONAL GROUP, | ) | |
| INC., AMERICAN HOME ASSURANCE | ) | |
| COMPANY, AND DOE INSURERS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DESIGNATION OF RECORD FOR THE RENEWED
MOTION TO WITHDRAW THE REFERENCE OF THE ADVERSARY PROCEEDING**

Pursuant to Local Bankruptcy Rule B-5011-1(d), Ace American Insurance

Company, f/k/a Cigna Insurance Company and TIG Insurance Company, by and through

undersigned counsel, respectfully submit the following Designation of Record for their Renewed

Motion to Withdraw the Reference of the Adversary Proceeding:

1. *Complaint for Breach of Insurance Policy and Declaratory Judgment of Coverage* [Adversary Case No. 19-50012, Docket No. 1].

2. *Notice of Filing Master Claims and Policies List as Identified in Contemporaneously Filed Complaint for Breach of Insurance Policy and Declaratory Judgment of Coverage* [Adversary Case No. 19-50012, Docket No. 2]

3. *USAG's Motion for Partial Summary Judgment* and *USAG's Brief in Support of Motion for Partial Summary Judgment* [Adversary Case No. 19-50012, Docket Nos. 26 and 27]

4. *Defendants' Joint Motion to Withdraw the Reference of the Adversary Proceeding* [Adversary Case No. 19-50012, Docket No. 37]

5. *USA Gymnastics' Objection to Defendants' Joint Motion to Withdraw the Reference of the Adversary Proceeding* [Adversary Case No. 19-50012, Docket No. 76]

6. *Reply to USA Gymnastics' Objection to Defendants' Joint Motion to Withdraw the Reference of the Adversary Proceeding* [Adversary Case No. 19-50012, Docket No. 91]

7. *Notice of Submission of Agreed Order Granting Motion for Stay on an Interim Basis with Respect to Non-LIU Defendants* [Adversary Case No. 19-50012, Docket No. 150]

8. *Agreed Order Granting Motion for Stay on an Interim Basis with Respect to Non-LIU Defendants* [Adversary Case No. 19-50012, Docket No. 155]

9. *USA Gymnastics' Motion for Partial Summary Judgment Against TIG Insurance Company* [Adversary Case No. 19-50012, Docket No. 173]

10. *USA Gymnastics' Motion for Partial Summary Judgment Against Chubb* [Adversary Case No. 19-50012, Docket No. 174]

11. *Plaintiff USA Gymnastics' Brief in Support of Motion for Partial Summary Judgment Against Chubb* [Adversary Case No. 19-50012, Docket No. 175]

12. *Motion to Shorten Notice on Plaintiff USA Gymnastics' Motion for Partial Summary Judgment Against Chubb* [Adversary Case No. 19-50012, Docket No. 177]

13. *Motion to Shorten Notice on Plaintiff USA Gymnastics' Motion for Partial Summary Judgment Against TIG Insurance Company* [Adversary Case No. 19-50012, Docket No. 178]

14. *Order Denying Motion to Shorten and Setting Hearing on Plaintiff USA Gymnastics' Motion for Partial Summary Judgment Against Chubb* [Adversary Case No. 19-50012, Docket No. 182]

15. *Order Denying Motion to Shorten and Setting Hearing on Plaintiff USA Gymnastics' Motion for Partial Summary Judgment Against TIG Insurance Company* [Adversary Case No. 19-50012, Docket No. 183]

KROGER, GARDIS & REGAS, LLP

Dated:  August 20, 2019

By: */s/ Stephen J. Peters*
Stephen J. Peters, Attorney No. 6345-49
Harley K. Means, Attorney No. 23068-32
Counsel for Defendant, Defendant, ACE
American Insurance Company f/k/a CIGNA
Insurance Company
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
(317) 692-9000
(317) 264-6832(Fax)
speters@kgrlaw.com
hmeans@kgrlaw.com

Pursuant to the ECF Administrative Policies and Procedures Manual (Attorney) for the United States Bankruptcy Court for the Southern District of Indiana, undersigned counsel represent other named defendants in the Adversary Proceeding and are authorized to represent that each of their clients consents to the withdrawal of the reference of this Adversary Proceeding and that AAIC's counsel may electronically file their signatures to this Designation of Record.

*/s/ Scott P. Fisher*
Counsel for TIG Insurance Company,
Consents to this Designation of Record
Scott P. Fisher, Attorney No. 26813-49
DREWRY SIMMONS VORNEHM, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032

3

(317) 580-4848
(317) 580-4855 (Fax)
sfisher@dsvlaw.com
George R. Calhoun (admitted pro hac vice)
IFRAH LAW
1717 Pennsylvania Avenue NW, Suite 650
Washington, DC 20006
(202) 524-4147
george@ifrahlaw.com

Heather E. Simpson (admitted pro hac vice)
KENNEDYS CMK LLP
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, NJ 07920
(908) 848-6300
heather.simpson@kennedyslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2019, a copy of the foregoing Designation of Record for the Renewed Motion to Withdraw the Reference of the Adversary Proceeding was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

KROGER, GARDIS & REGAS, LLP

Dated:  August 20, 2019

By: /s/ Stephen J. Peters
    Stephen J. Peters, Attorney No. 6345-49
    Harley K. Means, Attorney No. 23068-32
    Counsel for Defendant, Defendant, ACE
    American Insurance Company f/k/a CIGNA
    Insurance Company
    KROGER, GARDIS & REGAS, LLP
    111 Monument Circle, Suite 900
    Indianapolis, IN 46204-5125
    (317) 692-9000
    (317) 264-6832(Fax)
    speters@kgrlaw.com
    hmeans@kgrlaw.com

LEGAL\42500206\1