# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11<br><br>Adv. Proc. No. 1:19-ap-50012 |

USA GYMNASTICS, INC., )
)
Plaintiff, )
)
vs. )
)
ACE AMERICAN INSURANCE COMPANY f/k/a )
CIGNA INSURANCE COMPANY, GREAT AMERICAN )
ASSURANCE COMPANY, LIBERTY INSURANCE )
UNDERWRITERS INC., NATIONAL CASUALTY )
COMPANY, RSUI INDEMNITY COMPANY, TIG )
INSURANCE COMPANY, VIRGINIA SURETY )
COMPANY, INC. f/k/a COMBINED SPECIALTY )
INSURANCE COMPANY, WESTERN WORLD )
INSURANCE COMPANY, ENDURANCE AMERICAN )
INSURANCE COMPANY, AMERICAN )
INTERNATIONAL GROUP, INC., AMERICAN HOME )
ASSURANCE COMPANY, and DOE )
INSURERS, )
)
Defendants. )
)

## PLAINTIFF USA GYMNASTICS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST TIG INSURANCE COMPANY ON LOST POLICIES

Under Fed. R. Civ. P. 56(a); Fed. R. Bankr. P. 7056; and S.D. Ind. B-7056-1(a), Debtor and adversary plaintiff USA Gymnastics ("USAG") respectfully moves for partial summary judgment against defendant TIG Insurance Company ("TIG"). In support of its motion, USAG states the following:

1. TIG sold multiple policies of liability insurance to USA Gymnastics ("USAG") between 1986 and 2001. The TIG policies, and the proceeds thereof, are critical to USAG's ability to

resolve claims asserted by individuals who allege that USAG is legally responsible for sexual abuse committed by Larry Nassar or by other persons (collectively, the "Sexual Abuse Claims"). Thirty percent of all of the Sexual Abuse Claims occurred during years in which USAG was insured by TIG.

2. TIG disputes that USAG can prove TIG sold USAG general liability policies (and the general terms) in 1986, 1988, 1989, and 1990, and even if it did sell the policies, they contain Abuse or Molestation Exclusions ("AME").

3. USAG has ample evidence to prove the existence of these policies and the relevant coverage terms and limits. There is secondary evidence from the other TIG policies, correspondence from TIG's underwriting agent, TIG's claims handlers, the broker placing the coverage, and USAG's files. USAG also has the expert opinion of Marilyn Schultz, a TIG underwriter during this period.

4. There is no material issue of fact that (1) TIG sold USAG these policies; (2) each policy provides standard ISO bodily injury coverage; and (3) the policy limits in each are $1 million per occurrence with no aggregate limits. TIG lacks evidence to the contrary.

5. TIG also lacks evidence that these policies contain an AME. Proving the existence of an exclusion is TIG's burden—one it cannot meet. The AME did not exist until 1987, so it could not be in the 1986 policy. There is no dispute the 1997 policy lacks the AME. The Declarations page of the 1990 policy does not list the AME form number on it (later policies do), so it did not contain one. There is no sound basis for the 1988-89 policies to contain one either. It makes no sense for TIG to add it, then remove it in 1990, then add it back in 1991-92, only to remove it again in 1993 Award any other just or appropriate relief..

THEREFORE, USAG respectfully requests that the Court GRANT this motion and

2

award the following relief:

    A. Declare that TIG sold USAG primary policies in 1986, 1988, 1989, and 1990;

    B. Declare that these policies contain standard ISO form coverage for liabilities arising from bodily injuries;

    C. Declare that each of these policies provides $1 million per occurrence limits with no aggregate limits;

    D. Declare that each of these policies have $1 million per occurrence limit, but no aggregate limits;

    E. Declare that none of these policies contains an AME; and

    F. Award any other just or appropriate relief.

Dated: August 27, 2019　　　　　　　　　　Respectfully submitted,

                                                   /s/ *Gregory M. Gotwald*
                                                   George M. Plews (#6274-49)
                                                   Gregory M. Gotwald (#24911-49)
                                                   Tonya J. Bond (#24802-49)
                                                   Christopher E. Kozak (#35554-49)
                                                   PLEWS SHADLEY RACHER & BRAUN LLP
                                                   1346 N. Delaware St.
                                                   Indianapolis, IN 46202-2415
                                                   (317) 637-0700
                                                   *Attorneys for USA Gymnastics*
                                                   gplews@psrb.com
                                                   ggotwald@psrb.com
                                                   tbond@psrb.com
                                                   sbaldwin@psrb.com
                                                   ckozak@psrb.com

                                                   -and-

>JENNER & BLOCK LLP
>Catherine L. Steege (admitted *pro hac vice*)
>Dean N. Panos (admitted *pro hac vice*)
>Melissa M. Root (#24230-49)
>353 N. Clark Street
>Chicago, Illinois 60654
>(312) 923-2952
>csteege@jenner.com
>dpanos@jenner.com
>mroot@jenner.com
>
>*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| Scott P. Fisher<br>Drewry Simmons Vornehm, LLP<br>sfisher@DSVlaw.com<br><br>George R. Calhoun V<br>Ifrah PLLC<br>george@ifrahlaw.com<br><br>Heather E. Simpson<br>Kennedys CMK LLP<br>heather.simpson@kennedyslaw.com<br>*Counsel for TIG Insurance Company* | James P. Moloy<br>Bose McKinney & Evans LLP<br>jmoloy@boselaw.com<br><br>Kevin P. Kamraczewski<br>Law Offices of Kevin P. Kamraczewski<br>kevin@kevinklaw.com<br><br>Robert B. Millner<br>Ronald D. Kent<br>Susan M. Walker<br>Dentons US LLP<br>robert.millner@dentons.com<br>ronald.kent@dentons.com<br>susan.walker@dentons.com<br>*Counsel for Virginia Surety Company Inc., f/k/a Combined Specialty Insurance Company* |
| Jeffrey B. Fecht<br>Riley Bennett Egloff LLP<br>jfecht@rbelaw.com<br><br>Cassandra L. Jones<br>Walker Wilcox Matousek LLP<br>cjones@wwmlawyers.com<br>*Counsel for RSUI Indemnity Company* | Wendy D. Brewer<br>Phillip A. Martin<br>Fultz Maddox Dickens PLC<br>wbrewer@fmdlegal.com<br>pmartin@fmdlegal.com<br><br>Abigail E. Rocap<br>Bates Carey LLP<br>arocap@batescarey.com<br>*Counsel for Endurance American Insurance Company* |
| Harley K. Means<br>Stephen J. Peters<br>Kroger Gardis & Regas, LLP<br>hmeans@kgrlaw.com<br>speters@kgrlaw.com<br><br>Eric D. Freed<br>Cozen & O'Connor<br>efreed@cozen.com<br>*Counsel for ACE American Insurance Company f/k/a CIGNA Insurance Company* | Bruce L. Kamplain<br>Cynthia E. Lasher<br>Norris Choplin Schroeder LLP<br>bkamplain@ncs-law.com<br>clasher@ncs-law.com<br>*Counsel for Western World Insurance Company* |
| Ginny L. Peterson<br>Casey R. Stafford<br>Kightlinger & Gray, LLP<br>gpeterson@k-glaw.com<br>cstafford@k-glaw.com | Hans H. J. Pijls<br>Dinsmore & Shohl LLP<br>Hans.pijls@dinsmore.com<br>*Counsel for National Casualty Company* |

5

| | |
|---|---|
| Nancy D. Adams<br>Mathilda S. McGee-Tubb<br>Laura Bange Stephens<br>Mintz Levin Cohn Ferris Glovsky & Popeo, PC<br>nadams@mintz.com<br>msmcgee-tubb@mintz.com<br>lbstephens@mintz.com<br>*Counsel for Liberty Insurance Underwriters, Inc.* | |
| Susan N.K. Gummow<br>Igor Shleypak<br>Foran Glennon Palandech Ponzi & Rudloff PC<br>sgummow@fgppr.com<br>ishleypak@fgppr.com<br>*Counsel for American International Group, Inc. & American Home Assurance Company* | Karen M. Dixon<br>Michael M. Marick<br>Skarzynski Marick & Black LLP<br>kdixon@skarzynski.com<br>mmarick@skarzynski.com<br><br>Joshua D. Weinberg<br>Katherine M. Hance<br>Shipman & Goodwin LLP<br>jweinberg@goodwin.com<br>khance@goodwin.com<br>*Counsel for Great American Assurance Company* |
| U.S. Trustee<br>Office of U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov | Catherine L. Steege<br>Melissa M. Root<br>Jenner & Block LLP<br>csteege@jenner.com<br>mroot@jenner.com<br>*Counsel for Debtor USA Gymnastics* |

                /s/ *Gregory M. Gotwald*
                Gregory M. Gotwald