# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS, | Case No. 18-09108-RLM-11 |
| Debtor. | |
| USA GYMNASTICS, | |
| Plaintiff, | |
| v. | Adv. Case No. 19-50012 |
| ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY, AND DOE INSURERS, | **RELIEF IS SOUGHT FROM A UNITED STATES DISTRICT JUDGE** |
| Defendants. | |

## WITHDRAWAL OF RENEWED MOTION OF LIBERTY INSURANCE UNDERWRITERS, INC. TO WITHDRAW THE REFERENCE OF THE ADVERSARY PROCEEDING AND JOINDER TO RENEWED MOTION OF ACE AMERICAN INSURANCE COMPANY, F/K/A CIGNA INSURANCE COMPANY AND TIG INSURANCE COMPANY TO WITHDRAW THE REFERENCE

9335550

Defendant Liberty Insurance Underwriters Inc. ("*LIU*") hereby requests that the Court withdraw its Renewed Motion of Liberty Insurance Underwriters, Inc. to Withdraw the Reference of the Adversary Proceeding which it filed under Doc. 194 on August 21, 2019 at 3:21 p.m. It will refile the document with a correct docket entry to reflect a Joinder to document 192. In support of said Motion, LIU alleges and says that:

1. On August 21, 2019, LIU filed a document with a docket text entry of Motion for Withdraw of Reference with Certificate of Service dated 8/21/2019.

2. LIU chose an incorrect docket text to file this document which it intended to be a joinder to Dkt. 192 filed on August 20, 2019 entitled Renewed Motion to Withdraw the Reference of the Adversary Proceeding filed by Ace American Insurance Company and TIG Insurance Company.

3. Filed simultaneously hereto, LIU has filed the same document under an appropriate document text to reflect that it is a joinder to Doc. 192.

WHEREFORE, Defendant Liberty Insurance Underwriters, Inc. hereby requests that the Court allow it to withdraw its filing made under Doc. 194 on August 21, 2019.

Respectfully submitted,

Dated: August 29, 2019    LIBERTY INSURANCE UNDERWRITERS INC.

By its attorneys,

/s/*Ginny L. Peterson*
Ginny L. Peterson, Attorney No. 20305-41
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
(317) 636-5917 (Fax)
gpeterson@k-glaw.com

        Nancy D. Adams (admitted *pro hac vice*)
        Laura B. Stephens (admitted *pro hac vice*)
        Mathilda S. McGee-Tubb (admitted *pro hac vice*)
        MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
        AND POPEO PC
        One Financial Center
        Boston, MA 0211
        (617) 542-6000
        nadams@mintz.com
        lbstephens@mintz.com
        msmcgee-tubb@mintz.com

        Douglas R. Gooding (admitted *pro hac vice*)
        Jonathan D. Marshall (admitted *pro hac vice*)
        CHOATE, HALL & STEWART LLP
        Two International Place
        Boston, Massachusetts 02110
        (617) 248-5277
        dgooding@choate.com
        jmarshall@choate.com

        *Counsel for Liberty Insurance Underwriters Inc.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 29, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Steven Baldwin - sbaldwin@psrb.com

Tonya J. Bond - tbond@psrb.com

Wendy D Brewer - wbrewer@fmdlegal.com

George Calhoun, IV  - george@ifrahlaw.com

Karen M Dixon - kdixon@skarzynski.com

Jeffrey B. Fecht - jfecht@rbelaw.com

Scott Patrick Fisher - sfisher@drewrysimmons.com

Eric D Freed - efreed@cozen.com

Gregory Michael Gotwald - ggotwald@psrb.com

Susan N Gummow - sgummow@fgppr.com

Katherine Hance - khance@goodwin.com

Cassandra Jones - cjones@walkerwilcox.com

Bruce L. Kamplain - bkamplain@ncs-law.com

Kevin P Kamraczewski - kevin@kevinklaw.com

Ronald David Kent - ronald.kent@dentons.com

Christopher Kozak - ckozak@psrb.com

Cynthia Lasher - clasher@ncs-law.com

Michael M. Marick - mmarick@skarzynski.com

Phillip Alan Martin - pmartin@fmdlegal.com

Harley K Means - hkm@kgrlaw.com

Robert Millner - robert.millner@dentons.com

James P Moloy - jmoloy@boselaw.com

Stephen Jay Peters - speters@kgrlaw.com

Hans Pijls - hans.pijls@dinsmore.com

George Plews - gplews@psrb.com

Abigail E. Rocap - arocap@batescarey.com

Melissa M. Root - mroot@jenner.com

Igor Shleypak - ishleypak@fgppr.com

Heather Elizabeth Simpson - heather.simpson@kennedyscmk.com

Catherine L. Steege - csteege@jenner.com

U.S. Trustee - ustpregion10.in.ecf@usdoj.gov

Susan Walker - susan.walker@dentons.com

Joshua D Weinberg - jweinberg@goodwin.com

| | |
|---|---|
| Dated:  August 29, 2019 | /s/*Ginny L. Peterson*<br>Ginny L. Peterson, Attorney No. 20305-41<br>KIGHTLINGER & GRAY, LLP<br>One Indiana Square, Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, IN 46204<br>(317) 638-4521<br>(317) 636-5917 (Fax)<br>gpeterson@k-glaw.com |

180584\5565908-1