UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00075 (rev 06/2018)

In re:

**USA Gymnastics**,
    Debtor.

Case No. **18−09108−RLM−11**

Adv. Proc. No. **19−50012**

**USA Gymnastics**,
    Plaintiff,
  vs.
**Ace American Insurance Company**,
**Great American Assurance Company**,
**Liberty Insurance Underwriters Inc.**,
et al.,
    Defendants.

# NOTICE OF DEFICIENT FILING

An Objection was filed on September 3, 2019, by Plaintiff USA Gymnastics.

**NOTICE IS GIVEN** that the document is deficient as follows:

> Incorrect event used. Document must be re−filed using Response−Withdrawal of Reference event under Bankruptcy > Appeals & Withdrawals of Reference menu.

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by September 18, 2019, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated:  September 4, 2019

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court