UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| USA GYMNASTICS, | ) | Case No. 18-09108-RLM-11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| USA GYMNASTICS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Case No. 19-50012 |
| | ) | |
| ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY, AND DOE INSURERS, | ) | |
| | ) | |
| Defendants. | ) | |

**TIG INSURANCE COMPANY'S CROSS-MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Under Federal Rule of Civil Procedure 56(a), Federal Rules of Bankruptcy Procedure 7056, and S.D. Ind. B-7056-1(a), Defendant TIG Insurance Company ("TIG") cross-moves for partial summary judgment against Debtor and adversary Plaintiff USA Gymnastics ("USAG")

in response to USAG's Motion for Partial Summary Judgment against TIG dated August 7, 2019. See Dkt. No. 173. In support of its cross-motion, TIG states as follows:

1. USAG has been sued by several hundred former and current athletes claiming sexual abuse or molestation by former USAG athletic trainer/physician Dr. Larry Nassar and several other individuals allegedly affiliated with USAG (the "Sexual Abuse Claims").

2. USAG seeks coverage for the Sexual Abuse Claims from TIG under several policies of insurance, including five policies at issue in the pending motions that contain abuse or molestation exclusions expressly precluding coverage for claims arising from sexual abuse.

3. In its motion, USAG dissects the language of the policies in an effort to avoid application of the abuse or molestation exclusions and to create coverage that was not bargained for and purchased by USAG.

4. As set forth in detail in the accompanying memorandum of law, USAG's interpretation of the TIG policies is contrary to the plain and ordinary meaning of the policy language. USAG asks this Court to accept unreasonable interpretations that would rewrite the terms of the contract and/or prematurely decide the scope of coverage without necessary discovery.

5. The abuse or molestation exclusions have been deemed unambiguous by courts in Indiana and throughout the country and must be enforced as written.

**THEREFORE**, TIG respectfully requests that this Court deny USAG's motion for partial summary judgment in its entirety and grant TIG's cross-motion for partial summary judgment, declaring that: 1) the Abuse or Molestation Exclusion in the 2001 Primary Policy applies to Coverage D, Legal Liability to Participants; and 2) the Molestation Exclusion in the 1996 Excess Policy applies to bodily injury.

Alternatively, if the Court is not inclined to grant TIG's cross-motion, genuine issues of material fact exist, which require discovery and preclude the entry of summary judgment in favor of USAG.

Dated: September 5, 2019　　　　　　　　KENNEDYS CMK LLP

　/s/ Heather E. Simpson
Heather E. Simpson (admitted *pro hac vice*)
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, NJ 07920
(908) 848-6300
heather.simpson@kennedyslaw.com

Scott P. Fisher, Attorney No. 26813-49
DREWRY SIMMONS VORNEHM, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
(317) 580-4848
(317) 580-4855 (Fax)
sfisher@dsvlaw.com

George R. Calhoun (admitted *pro hac vice*)
IFRAH LAW
1717 Pennsylvania Avenue NW, Suite 650
Washington, DC 20006
(202) 524-4147
george@ifrahlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| George M. Plews<br>Gregory M. Gotwald<br>Tonya J. Bond<br>Christopher E. Kozak<br>Plews Shadley Racher & Braun LLP<br>gplews@psrb.com<br>ggotwald@psrb.com<br>tbond@psrb.com<br>ckozak@psrb.com<br><br>Catherine L. Steege<br>Melissa M. Root<br>Jenner & Block LLP<br>csteege@jenner.com<br>mroot@jenner.com<br><br>*Counsel for the Debtor USA Gymnastics* | James P. Moloy<br>Bose McKinney & Evans, LLP<br>jmoloy@boselaw.com<br><br>Kevin P. Kamraczewski<br>Law Offices of Kevin P. Kamraczewski<br>kevin@kevinklaw.com<br><br>Robert B. Millner<br>Ronald D. Kent<br>Susan M. Walker<br>Dentons US LLP<br>Robert.millner@dentons.com<br>Ronald.kent@dentons.com<br>Susan.walker@dentons.com<br>*Counsel for Virginia Surety Company, Inc. f/k/a Combined Specialty Insurance Company* |
| Jeffrey B. Fecht<br>Riley Bennett Egloff LLP<br>jfecht@rbelaw.com<br><br>Cassandra L. Jones<br>Walker Wilcox Matousek LLP<br>cjones@wwmlawyers.com<br>*Counsel for RSUI Indemnity Company* | Wendy D. Brewer<br>Phillip A. martin<br>Fultz Maddox Dickens PLC<br>wbrewer@fmdlegal.com<br>pmartin@fmdlegal.com<br><br>Abigail E. Rocap<br>Bates Carey LLP<br>arocap@batescarey.com<br>*Counsel for Endurance American Insurance Company* |
| Harley K. Means<br>Stephen J. Peters<br>Kroger Gardis & Regas, LLP<br>hmeans@kgrlaw.com<br>speters@kgrlaw.com<br><br>Eric D. Freed<br>Jonathan Toren<br>Cozen & O'Connor<br>efreed@cozen.com<br>jtoren@cozen.com<br>*Counsel for ACE American Insurance Company f/k/a CIGNA Insurance Company* | Bruce L. Kamplain<br>Cynthia E. Lasher<br>Norris Choplin Schroeder, LLP<br>bkamplain@ncs-law.com<br>clasher@ncs-law.com<br>*Counsel for Western World Insurance Company* |
| Ginny L. Peterson<br>Casey R. Stafford<br>Kightliner & Gray, LLP | Hans H. J. Pijls<br>Dinsomre & Stohl, LLP<br>Hans.pijls@dinsomre.com |

| | |
|---|---|
| gpeterson@k-glaw.com<br>cstafford@k-glaw.com<br><br>Nancy D. Adams<br>Mathilda S. McGee-Tubb<br>Laura Bange Stephens<br>Mintz Levin Cohn Ferris Glovsky & Popeo, PC<br>madams@mintz.com<br>msmcgree-tubb@mintz.com<br>lbstephens@mintz.com<br>*Counsel for Liberty Insurance Underwriters, Inc.* | *Counsel for National Casualty* |
| Susan N.K. Gummow<br>Igor Shleypak<br>Foran Glennon Palandeck Ponzi & Rudloff PC<br>Sgummow.fgppr.com<br>ishleypak@fgppr.com<br>*Counsel for American International Group, Inc. & American Home Assurance Company* | Karen M. Dixon<br>Michael M. Marick<br>Skarzynski Marick & Black LLP<br>Kdixon@skarzynski.com<br>mmarick@skarzynski.com<br><br>Joshua D. Weinberg<br>Katherine M. Hance<br>Shipman & Goodwin, LL)P<br>Jweinberg@goodwin.com<br>Khance&Goodwin.com<br>*Counsel for Great American Assurance Company* |
| U.S. Trustee<br>Office of U.S. Trustee<br>Ustpregion10.in.ecf@usdoj.gov | |

      /s/ Heather E. Simpson
        Heather E. Simpson