# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS, | Case No. 18-09108-RLM-11 |
| Debtor. | |
| USA GYMNASTICS, | |
| Plaintiff, | |
| v. | Adv. Case No. 19-50012 |
| ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY, AND DOE INSURERS, | |
| Defendants. | |

**ACE AMERICAN INSURANCE COMPANY'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST USA GYMNASTICS**

Pursuant to Fed R. Cib. P. 56(a), Fed R. Bankr. P. 7056, S.D. Ind. B-7056-1(a)(b), adversary defendant, ACE American Insurance Company f/k/a CIGNA Insurance Company ("Chubb"), cross moves for partial summary judgment against Debtor and Adversary Plaintiff, USA Gymnastics ("USAG"). Specifically, Chubb requests the following dispositions and

1

declarations: (1) that USAG's Motion for Partial Summary Judgment [Dkt. 174] should be denied in all respects; (2) that Chubb has no duty to indemnify USAG, or any other Chubb insured, on any judgment or settlement applicable to liability arising from sexual abuse by a single perpetrator after the maximum total limits of $11,000,000.00 ($1 million under the applicable primary policy, and $10 million under the corresponding excess policy from the same year) have been exhausted; and (3) all other proper relief.

As shown in the accompanying Memorandum of Law in Opposition to USA Gymnastics' Motion for Partial Summary Judgment and in Support of its Cross Motion for Summary Judgment an appendix, both of which are incorporated herein by reference, the exhibits and other admissible evidence before the court demonstrate that there is no genuine issue of any material fact and that Chubb is entitled to partial summary judgment as a matter of law.

In filing this cross motion for partial summary judgment, Chubb fully reserves and does not waive its August 20, 2019 Renewed Motion to Withdraw Reference of the Adversary Proceeding [Dkt. 192]. Also, the only issue raised by Chubb at this time is limited to USAG's Motion for Partial Summary Judgment and, as ordered by the Court, Chubb's response in opposition to that motion. Chubb reserves its rights to assert any and all coverage defenses and claims, if and when it files its answer, affirmative defenses, or other pleadings as to its primary and excess policies issued to USAG.

Wherefore, Chubb prays that partial summary judgment be granted in its favor declaring and determining that (1) USAG's Motion for Partial Summary Judgment against Chubb is denied in all respects; (2) Chubb's Motion for Partial Summary Judgment is granted in

all respects; that the maximum of liability applicable to the liability of USAG or other insureds arising from abuse by a single perpetrator is $11,000,000.00 total; and (3) all other proper relief.

Respectfully submitted.

Dated:  September 5, 2019

KROGER, GARDIS & REGAS, LLP

By  */s/ Stephen J. Peters*
Stephen J. Peters, Attorney No. 6345-49
Harley K. Means, Attorney No. 23068-32
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
(317) 692-9000
(317) 264-6832(Fax)
speters@kgrlaw.com
hmeans@kgrlaw.com

*Counsel for Defendant ACE American Insurance Company f/k/a CIGNA Insurance Company*

COZEN O'CONNOR

By  */s/ Jonathan Toren*
Jonathan Toren, *Admitted Pro Hac Vice*
Eric Freed, *Admitted Pro Hac Vice*
999 Third Avenue, Suite 1900
Seattle, Washington 98104
(206) 340-1000
(206) 621-8783 (Fax)
jtoren@cozen.com
efreed@cozen.com

*Counsel for Defendant, Defendant, ACE American Insurance Company f/k/a CIGNA Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2019, a copy of the foregoing *ACE American Insurance Company's Motion for Partial Summary Judgment Against USA Gymnastics* was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

        Respectfully submitted.

Dated:  September 5, 2019        COZEN O'CONNOR

By   */s/ Jonathan Toren*
    Jonathan Toren, *Admitted Pro Hac Vice*
    Eric Freed, *Admitted Pro Hac Vice*
    999 Third Avenue, Suite 1900
    Seattle, Washington 98104
    (206) 340-1000
    (206) 621-8783 (Fax)
    jtoren@cozen.com
    efreed@cozen.com

    *Counsel for Defendant, Defendant, ACE American Insurance Company f/k/a CIGNA Insurance Company*

LEGAL\42751623\1