# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS, | Case No. 18-09108-RLM-11 |
| Debtor. | |
| USA GYMNASTICS, | |
| Plaintiff, | |
| v. | Adv. Case No. 19-50012 |
| ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY, AND DOE INSURERS, | |
| Defendants. | |

**NOTICE OF COMPLETION OF BRIEFING AND REQUEST FOR TRANSMITTAL OF DOCUMENTS TO U.S. DISTRICT COURT (CASE NO. 18-CV-01306-RLY-MPB)**

Liberty Insurance Underwriters Inc., by and through its undersigned counsel, hereby notifies the Court that briefing is complete on the *Joinder to Renewed Motion of ACE American Insurance Company, f/k/a Cigna Insurance Company and TIG Insurance Company to Withdraw*

*the Reference and Renewed Motion of Liberty Insurance Underwriters, Inc. to Withdraw the Reference of the Adversary Proceeding* [Docket Nos. 194 & 208] and respectfully requests that, pursuant to Local Bankruptcy Rule B-5011-1(f), the Clerk of this Court transmit to the District Court for the Southern District of Indiana (Case No. 18-cv-01306-RLY-MPB) the relevant briefing and record located at Docket Nos. 193, 194, 208, 210, and 211.

                                                        Respectfully submitted,

Dated:  September 6, 2019            LIBERTY INSURANCE UNDERWRITERS INC.

                                                        By its attorneys,

/s/*Ginny L. Peterson*
Ginny L. Peterson, Attorney No. 20305-41
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
(317) 636-5917 (Fax)
gpeterson@k-glaw.com

Nancy D. Adams (admitted *pro hac vice*)
Laura B. Stephens (admitted *pro hac vice*)
Mathilda S. McGee-Tubb (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO PC
One Financial Center
Boston, MA 0211
(617) 542-6000
nadams@mintz.com / lbstephens@mintz.com
msmcgee-tubb@mintz.com

Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5277
dgooding@choate.com / jmarshall@choate.com

*Counsel for Liberty Insurance Underwriters Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2019, a copy of the foregoing *Notice of Completion of Briefing and Request for Transmittal of Documents to U.S. District Court (Case No. 18-CV-01306-RLY-MPB* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Steven Baldwin - sbaldwin@psrb.com

Tonya J. Bond - tbond@psrb.com

Wendy D Brewer - wbrewer@fmdlegal.com

George Calhoun, IV - george@ifrahlaw.com

Karen M Dixon - kdixon@skarzynski.com

Jeffrey B. Fecht - jfecht@rbelaw.com

Scott Patrick Fisher - sfisher@drewrysimmons.com

Eric D Freed - efreed@cozen.com

Gregory Michael Gotwald - ggotwald@psrb.com

Susan N Gummow - sgummow@fgppr.com

Katherine Hance - khance@goodwin.com

Cassandra Jones - cjones@walkerwilcox.com

Bruce L. Kamplain - bkamplain@ncs-law.com

Kevin P Kamraczewski - kevin@kevinklaw.com

Ronald David Kent - ronald.kent@dentons.com

Christopher Kozak - ckozak@psrb.com

Cynthia Lasher - clasher@ncs-law.com

Michael M. Marick - mmarick@skarzynski.com

Phillip Alan Martin - pmartin@fmdlegal.com

Harley K Means - hkm@kgrlaw.com

Robert Millner - robert.millner@dentons.com

James P Moloy - jmoloy@boselaw.com

Stephen Jay Peters - speters@kgrlaw.com

Hans Pijls - hans.pijls@dinsmore.com

George Plews - gplews@psrb.com

Abigail E. Rocap - arocap@batescarey.com

Melissa M. Root - mroot@jenner.com

Igor Shleypak - ishleypak@fgppr.com

Heather Elizabeth Simpson - heather.simpson@kennedyscmk.com

Catherine L. Steege - csteege@jenner.com

U.S. Trustee - ustpregion10.in.ecf@usdoj.gov

Susan Walker - susan.walker@dentons.com

Joshua D Weinberg - jweinberg@goodwin.com

Dated:  September 6, 2019         /s/*Ginny L. Peterson*
                                  Ginny L. Peterson, Attorney No. 20305-41
                                  KIGHTLINGER & GRAY, LLP
                                  One Indiana Square, Suite 300
                                  211 North Pennsylvania Street
                                  Indianapolis, IN 46204
                                  (317) 638-4521
                                  (317) 636-5917 (Fax)
                                  gpeterson@k-glaw.com