SO ORDERED: September 12, 2019.



_____
**Robyn L. Moberly**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| USA GYMNASTICS | ) | CASE NO. 18-9108-RLM-11 |
| | ) | |
| Debtor | ) | |
| | ) | |
| USA GYMNASTICS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ACE AMERICAN INSURANCE COMPANY, f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS, INC., et al | ) | Adv. Proc. 19-50012 |
| | ) | |
| Defendants | ) | |

**ORDER GRANTING EMERGENCY MOTION TO CONTINUE HEARING
FILED BY ACE AMERICAN INSURANCE COMPANY**

Defendant Ace American Insurance Company ("Ace") has moved to continue the hearing on Plaintiff, USA Gymnastics' ("USAG") motion for partial summary judgment (docket #174) currently scheduled for September 17, 2019. The court, having reviewed Ace's emergency motion and USAG's objection, finds that the date as currently set is premature.

Accordingly, the Court grants Ace's emergency motion, but will not wait until a ruling from the district court on the motion to withdraw the reference to reschedule the hearing. Therefore, a continued hearing on USAG's motion for partial summary judgment (#174) and a hearing on Ace's cross motion for summary judgment (docket #216), and all briefs, memoranda, responses and replies related to those motions shall be held before Chief Judge Robyn L. Moberly on **October 30, 2019 at 1:30 p.m**. in Courtroom #329, Birch Bayh Federal Building and U.S Courthouse, 46 East Ohio Street, Indianapolis, IN.

# # #