SO ORDERED: September 12, 2019.



_____
**Robyn L. Moberly**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| USA GYMNASTICS | ) | CASE NO. 18-9108-RLM-11 |
| | ) | |
| Debtor | ) | |
| | ) | |
| USA GYMNASTICS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ACE AMERICAN INSURANCE | ) | Adv. Proc. 19-50012 |
| COMPANY, f/k/a CIGNA | ) | |
| INSURANCE COMPANY, GREAT | ) | |
| AMERICAN ASSURANCE | ) | |
| COMPANY, LIBERTY INSURANCE | ) | |
| UNDERWRITERS, INC., et al | ) | |
| | ) | |
| Defendants | ) | |

**ORDER DENYING EMERGENCY MOTION TO CONTINUE HEARING
FILED BY LIBERTY INSURANCE UNDERWRITERS, INC.**

Defendant Liberty Insurance Underwriters, Inc. ("LIU") has moved to continue the hearing on Plaintiff, USA Gymnastics' ("USAG") motion for partial summary judgment (docket #26) and LIU's cross motion for summary judgment (#130) currently scheduled for September 17, 2019.  The court, having reviewed LIU's emergency motion and USAG's objection, finds that the emergency motion should be denied.

Accordingly, LIU's emergency motion is DENIED.  The hearing currently scheduled for September 17, 2019 on USAG's motion for partial summary judgment (docket #26), LIU's cross motion for summary judgment (#130) and all briefs, memoranda, responses, replies and surreplies related to those motions will remain on the Court's calendar for September 17, 2019 at 1:30 p.m.

# # #