# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| USA GYMNASTICS, | ) | Case No. 18-09108-RLM-11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| USA GYMNASTICS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Case No. 19-50012 |
| | ) | |
| ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY, AND DOE INSURERS, | ) | |
| Defendants. | ) | |

**DEFENDANT TIG INSURANCE COMPANY'S UNOPPOSED
MOTION FOR ENLARGEEMNT OF TIME TO FILE ITS REPLY IN
SUPPORT OF ITS CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, TIG Insurance Company ("TIG"), by counsel, respectfully moves for an enlargement of time of one (1) week, to and including October 3, 2019, within which to file its

reply in support of its Cross-Motion for Partial Summary Judgment filed on September 5, 2019 [Dkt. 214]. In support of this Motion, TIG states as follows:

1. On September 5, 2019, TIG filed its Cross-Motion for Partial Summary Judgment and Memorandum of Law in Opposition to USA Gymnastics' Motion for Partial Summary Judgment and in Support of its Cross-Motion for Partial Summary Judgment Summary Judgment [Dkt. 214 and 215].

2. On September 12, 2019, Debtor, USA Gymnastics ("USAG") filed its Reply Brief in support of its Motion for Partial Summary Judgment against TIG and Response to TIG's Cross-Motion for Summary Judgment [Dkt. 232].

3. On September 12, 2019, this Court continued the September 17, 2019 hearing on USAG's Motion for Partial Summary Judgment to October 30, 2019 [Dkt. 230] at which time USAG's Motion for Partial Summary Judgment [Dkt. 173] and TIG's Cross-Motion for Summary Judgment [Dkt. 214] will be heard. See September 12, 2019 Order Granting Emergency Motion to Continue Hearing filed by TIG [Dkt. 230].

4. The deadline for TIG to file a reply in support of its Cross-Motion for Partial Summary Judgment is September 26, 2019, which time has not yet expired.

5. TIG reasonably requires an enlargement of time to file its reply brief due to the press of other matters, including the filing its Response to USAG's Motion for Partial Summary Judgment as to TIG's Lost Policies filed on August 27, 2019 [Dkt. 204], and requests a one (1) week enlargement of time, to and including October 3, 2019, within which to file its reply.

6. TIG's request for an enlargement of time to and including October 3 will not jeopardize or cause a continuance of the October 30, 2019 hearing on pending summary judgment motions.

7.  USAG does not object to TIG's request for a one (1) week enlargement of time to file its reply brief.

8.  This Motion is not filed for purposes of delay or harassment and will not prejudice any party.

WHEREFORE, TIG Insurance Company respectfully requests an enlargement of time, to and including October 3, 2019, within which to file its reply in support of its Cross-Motion for Partial Summary Judgment, and for all other just and proper relief.

Dated: September 24, 2019               KENNEDYS CMK LLP

Heather E. Simpson (admitted *pro hac vice*)
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, NJ 07920
(908) 848-6300
heather.simpson@kennedyslaw.com

 /s/ Scott P. Fisher_____
Scott P. Fisher, Attorney No. 26813-49
DREWRY SIMMONS VORNEHM, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
(317) 580-4848
(317) 580-4855 (Fax)
sfisher@dsvlaw.com

George R. Calhoun (admitted *pro hac vice*)
IFRAH LAW
1717 Pennsylvania Avenue NW, Suite 650
Washington, DC 20006
(202) 524-4147
george@ifrahlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| George M. Plews<br>Gregory M. Gotwald<br>Tonya J. Bond<br>Christopher E. Kozak<br>Plews Shadley Racher & Braun LLP<br>gplews@psrb.com<br>ggotwald@psrb.com<br>tbond@psrb.com<br>ckozak@psrb.com<br><br>Catherine L. Steege<br>Melissa M. Root<br>Jenner & Block LLP<br>csteege@jenner.com<br>mroot@jenner.com<br><br>*Counsel for the Debtor USA Gymnastics* | James P. Moloy<br>Bose McKinney & Evans, LLP<br>jmoloy@boselaw.com<br><br>Kevin P. Kamraczewski<br>Law Offices of Kevin P. Kamraczewski<br>kevin@kevinklaw.com<br><br>Robert B. Millner<br>Ronald D. Kent<br>Susan M. Walker<br>Dentons US LLP<br>Robert.millner@dentons.com<br>Ronald.kent@dentons.com<br>Susan.walker@dentons.com<br>*Counsel for Virginia Surety Company, Inc. f/k/a Combined Specialty Insurance Company* |
| Jeffrey B. Fecht<br>Riley Bennett Egloff LLP<br>jfecht@rbelaw.com<br><br>Cassandra L. Jones<br>Walker Wilcox Matousek LLP<br>cjones@wwmlawyers.com<br>*Counsel for RSUI Indemnity Company* | Wendy D. Brewer<br>Phillip A. martin<br>Fultz Maddox Dickens PLC<br>wbrewer@fmdlegal.com<br>pmartin@fmdlegal.com<br><br>Abigail E. Rocap<br>Bates Carey LLP<br>arocap@batescarey.com<br>*Counsel for Endurance American Insurance Company* |
| Harley K. Means<br>Stephen J. Peters<br>Kroger Gardis & Regas, LLP<br>hmeans@kgrlaw.com<br>speters@kgrlaw.com<br><br>Eric D. Freed<br>Jonathan Toren<br>Cozen & O'Connor<br>efreed@cozen.com<br>jtoren@cozen.com<br>*Counsel for ACE American Insurance* | Bruce L. Kamplain<br>Cynthia E. Lasher<br>Norris Choplin Schroeder, LLP<br>bkamplain@ncs-law.com<br>clasher@ncs-law.com<br>*Counsel for Western World Insurance Company* |

| | |
|---|---|
| *Company f/k/a CIGNA Insurance Company* | |
| Ginny L. Peterson<br>Casey R. Stafford<br>Kightliner & Gray, LLP<br>gpeterson@k-glaw.com<br>cstafford@k-glaw.com<br><br>Nancy D. Adams<br>Mathilda S. McGee-Tubb<br>Laura Bange Stephens<br>Mintz Levin Cohn Ferris Glovsky & Popeo, PC<br>madams@mintz.com<br>msmcgree-tubb@mintz.com<br>lbstephens@mintz.com<br>*Counsel for Liberty Insurance Underwriters, Inc.* | Hans H. J. Pijls<br>Dinsomre & Stohl, LLP<br>Hans.pijls@dinsomre.com<br>*Counsel for National Casualty* |
| Susan N.K. Gummow<br>Igor Shleypak<br>Foran Glennon Palandeck Ponzi & Rudloff PC<br>Sgummow.fgppr.com<br>ishleypak@fgppr.com<br>*Counsel for American International Group, Inc. & American Home Assurance Company* | Karen M. Dixon<br>Michael M. Marick<br>Skarzynski Marick & Black LLP<br>Kdixon@skarzynski.com<br>mmarick@skarzynski.com<br><br>Joshua D. Weinberg<br>Katherine M. Hance<br>Shipman & Goodwin, LLP<br>Jweinberg@goodwin.com<br>Khance&Goodwin.com<br>*Counsel for Great American Assurance Company* |
| U.S. Trustee<br>Office of U.S. Trustee<br>Ustpregion10.in.ecf@usdoj.gov | |

                                            /s/ Heather E. Simpson
                                              Heather E. Simpson