# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS,[1] | Case No. 18-09108-RLM-11 |
| Debtor. | |
| USA GYMNASTICS, | |
| Plaintiff, | |
| v. | Adv. Case No. 19-50012 |
| ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY, AND DOE INSURERS, | |
| Defendants. | |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on October 3, 2019 USA Gymnastics filed its *Motion to Shorten Time for Filing Proposed Orders on Certain Summary-Judgment Motions* [Adv. Dkt.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

242] (the "**Motion**"), and that on October 9, 2019 ACE American Insurance Company f/k/a CIGNA Insurance Company filed its *Objection to USA Gymnastics' Motion to Shorten Time on Certain Summary Judgment Motions* [Adv. Dkt. 246] and TIG Insurance Company filed its *Objection to USA Gymnastics' Motion to Shorten Time on Certain Summary Judgment Motions* [Adv. Dkt. 247] (collectively, the "**Objections**").

PLEASE TAKE FURTHER NOTICE that the Motion and the Objections have been set for a hearing (the "**Hearing**") on **October 17, 2019 at 1:30 p.m. (prevailing Eastern Time) in Room 329 of the United States Bankruptcy Court, 46 East Ohio Street, Indianapolis, Indiana 46204**.

PLEASE TAKE FURTHER NOTICE that a dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the Hearing.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and the Objections may be accessed through the case website at: https://omnimgt.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

Respectfully submitted.

Dated: October 11, 2019						KROGER, GARDIS & REGAS, LLP


								By	*/s/ Harley K. Means*
									Stephen J. Peters, Attorney No. 6345-49
									Harley K. Means, Attorney No. 23068-32
									111 Monument Circle, Suite 900
									Indianapolis, IN 46204-5125
									(317) 692-9000
									(317) 264-6832(Fax)
									speters@kgrlaw.com
									hmeans@kgrlaw.com

									*Counsel for Defendant ACE American Insurance Company f/k/a CIGNA Insurance Company*


								COZEN O'CONNOR


								By	*/s/ Jonathan Toren*
									Jonathan Toren, *Admitted Pro Hac Vice*
									Eric Freed, *Admitted Pro Hac Vice*
									999 Third Avenue, Suite 1900
									Seattle, Washington 98104
									(206) 340-1000
									(206) 621-8783 (Fax)
									jtoren@cozen.com
									efreed@cozen.com

									*Counsel for Defendant, Defendant, ACE American Insurance Company f/k/a CIGNA Insurance Company*