**SO ORDERED: October 18, 2019.**



_____
**Robyn L. Moberly**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| USA GYMNASTICS | ) | CASE NO. 18-9108-RLM-11 |
| | ) | |
| Debtor | ) | |
| | ) | |
| USA GYMNASTICS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ACE AMERICAN INSURANCE | ) | |
| COMPANY, f/k/a CIGNA | ) | |
| INSURANCE COMPANY, GREAT | ) | |
| AMERICAN ASSURANCE | ) | |
| COMPANY, LIBERTY INSURANCE | ) | |
| UNDERWRITERS, INC., et al | ) | |
| | ) | |
| Defendants | ) | |

ORDER GRANTING ACE AMERICAN INSURANCE COMPANY'S MOTION FOR RELIEF UNDER FED. R. BANKR. P 9024 and STRIKING ANY REFERENCE TO "CORE PROCEEDING"

Having reviewed Ace American Insurance Company's Motion for Relief from Judgment/ Order Pursuant to Fed. R. Bankr. P. 9024, the court now finds that it should be granted.  The court strikes any verbiage in the October 8, 2019 Order (Doc. #244) referencing this motion or this proceeding as a "core proceeding" or "core matter".   Otherwise, the Order (Doc. #244) shall remain in full force and effect.

# # #