IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: </br></br>USA GYMNASTICS, </br></br>              Debtor. | Chapter 11 </br></br> Case No. 18-09108-RLM-11 |
| USA GYMNASTICS, </br></br>              Plaintiff, </br>v. </br></br>ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY, AND DOE INSURERS, </br></br>              Defendants. | Adv. Case No. 19-50012 |

**JOINT MOTION OF PLAINTIFF USA GYMNASTICS AND DEFENDANT LIBERTY INSURANCE UNDERWRITERS INC. FOR LEAVE TO FILE OBJECTIONS TO THE BANKRUPTCY COURT'S PROPOSED FINDINGS AND CONCLUSIONS AND RESPONSE THERETO IN EXCESS OF PAGE LIMITS**

Plaintiff USA Gymnastics ("USAG") and Defendant Liberty Insurance Underwriters Inc.

("LIU") hereby jointly request that this Court allow LIU to file its Objections to the Bankruptcy

Court's Proposed Findings and Conclusions With Respect to USAG's Motion for Partial

Summary Judgment and LIU's Cross-Motion for Summary Judgment entered in the above-referenced adversary proceeding ("Objections") and USAG's Response thereto in excess of 35 pages.  In support of said Motion, USAG and LIU allege and say that:[1/]

1. On October 24, 2019, the Bankruptcy Court issued Proposed Findings and Conclusions With Respect to USAG's Motion for Partial Summary Judgment and LIU's Cross-Motion for Summary Judgment entered in the above-referenced adversary proceeding (the "Proposed Findings and Conclusions").

2. Pursuant to Fed. R. Bankr. P. 9033(b), LIU will file Objections to the Bankruptcy Court's Proposed Findings and Conclusions and USAG will file a Response thereto.

3. Fed. R. Bankr. P. 9033 is silent as to the page limit applicable a party's objections to a bankruptcy court's proposed findings and conclusions or another party's response to such objections.  S.D. Ind. Bankr. R-B-7007-1 and S.D. Ind. Bankr. R-B-7056-1 set a 35-page limit for certain briefs, but it is unclear whether these rules apply to a party's objections to a bankruptcy court's proposed findings and conclusions or another party's response to such objections.

4. LIU and USAG therefore request leave to file briefs of 40 pages in connection with LIU's Objections and USAG's Response thereto.  Such pages are necessary because LIU's Objections will need to address the Bankruptcy Court's Proposed Findings and Conclusions, which addressed more than 100 underlying matters for which USAG is seeking coverage.

WHEREFORE, Plaintiff USA Gymnastics and Defendant Liberty Insurance Underwriters, Inc. hereby jointly request that this Court allow LIU and USAG to file potentially

---

[1/] LIU has moved, together with the other Defendants in this action, to withdraw the reference to the United States Bankruptcy Court for the Southern District of Indiana of the Adversary Proceeding.  Accordingly, the instant Joint Motion does not reflect its consent to this Court's jurisdiction and is subject to the arguments contained in the motion to withdraw the reference.

2

oversized briefs of 40 pages in connection with LIU's Objections to the Bankruptcy Court's Proposed Findings and Conclusions With Respect to USAG's Motion for Partial Summary Judgment and LIU's Cross-Motion for Summary Judgment and USAG's Response thereto.

      Respectfully submitted,

| | |
|---|---|
| PLEWS SHADLEY RACHER & BRAUN LLP | KIGHTLINGER & GRAY, LLP |
| */s/ Christopher E. Kozak* | */s/ Ginny L. Peterson* |
| One of its Attorneys<br>George M. Plews<br>Gregory M. Gotwald<br>Tonya J. Bond<br>Christopher E. Kozak<br>1346 North Delaware Street<br>Indianapolis, Indiana 46202<br>(317) 637-0700<br>gplews@psrb.com<br>ggotwald@prsb.com<br>tbond@prsb.com<br>ckozak@psrb.com | Ginny L. Peterson, ID No. 20305-41<br>One Indiana Square, Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, Indiana 46204<br>(317) 638-4521<br>gpeterson@k-glaw.com |
| | */s/ Nancy D. Adams* |
| | Nancy D. Adams (BBO # 560970)<br>   (admitted *pro hac vice*)<br>Laura B. Stephens (BBO # 674085)<br>   (admitted *pro hac vice*)<br>Mathilda S. McGee-Tubb (BBO # 687434)<br>   (admitted *pro hac vice*)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-6000<br>nadams@mintz.com<br>lbstephens@mintz.com<br>msmcgee-tubb@mintz.com |
| *Counsel for Plaintiff USA Gymnastics* | |
| Dated: November 12, 2019 | *Counsel for Defendant Liberty Insurance Underwriters, Inc.* |

## CERTIFICATE OF SERVICE

I certify that on November 12, 2019, a copy of the foregoing was served via ECF to the following counsel of record:

George M. Plews – gplews@psrb.com
Gregory M. Gotwald – ggotwald@psrb.com
Tonya J. Bond – tbond@psrb.com
Christopher Kozak – ckozak@psrb.com
PLEWS SHADLEY RACHER & BRAYN, LLP
1346 N. Delaware Street
Indianapolis, IN 46202

Melissa M. Root - mroot@jenner.com
Catherine L. Steege - csteege@jenner.com
JENNER &BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456
*Counsel for USA Gymnastics*

George Calhoun, IV– George@ifrahlaw.com
Ifrah Law
1717 Pennsylvania Avenue, NW, Suite 650
Washington, DC 20006

Scott Patrick Fisher
sfisher@drewrysimmons.com
DREWRY SIMMONS VORNEHM, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
*Counsel for TIG Insurance Company*

Susan N. Gummow - sgummow@fgppr.com
Igore Shleypak - ishleypak@fgppr.com
Foran Glennon Palandech
Ponzi & Rudloff, P.C.
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
*Counsel for American International Group, Inc. and American Home Assurance Co.*

Jeffrey B. Fecht - jfecht@rbelaw.com
Riley Bennett Egloff, LLP
141 E. Washington Street
Fourth Floor
Indianapolis, IN 46204

Cassandra L. Jones
Walker Wilcox Matousek, LLP
1 North Franklin Street, Suite 3200
Chicago, IL 60606
*Counsel for RSUI Indemnity Company*

Kevin P. Kamraczewski –
Kevin@kevinklaw.com
LAW OFFICE OF KEVIN P. KAMRACZEWSKI
6101 E. North Sheridan Road, Unit 18c
Chicago, IL 60660

Ronald D. Kent – Ronald.kent@dentons.com
Susan E. Walker –
susan.walker@dentons.com
DENTONS US, LLP
601 S. Figueuroa Street, Suite 2500
Los Angeles, CA 90017

Robert Millner –
Robert.millner@dentons.com
DENTONS US, LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606

James P. Moloy – jmoloy@boselaw.com
BOSE MCKINNEY & EVANS, LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204

Phillip A. Martin, pmartin@fmdlegal.com
Wendy D. Brewer - wbrewer@fmdlegal.com
FULTZ MADDOX DICKENS PLC
101 S. Fifth Street, 27th Floor
Louisville, KY 40202

Abigail E. Rocap – arocap@batescarey.com
BatesCarey LLP
191 N. Wacker Drive, Suite 2400
Chicago, IL  60606
*Counsel for Endurance American Insurance Company*

Bruce L. Kamplain –
bkamplain@ncs-law.com
Cynthia Lasher - clasher@ncs-law.com
NORRIS CHOPLIN SCHROEDER LLP
101 West Ohio Street, Ninth Floor
Indianapolis, IN 46204-4213
*Counsel for Defendant Western World Insurance Company*

Hans H.J. Pijls - hans.pijls@dinsmore.com
Dinsmore & Shohl LLP
300 North Fifth Avenue, Ste. 120
Ann Arbor, MI 48104
*Counsel for Defendant National Casualty Company*

*Counsel for Virginia Surety Company, Inc. f/k/a Combined Specialty Ins. Co.*

Michael M. Marick –
mmarick@skarzynski.com
Karen Dixon - kdixon@skarzynski.com
Skarzynski Marick & Black LLP
205 N. Michigan Ave, Suite 2600
Chicago, IL 60601

Joshua D. Weinberg –
jweinberg@goodwin.com
Katherine M. Hance – khance@goodwin.com
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC 20006
*Counsel for Defendant Great American Assurance Company*

Harley K. Means - hkm@kgrlaw.com
Stephen J. Peters - speters@kgrlaw.com
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125

Eric D. Freed – efreed@cozen.com
Cozen O'Connor
1650 Market Street, 28th Floor
Philadelphia, PA  19103
*Attorneys for Defendant, ACE American Insurance Company f/k/a CIGNA Insurance Company*

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

/s/ Ginny L. Peterson
Ginny L. Peterson
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204

5

93321271v.1