## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 11/14/2019 |
| Case: 19−50012 | Form ID: pdfOrder | Total: 1 |

**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee      ustpregion10.in.ecf@usdoj.gov

TOTAL: 1