# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>      Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |
| USA GYMNASTICS,<br><br>      Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, and DOE INSURERS,<br><br>      Defendants. | Adv. No. 19-50012<br>in 18-09108-RLM-11 |

## NOTICE OF CONTINUED HEARING

PLEASE TAKE NOTICE that on August 27, 2019 USA Gymnastics filed its *Motion For Partial Summary Judgment Against TIG Insurance Company On Lost Policies* [Adv. Dkt 204] (the "**Motion**"), which was originally set for hearing on November 25, 2019 at 1:30 p.m.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

PLEASE TAKE FURTHER NOTICE that the Motion has been continued to the omnibus hearing (the "**Hearing**") to be held on **December 18, 2019 at 1:30 p.m. (Prevailing Eastern Time) in Room 329 of the United States Bankruptcy Court, 46 East Ohio Street, Indianapolis, Indiana 46204**.

PLEASE TAKE FURTHER NOTICE that a dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the Hearing.

PLEASE TAKE FURTHER NOTICE that copies of the Motions may be accessed through the case website at: https://omnimgt.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

| | |
|---|---|
| Dated: November 20, 2019 | Respectfully submitted, |

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
(312) 923-2952
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

-and-

**PLEWS SHADLEY RACHER & BRAUN LLP**

George M. Plews
Gregory M. Gotwald
Tonya J. Bond
Christopher Kozak
1346 North Delaware Street
Indianapolis, Indiana 46202
(317) 637-0700
gplews@psrb.com
ggotwald@prsb.com
tbond@prsb.com
ckozak@psrb.com

*Counsel for the Debtor*