**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,<br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No.  18-09108-RLM-11<br>Adv. No. 19-50012 |
| USA GYMNASTICS,<br>　　　　　　　　Plaintiff,<br>v.<br>ACE AMERICAN INSURANCE<br>COMPANY f/k/a CIGNA INSURANCE<br>COMPANY, GREAT AMERICAN<br>ASSURANCE COMPANY, LIBERTY<br>INSURANCE UNDERWRITERS INC.,<br>NATIONAL CASUALTY COMPANY,<br>RSUI INDEMNITY COMPANY, TIG<br>INSURANCE COMPANY, VIRGINIA<br>SURETY COMPANY, INC. f/k/a<br>COMBINED SPECIALTY INSURANCE<br>COMPANY, WESTERN WORLD<br>INSURANCE COMPANY, ENDURANCE<br>AMERICAN INSURANCE COMPANY,<br>AMERICAN INTERNATIONAL GROUP,<br>INC., AMERICAN HOME ASSURANCE<br>COMPANY, AND DOE INSURERS,<br>　　　　　　　　Defendants. | **Hon. Richard L. Young,**<br>**U.S. District Judge**<br><br>**Hon. Robyn L. Moberly,**<br>**U.S. Bankrutpcy Judge** |

**JOINT DESIGNATION OF THE RECORD FOR USAG'S OBJECTION TO THE**
**BANKRUPTCY COURT'S PROPOSED ORDER ON USAG'S MOTION FOR PARTIAL**
**SUMMARY JUDGMENT AND ACE'S CROSS-MOTION FOR PARTIAL SUMMARY**
**JUDGMENT AND ACE'S RESPONSE THERETO**

Plaintiff USA Gymnastics ("USAG") and Defendant ACE American Insurance Company

("ACE") submit, under FED. R. BANKR. P. 9033(d), the following Designation of the Record for

USAG's Objections to the Bankruptcy Court's Proposed Findings and Conclusions With Respect

to USAG's Motion for Partial Summary Judgment and ACE's Cross-Motion for Partial

Summary Judgment entered in the above-referenced adversary proceeding:

1. *Complaint for Breach of Insurance Policy and Declaratory Judgment of Coverage* [Dkt.[1] 1]

2. *USAG's Motion for Partial Summary Judgment Against Chubb*[2] [Dkt. 174]

3. *USAG's Brief in Support of Motion for Partial Summary Judgment Against Chubb* [Dkt. 175]

4. *Exhibit 1 to USAG's Brief in Support (ACE Physical Abuse or Sexual Misconduct Liability Coverage).* [Dkt. 175-1]

5. *Exhibit 2 to USAG's Brief in Support (ACE Excess Liability Policy form XS-4U18a (3/96)).* [Dkt. 175-2]

6. *Exhibit 3 to USAG's Brief in Support (ACE Physical Abuse or Sexual Misconduct Coverage with limits terms removed)* [Dkt. 175-3]

7. *Exhibit 4 to USAG's Brief in Support (Order, Royal Crown Bottling Corp. v. Cincinnati Ins. Co., No. 49D02-0708-PL-033992 (Marion Cty. Super. Ct. Oct. 27, 2008)).* [Dkt. 175-4]

8. *USA Gymnastics' Memorandum in Support of Motion for Partial Summary Judgment Against TIG Insurance Company* [Dkt. 176]

9. *ACE's Cross-Motion for Partial Summary Judgment Against USAG* [Dkt. 216]

10. *ACE's Memorandum of Law in Opposition to USAG's Motion for Partial Summary Judgment and in Support of Its Cross-Motion for Partial Summary Judgment* [Dkt. 217]

11. *Appendix of Evidence in Support of ACE's Memorandum of Law* [Dkt. 217-1.]

12. *Exhibit A to ACE's Appendix of Evidence (1998-1999 ACE Primary Policy)* [Dkt. 217-2]

13. *Exhibit B to ACE's Appendix of Evidence (1999-2000 ACE Primary Policy)* [Dkt. 217-3]

14. *Exhibit C to ACE's Appendix of Evidence (2000-2001 ACE Primary Policy)* [Dkt. 217-4]

---

[1] All docket references are to the Adversary Proceeding unless otherwise specified.

[2] ACE has elsewhere been referred to as "Chubb" or "Chubb Indemnity Company." The parties have agreed to use "ACE" in future briefing.

15. *Exhibit D to ACE's Appendix of Evidence (1998-1999 ACE Excess Policy)* [Dkt. 217-5]

16. *Exhibit E to ACE's Appendix of Evidence (1999-2000 ACE Excess Policy)* [Dkt. 217-6]

17. *Exhibit F to ACE's Appendix of Evidence (2000-2001 ACE Excess Policy)* [Dkt. 217-7]

18. *USA Gymnastics' Combined Response and Reply Brief in Support of its Motion for Partial Summary Judgment Against Chubb and in Opposition to Chubb's Cross-Motion* [Dkt. 231]

19. *USA Gymnastics' Reply in Support of Motion for Partial Summary Judgment Against TIG and Response to TIG Insurance Company's Motion for Summary Judgment* [Dkt. 232]

20. *ACE's Reply in Support of its Cross-Motion for Partial Summary Judgment* [Dkt. 239]

21. *Bankruptcy Court's Proposed Findings and Conclusions with Respect to USAG's Motion for Partial Summary Judgment and TIG's Cross-Motion for Partial Summary Judgment* [Dkt 274]

22. *Bankruptcy Court's Proposed Findings and Conclusions with Respect to USAG's Motion for Partial Summary Judgment and ACE's Cross-Motion for Partial Summary Judgment* [Dkt. 275]

23. *USAG's Objection to the Bankruptcy Court's Proposed Order on USAG's Motion and ACE's Cross-Motion* [Dkt. 294]

24. *Exhibit A to USAG's Objection (10/30/2019 Hearing Transcript)* [Dkt. 294-1]

25. *ACE's Response to USAG's Objection to the Bankruptcy Court's Proposed Order* [Dkt. _____]

Respectfully submitted,

/s/ *Christopher E. Kozak*          /
George M. Plews (#6274-49)
Gregory M. Gotwald (#24911-49)
Tonya J. Bond (#24802-49)
Christopher E. Kozak (#35554-49)
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N. Delaware St.
Indianapolis, IN 46202-2415

/s/ *Jonathan Toren*                    /
Jonathan Toren (*admitted pro hac vice*)
Eric Freed (*admitted pro hac vice*)
COZEN O'CONNOR
999 Third Ave., Ste. 1900
Seattle, WA 98104
(206) 340-1000
(206) 621-8783 (Fax)

3

(317) 637-0700
gplews@psrb.com
ggotwald@psrb.com
tbond@psrb.com
ckozak@psrb.com

-and-

Catherine L. Steege (admitted pro hac vice)
Dean N. Panos (admitted pro hac vice)
Melissa M. Root (#24230-49)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
(312) 923-2952
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for USA Gymnastics*


Dated: December 13, 2019

jtoren@cozen.com
efreed@cozen.com

Stephen J. Peters
Harley K. Means
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
speters@kgrlaw.com
hkm@kgrlaw.com

*Attorneys for Defendant ACE American*
*Insurance Company f/k/a CIGNA Insurance*
*Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 13, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| Scott P. Fisher<br>Drewry Simmons Vornehm, LLP<br>sfisher@DSVlaw.com<br><br>George R. Calhoun V<br>Ifrah PLLC<br>george@ifrahlaw.com<br>*Counsel for TIG Insurance Company* | James P. Moloy<br>Bose McKinney & Evans LLP<br>jmoloy@boselaw.com<br><br>Kevin P. Kamraczewski<br>Law Offices of Kevin P. Kamraczewski<br>kevin@kevinklaw.com<br><br>Robert B. Millner<br>Ronald D. Kent<br>Susan M. Walker<br>Dentons US LLP<br>robert.millner@dentons.com<br>ronald.kent@dentons.com<br>susan.walker@dentons.com<br>*Counsel for Virginia Surety Company Inc., f/k/a Combined Specialty Insurance Company* |
| Jeffrey B. Fecht<br>Riley Bennett Egloff LLP<br>jfecht@rbelaw.com<br><br>Cassandra L. Jones<br>Walker Wilcox Matousek LLP<br>cjones@wwmlawyers.com<br>*Counsel for RSUI Indemnity Company* | Wendy D. Brewer<br>Phillip A. Martin<br>Fultz Maddox Dickens PLC<br>wbrewer@fmdlegal.com<br>pmartin@fmdlegal.com<br><br>Abigail E. Rocap<br>Bates Carey LLP<br>arocap@batescarey.com<br>*Counsel for Endurance American Insurance Company* |
| Harley K. Means<br>Stephen J. Peters<br>Kroger Gardis & Regas, LLP<br>hmeans@kgrlaw.com<br>speters@kgrlaw.com<br><br>Eric D. Freed<br>Cozen & O'Connor<br>efreed@cozen.com<br>*Counsel for ACE American Insurance Company f/k/a CIGNA Insurance Company* | Bruce L. Kamplain<br>Cynthia E. Lasher<br>Norris Choplin Schroeder LLP<br>bkamplain@ncs-law.com<br>clasher@ncs-law.com<br>*Counsel for Western World Insurance Company* |

5

| | |
|---|---|
| Ginny L. Peterson<br>Casey R. Stafford<br>Kightlinger & Gray, LLP<br>gpeterson@k-glaw.com<br>cstafford@k-glaw.com<br><br>Nancy D. Adams<br>Mathilda S. McGee-Tubb<br>Laura Bange Stephens<br>Mintz Levin Cohn Ferris Glovsky & Popeo, PC<br>nadams@mintz.com<br>msmcgee-tubb@mintz.com<br>lbstephens@mintz.com<br>*Counsel for Liberty Insurance Underwriters, Inc.* | Hans H. J. Pijls<br>Dinsmore & Shohl LLP<br>Hans.pijls@dinsmore.com<br>*Counsel for National Casualty Company* |
| Susan N.K. Gummow<br>Igor Shleypak<br>Foran Glennon Palandech Ponzi & Rudloff PC<br>sgummow@fgppr.com<br>ishleypak@fgppr.com<br>*Counsel for American International Group, Inc. & American Home Assurance Company* | Karen M. Dixon<br>Michael M. Marick<br>Skarzynski Marick & Black LLP<br>kdixon@skarzynski.com<br>mmarick@skarzynski.com<br><br>Joshua D. Weinberg<br>Katherine M. Hance<br>Shipman & Goodwin LLP<br>jweinberg@goodwin.com<br>khance@goodwin.com<br>*Counsel for Great American Assurance Company* |
| U.S.                                    Trustee<br>Office        of        U.S.        Trustee<br>ustpregion10.in.ecf@usdoj.gov | Catherine L. Steege<br>Melissa M. Root<br>Jenner & Block LLP<br>csteege@jenner.com<br>mroot@jenner.com<br>*Counsel for Debtor USA Gymnastics* |

/s/ *Christopher E. Kozak*
Christopher E. Kozak