# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 18-9108-RLM-11 |
| USA GYMNASTICS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, and DOE INSURERS,<br><br>　　　　Defendants. | Adv. Pro. No. 19-50012<br>in 18-09108-RLM-11 |

**JOINT MOTION CONTINUING HEARING ON USAG'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST TIG ON "LOST POLICIES"**

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

1

Debtor-Plaintiff USA Gymnastics ("USAG") and Defendant TIG Insurance Company ("TIG") hereby request that the Court continue the hearing on USAG's Motion for Partial Summary Judgment Against TIG on "Lost Policies" [Dkt. 204] ("Lost Policies Motion") scheduled for Wednesday, December 18, 2019, to the January 22, 2020, omnibus hearing. The parties have reached a compromise on several of the issues impacted by the Lost Policies Motion, but would like additional time to see if they can resolve the rest of the Lost Policies Motion's issues without requiring Court involvement. This joint motion is based on the following facts:

1. The Lost Policies Motion was fully briefed on October 8, 2019. [Dkt. 245.]

2. The hearing on the Lost Policy Motion was scheduled for November 25, 2019. However, due to the mediation occurring the week prior and the parties' negotiations concerning the Lost Policies Motion, the parties requested the hearing be continued to the December 18, 2019, omnibus hearing.

3. The parties have made progress. They have reached agreement on several of the Lost Policies Motion's issues including: (1) the policies' existence; (2) the general coverage forms used; and (3) the "Covered Activities" endorsement.

4. However, some issues remain which the parties continue to work toward resolving. The parties believe continuing the hearing on the Lost Policies Motion to the January 22, 2020, omnibus hearing will give them sufficient time to attempt to resolve all issues related to the Lost Policies Motion.

THEREFORE, USAG and TIG respectfully request that the Court continue the hearing on the Lost Policies Motion to the January 22, 2020, omnibus hearing.

DATED: December 16, 2019

PLEWS SHADLEY RACHER & BRAUN LLP

By: /s/ Gregory M. Gotwald
George M. Plews, #6274-49
Gregory M. Gotwald, #24911-49
Tonya J. Bond, #24802-49
Christopher E. Kozak, #P82156
Plews Shadley Racher & Braun LLP
1346 N. Delaware St.
Indianapolis, IN 46202
Tel: 317.637.0700
gplews@psrb.com
ggotwald@psrb.com
tbond@psrb.com
ckozak@psrb.com
*Attorney for Plaintiff*
USA GYMNASTICS

And with authority from:

Counsel for TIG Insurance Company

Heather Simpson
Kennedys CMK
Heather.Simpson@kennedyslaw.com

Scott P. Fisher
Drewry Simmons Vornehm, LLP
sfisher@DSVlaw.com

George R. Calhoun V
Ifrah PLLC
george@ifrahlaw.com

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 16, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| Heather Simpson<br>Kennedy's CMK<br>Heather.Simpson@kennedyslaw.com<br><br>Scott P. Fisher<br>Drewry Simmons Vornehm, LLP<br>sfisher@DSVlaw.com<br><br>George R. Calhoun V<br>Ifrah PLLC<br>george@ifrahlaw.com<br>*Counsel for TIG Insurance Company* | James P. Moloy<br>Bose McKinney & Evans LLP<br>jmoloy@boselaw.com<br><br>Kevin P. Kamraczewski<br>Law Offices of Kevin P. Kamraczewski<br>kevin@kevinklaw.com<br><br>Robert B. Millner<br>Ronald D. Kent<br>Susan M. Walker<br>Dentons US LLP<br>robert.millner@dentons.com<br>ronald.kent@dentons.com<br>susan.walker@dentons.com<br>*Counsel for Virginia Surety Company Inc., f/k/a Combined Specialty Insurance Company* |
| Jeffrey B. Fecht<br>Riley Bennett Egloff LLP<br>jfecht@rbelaw.com<br><br>Cassandra L. Jones<br>Walker Wilcox Matousek LLP<br>cjones@wwmlawyers.com<br>*Counsel for RSUI Indemnity Company* | Wendy D. Brewer<br>Phillip A. Martin<br>Fultz Maddox Dickens PLC<br>wbrewer@fmdlegal.com<br>pmartin@fmdlegal.com<br><br>Abigail E. Rocap<br>Bates Carey LLP<br>arocap@batescarey.com<br>*Counsel for Endurance American Insurance Company* |
| Harley K. Means<br>Stephen J. Peters<br>Kroger Gardis & Regas, LLP<br>hmeans@kgrlaw.com<br>speters@kgrlaw.com<br><br>Eric D. Freed<br>Cozen & O'Connor<br>efreed@cozen.com<br>*Counsel for ACE American Insurance Company f/k/a CIGNA Insurance Company* | Bruce L. Kamplain<br>Cynthia E. Lasher<br>Norris Choplin Schroeder LLP<br>bkamplain@ncs-law.com<br>clasher@ncs-law.com<br>*Counsel for Western World Insurance Company* |

4

| | |
|---|---|
| Ginny L. Peterson<br>Casey R. Stafford<br>Kightlinger & Gray, LLP<br>gpeterson@k-glaw.com<br>cstafford@k-glaw.com<br><br>Nancy D. Adams<br>Mathilda S. McGee-Tubb<br>Laura Bange Stephens<br>Mintz Levin Cohn Ferris Glovsky & Popeo, PC<br>nadams@mintz.com<br>msmcgee-tubb@mintz.com<br>lbstephens@mintz.com<br>*Counsel for Liberty Insurance Underwriters, Inc.* | Hans H. J. Pijls<br>Dinsmore & Shohl LLP<br>Hans.pijls@dinsmore.com<br>*Counsel for National Casualty Company* |
| Susan N.K. Gummow<br>Igor Shleypak<br>Foran Glennon Palandech Ponzi & Rudloff PC<br>sgummow@fgppr.com<br>ishleypak@fgppr.com<br>*Counsel for American International Group, Inc. & American Home Assurance Company* | Karen M. Dixon<br>Michael M. Marick<br>Skarzynski Marick & Black LLP<br>kdixon@skarzynski.com<br>mmarick@skarzynski.com<br><br>Joshua D. Weinberg<br>Katherine M. Hance<br>Shipman & Goodwin LLP<br>jweinberg@goodwin.com<br>khance@goodwin.com<br>*Counsel for Great American Assurance Company* |
| U.S. Trustee<br>Office of U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov | |

    */s/ Gregory M. Gotwald*

    Gregory M. Gotwald