# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 18-9108-RLM-11 |
| USA GYMNASTICS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, and DOE INSURERS,<br><br>　　　　　Defendants. | Adv. Pro. No. 19-50012<br>in 18-09108-RLM-11 |

**JOINT MOTION CONTINUING HEARING ON USAG'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST TIG ON "LOST POLICIES"**

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

1

Debtor-Plaintiff USA Gymnastics ("USAG") and Defendant TIG Insurance Company ("TIG") hereby request that the Court continue the hearing on USAG's Motion for Partial Summary Judgment Against TIG on "Lost Policies" [Dkt. 204] ("Lost Policies Motion") scheduled for the January 22, 2020, omnibus hearing. The parties have reached a compromise on several of the issues impacted by the Lost Policies Motion, but would like additional time to focus on settlement and see if they can resolve their issues without requiring Court involvement. The parties will file a status report with the Court on or before April 1, 2020. This joint motion is based on the following facts:

1. The Lost Policies Motion was fully briefed on October 8, 2019. [Dkt. 245.]

2. The hearing on the Lost Policy Motion was scheduled for November 25, 2019. However, due to the mediation occurring the week prior and the parties' negotiations concerning the Lost Policies Motion, the parties moved to continue the matter to the December 18, 2019, omnibus hearing. The Court granted that motion. Subsequently, the parties asked the Court to continue the hearing until the January 22, 2020, omnibus hearing so the Parties could continue to work to resolve any differences.

3. The prior motions to continue were based on the parties' progress in resolving the disputes giving rise to the motions. They have reached agreement on several of the Lost Policies Motion's issues including: (1) the policies' existence; (2) the general coverage forms used; and (3) the "Covered Activities" endorsement. The parties' progress on these matters continues, and they continue to engage in settlement discussions.

4. The parties have stipulated to most of the issues originally in dispute and hope they can resolve the remaining issues informally if permitted to do so. Therefore, the parties

request that the Court continue a hearing on the motion, and direct the parties to file a status update on or before April 1, 2020.

**THEREFORE**, USAG and TIG respectfully request that the Court continue the hearing on the Lost Policies Motion and direct that the parties provide a status update on the necessity of the motion on or before April 1, 2020.

DATED: January 15, 2020

PLEWS SHADLEY RACHER & BRAUN LLP

By: /s/ Gregory M. Gotwald
George M. Plews, #6274-49
Gregory M. Gotwald, #24911-49
Tonya J. Bond, #24802-49
Christopher E. Kozak, #P82156
Plews Shadley Racher & Braun LLP
1346 N. Delaware St.
Indianapolis, IN 46202
Tel: 317.637.0700
gplews@psrb.com
ggotwald@psrb.com
tbond@psrb.com
ckozak@psrb.com
*Attorney for Plaintiff*
USA GYMNASTICS

And with authority from:

Counsel for TIG Insurance Company

Heather Simpson
Kennedys CMK
Heather.Simpson@kennedyslaw.com

Scott P. Fisher
Drewry Simmons Vornehm, LLP
sfisher@DSVlaw.com

3

George R. Calhoun V
Ifrah PLLC
george@ifrahlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| Heather Simpson<br>Kennedy's CMK<br>Heather.Simpson@kennedyslaw.com<br><br>Scott P. Fisher<br>Drewry Simmons Vornehm, LLP<br>sfisher@DSVlaw.com<br><br>George R. Calhoun V<br>Ifrah PLLC<br>george@ifrahlaw.com<br>*Counsel for TIG Insurance Company* | James P. Moloy<br>Bose McKinney & Evans LLP<br>jmoloy@boselaw.com<br><br>Kevin P. Kamraczewski<br>Law Offices of Kevin P. Kamraczewski<br>kevin@kevinklaw.com<br><br>Robert B. Millner<br>Ronald D. Kent<br>Susan M. Walker<br>Dentons US LLP<br>robert.millner@dentons.com<br>ronald.kent@dentons.com<br>susan.walker@dentons.com<br>*Counsel for Virginia Surety Company Inc., f/k/a Combined Specialty Insurance Company* |
| Jeffrey B. Fecht<br>Riley Bennett Egloff LLP<br>jfecht@rbelaw.com<br><br>Cassandra L. Jones<br>Walker Wilcox Matousek LLP<br>cjones@wwmlawyers.com<br>*Counsel for RSUI Indemnity Company* | Wendy D. Brewer<br>Phillip A. Martin<br>Fultz Maddox Dickens PLC<br>wbrewer@fmdlegal.com<br>pmartin@fmdlegal.com<br><br>Abigail E. Rocap<br>Bates Carey LLP<br>arocap@batescarey.com<br>*Counsel for Endurance American Insurance Company* |
| Harley K. Means<br>Stephen J. Peters<br>Kroger Gardis & Regas, LLP<br>hmeans@kgrlaw.com<br>speters@kgrlaw.com<br><br>Eric D. Freed<br>Cozen & O'Connor<br>efreed@cozen.com<br>*Counsel for ACE American Insurance Company f/k/a CIGNA Insurance Company* | Bruce L. Kamplain<br>Cynthia E. Lasher<br>Norris Choplin Schroeder LLP<br>bkamplain@ncs-law.com<br>clasher@ncs-law.com<br>*Counsel for Western World Insurance Company* |

| | |
|---|---|
| Ginny L. Peterson<br>Casey R. Stafford<br>Kightlinger & Gray, LLP<br>gpeterson@k-glaw.com<br>cstafford@k-glaw.com<br><br>Nancy D. Adams<br>Mathilda S. McGee-Tubb<br>Laura Bange Stephens<br>Mintz Levin Cohn Ferris Glovsky & Popeo, PC<br>nadams@mintz.com<br>msmcgee-tubb@mintz.com<br>lbstephens@mintz.com<br>*Counsel for Liberty Insurance Underwriters, Inc.* | Hans H. J. Pijls<br>Dinsmore & Shohl LLP<br>Hans.pijls@dinsmore.com<br>*Counsel for National Casualty Company* |
| Susan N.K. Gummow<br>Igor Shleypak<br>Foran Glennon Palandech Ponzi & Rudloff PC<br>sgummow@fgppr.com<br>ishleypak@fgppr.com<br>*Counsel for American International Group, Inc. & American Home Assurance Company* | Karen M. Dixon<br>Michael M. Marick<br>Skarzynski Marick & Black LLP<br>kdixon@skarzynski.com<br>mmarick@skarzynski.com<br><br>Joshua D. Weinberg<br>Katherine M. Hance<br>Shipman & Goodwin LLP<br>jweinberg@goodwin.com<br>khance@goodwin.com<br>*Counsel for Great American Assurance Company* |
| U.S. Trustee<br>Office of U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov | |

    */s/ Gregory M. Gotwald*

    Gregory M. Gotwald