## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| USA GYMNASTICS, | ) | CASE NO. 18-09108-RLM-11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| USA GYMNASTICS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ADVERSARY PROCEEDING |
| | ) | NO. 19-50012 |
| ACE AMERICAN INSURANCE COMPANY | ) | |
| f/k/a CIGNA INSURANCE COMPANY, | ) | |
| GREAT AMERICAN ASSURANCE | ) | |
| COMPANY, LIBERTY INSURANCE | ) | |
| UNDERWRITERS INC., NATIONAL | ) | |
| CASUALTY COMPANY, RSUI INDEMNITY | ) | |
| COMPANY, TIG INSURANCE COMPANY, | ) | |
| VIRGINIA SURETY COMPANY, INC., f/k/a | ) | |
| COMBINED SPECIALTY INSURANCE | ) | |
| COMPANY, WESTERN WORLD | ) | |
| INSURANCE COMPANY, ENDURANCE | ) | |
| AMERICAN INSURANCE COMPANY, | ) | |
| AMERICAN INTERNATIONAL GROUP, | ) | |
| INC., AMERICAN HOME ASSURANCE | ) | |
| COMPANY, and DOE INSURERS, | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF APPEARANCE**

Patrick C. Maxcy, of the law firm of DENTONS US LLP, pursuant to Fed.R.Bankr.P. 9010, S.D.Ind. B-2002-1, and S.D.Ind. B-9010-1, hereby provides notice of his appearance in the above-captioned bankruptcy case on behalf of Virginia Surety Company, Inc., f/k/a Combined

Specialty Insurance Company, and requests that copies of all documents filed in this bankruptcy case be given to and served upon him at the following:

> Patrick C. Maxcy
> DENTONS US LLP
> 233 South Wacker Drive, Suite 5900
> Chicago, Illinois  60606-6361
> Telephone:  (312)  876-2810
> E-Mail:  patrick.maxcy@dentons.com

The undersigned authorizes service by e-mail at the above e-mail address and certifies that he is was admitted to practice in this Court pursuant to an *Order Granting Motion to Appear Pro Hac Vice* entered in the main bankruptcy case on July 13, 2021 [Doc. 1525].

Dated:  July 19, 2021                                        Respectfully submitted,

> /s/  *Patrick C. Maxcy*
> Patrick C. Maxcy
> Illinois Attorney No. 6275469
> DENTONS  US LLP
> 235 South Wacker Drive, Suite 5900
> Chicago, IL  60606-6361
> (312)  876-2810
> patrick.maxcy@dentons.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Nancy D Adams<br>ndadams@mintz.com | Christopher E. Kozak<br>ckozak@psrb.com |
| Robert Allard<br>rallard@cmalaw.net | Micah R Krohn<br>mkrohn@fgllp.com<br>mmatlock@fgllp.com |
| John Joseph Allman<br>jallman@hbkfirm.com | csmith@fgllp.com<br>csucic@fgllp.com |

dadams@hbkfirm.com

Annemarie C Alonso
annie@sllawfirm.com

Martin Beeler
mbeeler@cov.com

Thomas R. Behm
trbehm@gmnp.com

Megan A Bonanni
mbonanni@pittlawpc.com

Tonya J. Bond
tbond@psrb.com
jscobee@psrb.com

Wendy D Brewer
wbrewer@fmdlegal.com
cbellner@fmdlegal.com

Kenneth H. Brown
kbrown@pszjlaw.com

Charles D. Bullock
cbullock@sbplclaw.com
lhaas@sbplclaw.com

George Calhoun
george@ifrahlaw.com
Heather.Simpson@kennedyscmk.com

Douglas N. Candeub
dcandeub@morrisjames.com

John Cannizzaro
john.cannizzaro@icemiller.com
julia.yankula@icemiller.com

Deborah Caruso
dcaruso@rubin-levin.net
dwright@rubin-levin.net

Carolyn Kubota
ckubota@cov.com

Carl N. Kunz
ckunz@morrisjames.com
wweller@morrisjames.com

Adam Le Berthon
adam.leberthon@wilsonelser.com

Jonathan C Little
jon@sllawfirm.com

John Manly
jmanly@manlystewart.com

Michael M. Marick
mmarick@skarzynski.com

Jonathan Marshall
jmarshall@choate.com

Phillip Alan Martin
pmartin@fmdlegal.com
cbellner@fmhd.com

John McDonald
jmcdonald@taftlaw.com

Mathilda S. McGee-Tubb
msmcgee-tubb@mintz.com

Harley K Means
hkm@kgrlaw.com
kwhigham@kgrlaw.com
cjs@kgrlaw.com
tfroelich@kgrlaw.com

Geoffrey M. Miller
geoffrey.miller@dentons.com

csprague@rubin-levin.net
atty_dcaruso@bluestylus.com

Dianne Coffino
dcoffino@cov.com

Jesse Max Creed
creed@psb.law
alegria@psb.law

Heather M. Crockett
Heather.Crockett@atg.in.gov
darlene.greenley@atg.in.gov

Alex Cunny
acunny@manlystewart.com

Elisabeth D'Agostino
edagostino@selmanlaw.com

Peter D'Apice
dapice@sbep-law.com

Louis T. DeLucia
louis.delucia@icemiller.com
john.acquaviva@icemiller.com

Edward DeVries
edward.devries@wilsonelser.com

Jillian Dennehy
jillian.dennehy@kennedyslaw.com

Sean T Devenney
sdevenney@dsvlaw.com

Karen M Dixon
kdixon@skarzynski.com

Kimberly A. Dougherty
Kim@justicelc.com
Lisa@justicelc.com

docket.general.lit.nyc@dentons.com

Robert Millner
robert.millner@dentons.com
docket.general.lit.chi@dentons.com

James P Moloy
jmoloy@boselaw.com
dlingenfelter@boselaw.com
mwakefield@boselaw.com

Meka Moore
mmoore@selmanlaw.com

Ronald J. Moore
Ronald.Moore@usdoj.gov

Whitney L Mosby
whitney.mosby@dentons.com
faith.wolfe@dentons.com

Joseph L. Mulvey
joseph@mulveylawllc.com
linda@mulveylawllc.com

Joel H. Norton
jnorton@rsslawoffices.com

Michael P. O'Neil
moneil@taftlaw.com
aolave@taftlaw.com

Weston Erick Overturf
wes@ofattorneys.com
deidre@ofattorneys.com
ellen@ofattorneys.com

Dean Panos
dpanos@jenner.com

Stephen Jay Peters
speters@kgrlaw.com
acooper@kgrlaw.com

Laura A DuVall
Laura.Duvall@usdoj.gov
Catherine.henderson@usdoj.gov

Vince W Finaldi
vfinaldi@manlystewart.com

Rachana Fischer
rachana.fischer@usdoj.gov
melanie.crouch@usdoj.gov

Todd F. Flood
tflood@floodlaw.com

Sarah Lynn Fowler
sfowler@ofattorneys.com
deidre@ofattorneys.com
ellen@ofattorneys.com

Eric D Freed
efreed@cozen.com
mmerola@cozen.com
Frances Gecker
fgecker@fgllp.com
csmith@fgllp.com
csucic@fgllp.com
mmatlock@fgllp.com

Cameron Getto
cgetto@zausmer.com

Steven W Golden
sgolden@pszjlaw.com

Douglas Gooding
dgooding@choate.com

Gregory Michael Gotwald
ggotwald@psrb.com
smoran@psrb.com
kcox@psrb.com

Manvir Singh Grewal
mgrewal@4grewal.com

Ginny L. Peterson
gpeterson@k-glaw.com
acoy@k-glaw.com

Robert J Pfister
rpfister@ktbslaw.com

John Thomas Piggins
pigginsj@millerjohnson.com
ecfpigginsj@millerjohnson.com

Michael L Pitt
mpitt@pittlawpc.com

George Plews
gplews@psrb.com

Amanda Koziura Quick
amanda.quick@atg.in.gov
Marie.Baker@atg.in.gov

Michael L. Ralph
mralph@rsslawoffices.com

Melissa M. Root
mroot@jenner.com
wwilliams@jenner.com

James Pio Ruggeri
jruggeri@goodwin.com

Syed Ali Saeed
ali@sllawfirm.com
betty@sllawfirm.com

Ilan D Scharf
ischarf@pszjlaw.com

Thomas C Scherer
thomas.scherer@dentons.com
faith.wolfe@dentons.com

5

Susan N Gummow
sgummow@fgppr.com
bcastillo@fgppr.com

Matthew A. Hamermesh
mhamermesh@hangley.com
kem@hangley.com
mjl@hangley.com

Katherine Hance
khance@goodwin.com

Samuel D. Hodson
shodson@taftlaw.com
aolave@taftlaw.com

Bonnie M. Hoffman
bmh@hangley.com
hit@hangley.com
ecffilings@hangley.com

Jeffrey A Hokanson
jeff.hokanson@icemiller.com
bgnotices@icemiller.com
david.young@icemiller.com

I-Heng Hsu
i-heng.hsu@usdoj.gov

John R. Humphrey
jhumphrey@taftlaw.com
aolave@taftlaw.com

Christine K Jacobson
cjacobson@jhklegal.com
5412@notices.nextchapterbk.com
9992889420@filings.docketbird.com

Mitchell Aaron Kamin
mkamin@cov.com

Ronald Paltin Schiller
rschiller@hangley.com
baw@hangley.com
ecffilings@hangley.com

David J. Schwab
djschwab@rsslawoffices.com

Jay Russell Sever
jay.sever@phelps.com

Igor Shleypak
ishleypak@fgppr.com
bcastillo@fgppr.com

Heather Elizabeth Simpson
heather.simpson@kennedyslaw.com
jillian.dennehy@kennedyslaw.com
tara.mccormack@kennedyslaw.com

Casey Ray Stafford
cstafford@k-glaw.com
lsmith@k-glaw.com

James I. Stang
jstang@pszjlaw.com

Catherine L. Steege
csteege@jenner.com
mhinds@jenner.com
thooker@jenner.com
aswingle@jenner.com

Laura B. Stephens
lbstephens@mintz.com

Mark D. Stuaan
mark.stuaan@btlaw.com

Keith Teel
kteel@cov.com

Meredith R. Theisen

Bruce L. Kamplain
bkamplain@ncs-law.com
dhert@ncs-law.com
klong@ncs-law.com

Kevin P Kamraczewski
kevin@kevinklaw.com

Ronald David Kent
ronald.kent@dentons.com
sean.lobb@dentons.com
judy.padilla@dentons.com
audrey.rosenbaum@dentons.com

Andrew T Kight
akight@jhklegal.com
assistant@jhklegal.com
akight@ecf.courtdrive.com

Jackson Taylor Kirklin
taylor.kirklin@usdoj.gov
melanie.crouch@usdoj.gov

Anthony J. Kochis
akochis@wolfsonbolton.com

mtheisen@rubin-levin.net
atty_mtheisen@bluestylus.com
mralph@rubin-levin.net
csprague@rubin-levin.net

Jonathan Toren
jtoren@cozen.com
bbuckner@cozen.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Susan Walker
susan.walker@dentons.com

Joshua D Weinberg
jweinberg@goodwin.com

Abigail W Williams
awilliams@goodwin.com

Gabriella B. Zahn-Bielski
gzahnbielski@cov.com

I further certify that on the 19th day of July, 2021, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Curtis T. Hill, Jr.
IGCS - Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204

Miller Johnson
Attn: John T. Piggins
PO Box 306
Grand Rapids, MI 49501-0306

Cynthia Morano
6511 W 59th Street
Chicago, IL 60638

Rubin & Levin, P.C.
135 N Pennsylvania St Ste 1400
Indianapolis, IN 46204

Robin A Smith
46 Chelmsworth Dr
Bella Vista, AR 72715

USA Gymnastics
1099 N. Meridian St
Suite 800
Indianapolis, IN 46204

Omni Management Group, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367

/s/ *Patrick C. Maxcy*
Patrick C. Maxcy