**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| USA GYMNASTICS, | ) | CASE NO. 18-09108-RLM-11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| USA GYMNASTICS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ADVERSARY PROCEEDING |
| | ) | NO. 19-50012 |
| ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC., f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY, and DOE INSURERS, | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Geoffrey M. Miller, of the law firm of DENTONS US LLP, pursuant to Fed.R.Bankr.P. 9010, S.D.Ind. B-2002-1, and S.D.Ind. B-9010-1, hereby provides notice of his appearance in the above-captioned bankruptcy case on behalf of Virginia Surety Company, Inc., f/k/a Combined

Specialty Insurance Company, and requests that copies of all documents filed in this bankruptcy case be given to and served upon him at the following:

>	Geoffrey M. Miller
>	DENTONS US LLP
>	1221 Avenue of the Americas
>	New York, NY  10020-1089
>	Telephone:  (212)  768-6734
>	E-Mail:  geoffrey.miller@dentons.com

The undersigned authorizes service by e-mail at the above e-mail address and certifies that he was admitted to practice in this Court pursuant to an *Order Granting Motion to Appear Pro Hac Vice* entered in the main bankruptcy case on February 7, 2019 [Doc. 249].

Dated:  July 19, 2021                                             Respectfully submitted,

>	/s/ *Geoffrey M. Miller*
>	Geoffrey M. Miller
>	New York Attorney No. 4999702
>	Illinois Attorney No. 6319372
>	DENTONS US LLP
>	1221 Avenue of the Americas
>	New York, NY  10020-1089
>	(212)  768-6734
>	geoffrey.miller@dentons.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of July, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Nancy D Adams
ndadams@mintz.com

Tonya J. Bond
tbond@psrb.com
jscobee@psrb.com

George Calhoun
george@ifrahlaw.com
Heather.Simpson@kennedyscmk.com

Dianne Coffino
dcoffino@cov.com

Jillian Dennehy
jillian.dennehy@kennedyslaw.com

Sean T Devenney
sdevenney@dsvlaw.com

Karen M Dixon
kdixon@skarzynski.com

Laura A DuVall
Laura.Duvall@usdoj.gov
Catherine.henderson@usdoj.gov

Scott Patrick Fisher
sfisher@drewrysimmons.com
lgarrison@DSVlaw.com

Eric D Freed
efreed@cozen.com
mmerola@cozen.com

Gregory Michael Gotwald
ggotwald@psrb.com
smoran@psrb.com

Harley K Means
hkm@kgrlaw.com
kwhigham@kgrlaw.com
cjs@kgrlaw.com
tfroelich@kgrlaw.com

Robert Millner
robert.millner@dentons.com
docket.general.lit.chi@dentons.com

James P Moloy
jmoloy@boselaw.com
dlingenfelter@boselaw.com
mwakefield@boselaw.com

Stephen Jay Peters
speters@kgrlaw.com
acooper@kgrlaw.com

Ginny L. Peterson
gpeterson@k-glaw.com
acoy@k-glaw.com

Hans Pijls
hans.pijls@dinsmore.com
shannon.langley@dinsmore.com

George Plews
gplews@psrb.com

Melissa M. Root
mroot@jenner.com
wwilliams@jenner.com

Ronald Paltin Schiller
rschiller@hangley.com
baw@hangley.com
ecffilings@hangley.com

kcox@psrb.com

Susan N Gummow
sgummow@fgppr.com
bcastillo@fgppr.com

Matthew A. Hamermesh
mhamermesh@hangley.com
kem@hangley.com
mjl@hangley.com

Katherine Hance
khance@goodwin.com

Bonnie M. Hoffman
bmh@hangley.com
hit@hangley.com
ecffilings@hangley.com

Kevin P Kamraczewski
kevin@kevinklaw.com

Ronald David Kent
ronald.kent@dentons.com
sean.lobb@dentons.com
judy.padilla@dentons.com
audrey.rosenbaum@dentons.com

Christopher E. Kozak
ckozak@psrb.com

Carl N. Kunz
ckunz@morrisjames.com
wweller@morrisjames.com

Michael M. Marick
mmarick@skarzynski.com

Mathilda S. McGee-Tubb
msmcgee-tubb@mintz.com

Igor Shleypak
ishleypak@fgppr.com
bcastillo@fgppr.com

Heather Elizabeth Simpson
heather.simpson@kennedyslaw.com
jillian.dennehy@kennedyslaw.com
tara.mccormack@kennedyslaw.com

Casey Ray Stafford
cstafford@k-glaw.com
lsmith@k-glaw.com

Catherine L. Steege
csteege@jenner.com
mhinds@jenner.com
thooker@jenner.com
aswingle@jenner.com

Laura B. Stephens
lbstephens@mintz.com

Jonathan Toren
jtoren@cozen.com
bbuckner@cozen.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Susan Walker
susan.walker@dentons.com

Joshua D Weinberg
jweinberg@goodwin.com

Abigail W Williams
awilliams@goodwin.com

I further certify that on the 19th day of July, 2021, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

None

/s/ *Geoffrey M. Miller*
Geoffrey M. Miller