## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS, | Case No. 18-09108-RLM-11 |
| Debtor. | |
| USA GYMNASTICS, | |
| Plaintiff, | |
| v. | Adv. Case No. 19-50012 |
| ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY, AND DOE INSURERS, | |
| Defendants. | |

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for TIG Insurance Company in both the bankruptcy and the adversary cases.

2

Date: <u>July 29, 2021</u>    DREWRY SIMMONS VORNEHM, LLP

<u>/s/ *David A. Temple*    </u>
David A. Temple (#18193-49)
736 Hanover Place, Suite 200
Carmel, IN 46032
Phone: (317) 580-4848
Fax:    (317) 580-4855
Email: dtemple@DSVlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties the Court's Electronic Case Filing System. Parties may access this filing through the Court's system

| | | |
|---|---|---|
| ATTORNEY GENERAL<br>RONALD J. MOORE<br>RONALD.MOORE@USDOJ.GOV | BOSE MCKINNEY & EVANS LLP<br>JAMES MOLOY<br>JMOLOY@BOSELAW.COM | COVINGTON & BURLING LLP<br>DIANNE COFFINO<br>DCOFFINO@COV.COM |
| COVINGTON & BURLING LLP<br>GABRIELLA ZAHN-BIELSKI<br>GZAHNBIELSKI@COV.COM | COVINGTON & BURLING LLP<br>KEITH A. TEEL<br>KTEEL@COV.COM | COVINGTON & BURLING LLP<br>MARTIN BEELER<br>MBEELER@COV.COM |
| COVINGTON & BURLING LLP<br>MITCHELL A. KAMIN<br>MKAMIN@COV.COM | COVINGTON & BURLING LLP<br>R. ALEXANDER CLARK<br>ACLARK@COV.COM | DENTONS BINGHAM GREENEBAUM DOLL LLP<br>THOMAS SCHERER<br>TSCHERER@DENTONS.COM |
| DENTONS BINGHAM GREENEBAUM DOLL LLP<br>WHITNEY MOSBY<br>WMOSBY@DENTONS.COM | DENTONS US LLP<br>GEOFFREY MILLER<br>GEOFFREY.MILLER@DENTONS.COM | DENTONS US LLP<br>ROBERT MILLNER<br>ROBERT.MILLNER@DENTONS.COM |
| DENTONS US LLP<br>RONALD KENT<br>RONALD.KENT@DENTONS.COM | DENTONS US LLP<br>SUSAN WALKER<br>SUSAN.WALKER@DENTONS.COM | DREWRY SIMMONS VORNEHM, LLP<br>SEAN T. DEVENNEY<br>SDEVENNEY@DSVLAW.COM |
| FORAN GLENNON PALANDECH PONZI & RUDLOFF PC<br>IGOR SHLEYPAK<br>ISHLEYPAK@FGPPR.COM | FORAN GLENNON PALANDECH PONZI & RUDLOFF PC<br>SUSAN N. GUMMOW<br>SGUMMOW@FGPPR.COM | FULTZ MADDOX DICKENS PLC<br>PHILLIP A. MARTIN<br>PMARTIN@FMDLEGAL.COM |
| FULTZ MADDOX DICKENS PLC<br>WENDY D. BREWER<br>WBREWER@FMDLEGAL.COM | GREWAL LAW PLLC<br>MANVIR GREWAL SR.<br>MGREWAL@4GREWAL.COM | HESTER BAKER KREBS LLC<br>JEFFREY HESTER<br>JHESTER@HBKFIRM.COM |
| HESTER BAKER KREBS LLC<br>JOHN J. ALLMAN<br>JALLMAN@HBKFIRM.COM | ICE MILLER<br>JEFFREY A. HOKANSON<br>JEFF.HOKANSON@ICEMILLER.COM | ICE MILLER<br>JOHN CANNIZZARO<br>JOHN.CANNIZZARO@ICEMILLER.COM |
| ICE MILLER LLP<br>ALYSON M. FIEDLER<br>ALYSON.FIEDLER@ICEMILLER.COM | ICE MILLER LLP<br>LOUIS T. DELUCIA<br>LOUIS.DELUCIA@ICEMILLER.COM | IFRAH PLLC<br>GEORGE@IFRAHLAW.COM |
| JACOBSON HILE KIGHT LLC<br>ANDREW T. KIGHT<br>AKIGHT@JHKLEGAL.COM | JACOBSON HILE KIGHT LLC<br>CHRISTINE K. JACOBSON<br>CJACOBSON@JHKLEGAL.COM | JENNER & BLOCK LLP<br>CATHERINE L. STEEGE<br>CSTEEGE@JENNER.COM |
| JENNER & BLOCK LLP<br>DEAN N. PANOS<br>DPANOS@JENNER.COM | JENNER & BLOCK LLP<br>MELISSA M. ROOT<br>MROOT@JENNER.COM | K&L GATES LLP<br>DANIEL ELIADES<br>DANIEL.ELIADES@KLGATES.COM |
| K&L GATES LLP<br>DAVID CATUOGNO<br>DAVID.CATUOGNO@KLGATES.COM | KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>ROBERT PFISTER<br>RPFISTER@KTBSLAW.COM | KROGER, GARDIS & REGAS, LLP<br>HARLEY K. MEANS<br>HMEANS@KGRLAW.COM |
| KROGER, GARDIS & REGAS, LLP<br>STEPHEN J. PETERS<br>SPETERS@KGRLAW.COM | KTBS LAW LLP<br>ROBERT J. PFISTER<br>RPFISTER@KTBSLAW.COM | KTBS LAW LLP<br>ROBERT J. PFISTER<br>RPFISTER@KTBSLAW.COM |

| | | |
|---|---|---|
| LAW OFFICES OF KEVIN P. KAMRACZEWSKI<br>KEVIN P. KAMRACZEWSKI<br>KEVIN@KEVINKLAW.COM | MILLER JOHNSON<br>JOHN T PIGGINS<br>PIGGINSJ@MILLERJOHNSON.COM | MORRIS JAMES LLP<br>CARL KUNZ<br>CKUNZ@MORRISJAMES.COM |
| MULVEY LAW LLC<br>JOSEPH L. MULVEY<br>JOSEPH@MULVEYLAWLLC.COM | OFFICE OF THE INDIANA ATTORNEY GENERAL<br>AMANDA QUICK<br>AMANDA.QUICK@ATG.IN.GOV | OFFICE OF THE INDIANA ATTORNEY GENERAL<br>HEATHER M CROCKETT<br>HEATHER.CROCKETT@ATG.IN.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>LAURA A. DUVALL<br>LAURA.DUVALL@USDOJ.GOV | OVERTURF FOWLER LLP<br>SARAH L. FOWLER<br>SFOWLER@OFATTORNEYS.COM | OVERTURF FOWLER LLP<br>WESTON E. OVERTURF<br>WES@OFATTORNEYS.COM |
| PACHULSKI, STANG, ZIEHL & JONES LLP ILAN SCHARF<br>ISCHARF@PSZJLAW.COM | PACHULSKI, STANG, ZIEHL & JONES LLP<br>JAMES I. STANG<br>JSTANG@PSZJLAW.COM | PACHULSKI, STANG, ZIEHL & JONES LLP<br>KENNETH H. BROWN<br>KBROWN@PSZJLAW.COM |
| PACHULSKI, STANG, ZIEHL & JONES LLP<br>STEVEN W. GOLDEN<br>SGOLDEN@PSZJLAW.COM | PLEWS SHADLEY RACHER & BRAUN, LLP<br>GEORGE M. PLEWS<br>GPLEWS@PSRB.COM | PLEWS SHADLEY RACHER & BRAUN, LLP<br>GREGORY M. GOTWALD<br>GGOTWALD@PSRB.COM |
| PLEWS SHADLEY RACHER & BRAUN, LLP<br>STEVEN BALDWIN<br>SBALDWIN@PSRB.COM | RALPH, SCHWAB & SCHIEVER, CHARTERED<br>DAVID SCHWAB<br>DJSCHWAB@RSSLAWOFFICES.COM | RALPH, SCHWAB & SCHIEVER, CHARTERED<br>JOEL NORTON<br>JNORTON@RSSLAWOFFICES.COM |
| RALPH, SCHWAB & SCHIEVER, CHARTERED<br>MICHAEL RALPH<br>MRALPH@RSSLAWOFFICES.COM | RUBIN & LEVIN, P.C.<br>DEBORAH CARUSO<br>DCARUSO@RUBIN-LEVIN.NET | RUBIN & LEVIN, P.C.<br>MEREDITH THEISEN<br>MTHEISEN@RUBIN-LEVIN.NET |
| SAEED & LITTLE, LLP<br>ANNEMARIE ALONSO<br>ANNIE@SLLAWFIRM.COM | SAEED & LITTLE, LLP<br>JONATHAN LITTLE<br>JON@SLLAWFIRM.COM | SAEED & LITTLE, LLP<br>SYED ALI SAEED<br>ALI@SLLAWFIRM.COM |
| SHIPMAN & GOODWIN LLP<br>ABIGAIL W. WILLIAMS<br>AWILLIAMS@GOODWIN.COM | SHIPMAN & GOODWIN LLP<br>JAMES RUGGERI<br>JRUGGERI@GOODWIN.COM | SHIPMAN & GOODWIN LLP<br>JOSHUA WEINBERG<br>JWEINBERG@GOODWIN.COM |
| SHIPMAN & GOODWIN LLP<br>KATHERINE HANCE<br>KHANCE@GOODWIN.COM | SMITHAMUNDSEN LLC<br>MARK WENZEL<br>MWENZEL@SALAWUS.COM | SMITHAMUNDSEN LLC<br>MARTHA LEHMAN<br>MLEHMAN@SALAWUS.COM |
| STEVENSON & BULLOCK, P.L.C<br>CHARLES D. BULLOCK<br>CBULLOCK@SBPLCLAW.COM | TAFT STETTINIUS & HOLLISTER LLP<br>SAMUEL D. HODSON<br>SHODSON@TAFTLAW.COM | TAFT STETTINIUS & HOLLISTER, LLP<br>JOHN R. HUMPHREY<br>JHUMPHREY@TAFTLAW.COM |
| TAFT STETTINIUS & HOLLISTER, LLP MICHAEL P. O'NEIL<br>MONEIL@TAFTLAW.COM | UNITED STATES OLYMPIC COMMITTEE<br>CHRIS MCCLEARY<br>CHRIS.MCCLEARY@USOC.ORG | WOLFSON BOLTON PLLC<br>ADAM L. KOCHENDERFER<br>AKOCHENDERFER@WOLFSONBOLTON.COM |
| ZAUSMER, AUGUST & CALDWELL, P.C<br>CAMERON R. GETTO<br>CGETTO@ZACFIRM.COM | UNITED STATES ATTORNEY'S OFFICE ATTN:<br>JOSH MINKLER<br>10 W MARKET ST, STE 2100 INDIANAPOLIS, IN 46204 | |

/s/ *David A. Temple*
David A. Temple (#18193-49)