**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |
| USA GYMNASTICS,<br><br>                    Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY (f/k/a CIGNA INSURANCE COMPANY), AMERICAN HOME ASSURANCE COMPANY (N/K/A AIG), GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. (f/k/a COMBINED SPECIALTY INSURANCE COMPANY), and DOE INSURERS,<br><br>                    Defendants. | Adv. Case. No. 19-50012 |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on April 7, 2022 USA Gymnastics, as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Motion to Dismiss Settling Insurers With Prejudice* [Adv. Dkt. 630] (the "**Motion**").

---

[1] The last four digits of the Debtor's federal tax identification number are 7871.  The location of the Debtor's principal office is 1099 N. Meridian St., Suite 800, Indianapolis, Indiana 46204.

PLEASE TAKE FURTHER NOTICE that the Motion is set to be heard at a hearing (the "**Hearing**") on **April 19, 2022 at 9:00 a.m. (prevailing Eastern time)**.

PLEASE TAKE FURTHER NOTICE **that any objections to the Motion must be filed by April 15, 2022 at 4:30 p.m. (prevailing Eastern time)**.

PLEASE TAKE FURTHER NOTICE **that parties may participate in the Hearing via Zoom for Government**, using this link: https://www.zoomgov.com/j/16175050888. Parties that wish to listen to the Hearing, but not actively participate, may do so by phone:

>     Phone: 551-285-1373 or 646-828-7666
>     Meeting ID: 161 7505 0888

PLEASE TAKE FURTHER NOTICE that copies of the Motion may be accessed through the case website at: https://omniagentsolutions.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

Dated: April 7, 2022                                                   Respectfully submitted,

                                                                       **JENNER & BLOCK LLP**

                                                                       By: /s/ *Catherine Steege*

                                                                       Catherine L. Steege (admitted *pro hac vice*)
                                                                       Dean N. Panos (admitted *pro hac vice*)
                                                                       Melissa M. Root (#24230-49)
                                                                       353 N. Clark Street
                                                                       Chicago, Illinois 60654
                                                                       (312) 222-9350
                                                                       csteege@jenner.com
                                                                       dpanos@jenner.com
                                                                       mroot@jenner.com
                                                                       *Counsel for the Debtor*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing *Notice of Motion and Hearing* was filed electronically on the date stated above. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

<u>/s/ Catherine L. Steege</u>
*Counsel for the Debtor*