# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS, INC., | Case No. 18-09108-RLM-11 |
| Debtor. | Adv. Proc. No. 1:19-ap-50012 |

USA GYMNASTICS, INC.,   )
                        )
Plaintiff,              )
                        )
       vs.              )
                        )
ACE AMERICAN INSURANCE COMPANY f/k/a  )
CIGNA INSURANCE COMPANY, GREAT        )
AMERICAN ASSURANCE COMPANY, LIBERTY   )
INSURANCE UNDERWRITERS INC., NATIONAL )
CASUALTY COMPANY, RSUI INDEMNITY      )
COMPANY, TIG INSURANCE COMPANY,       )
VIRGINIA SURETY COMPANY, INC. f/k/a   )
COMBINED SPECIALTY INSURANCE          )
COMPANY, WESTERN WORLD INSURANCE      )
COMPANY, ENDURANCE AMERICAN           )
INSURANCE COMPANY, and DOE            )
INSURERS,                             )
                                      )
Defendants.                           )
                                      )
                                      )

---

**USAG'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST LIU ON INDEMNITY**

Pursuant to Fed. R. Civ. P. 56(a), Fed. R. Bankr. P. 7056, and S.D. Ind. B-7056-1(a), Debtor and adversary plaintiff USA Gymnastics ("USAG") respectfully moves for summary judgment against defendant Liberty Insurance Underwriters Inc. ("LIU"). In support of its motion, USAG and states the following:

1. LIU breached its duty to defend USAG multiple times in multiple ways in the underlying tort litigation and interrelated investigations concerning Nassar.

2. USAG, the underlying tort claimants, the United States Olympic and Paralympic Committee ("USOPC"), the general liability insurers, and others reached a settlement resulting in an approved Plan of Reorganization (Bankr. Dkt. 1776.)

3. LIU is contributing nothing under that Plan.

4. USAG is contributing $6.15 million towards the good-faith settlement in the Plan, and its general liability insurers are contributing hundreds of millions of dollars.

5. LIU's policy covers claims for emotional distress, for which virtually every Nassar-related claimant seeks damages. The key Nassar-related claims against USAG are covered under the LIU policy as basic third-party liability claims for emotional distress.

6. Nassar was never an "employee" of USAG. He was a volunteer. This is undisputed.

7. LIU's policy provides $5 million in limits. It also has a $250,000 sublimit for Third Party "EPL." The acronym "EPL" means Employment Practices Liability, and it is addressed under the policy's sub-coverage for Employment Practices Wrongful Acts ("EPWA").

8. The EPWA definition in the applicable 2016 policy does not apply to any of the underlying Nassar Claims.

9. LIU conceded to Seventh Circuit: "The Nassar Athlete Lawsuits are not for **Employment Practices Wrongful Acts**." (LIU's Appellant Reply Br. at 32, attached to Br. in Support as Ex. B.)

10. Thus, the full $5 million in indemnity limits are available to USAG.

11. Because USAG had to pay $6.15 million to settle the underlying claims, LIU owes its $5 million in indemnity limits.

12. LIU has no viable defenses.

13. LIU's multiple, material violations of its duty to defend, its consistent acts to impede USAG from settling, and its insistence that it owed no indemnity at all preclude it from asserting a voluntary payments defense. *E.g., Klepper v. Ace Am. Ins. Co.*, 999 N.E.2d 86, 91-97 (Ind. Ct. App. 2014) (discussing, *e.g.*, *Midwestern Indem. Co. v. Laikin*, 119 F. Supp. 2d 831 (S.D. Ind. 2000). When an insurer induces a policyholder to "effect self-help to protect [it]self," it precludes the insurer from asserting a voluntary payment defense against a good-faith settlement. *Ind. Ins. Co. v. Ivetich*, 445 N.E.2d 110, 112 (Ind. Ct. App. 1983).

14. LIU's "other insurance" defense also fails for multiple reasons.

15. The "other insurance" clause only applies to "concurrent" insurance policies, where the other insurance covers the same parties for the same risks and interests for same period of time. That is not the case here. LIU's 2016 D&O claims-made policy differs significantly from the USAG's occurrence-based general liability policies that also cover USOPC.

16. The "other insurance" defense also fails because the general liabilities policies are not "valid and collectible." Those policies are exhausted, settled, and bought back by the general liability insurers under the Plan.

17. The "other insurance" clause impacts the relationship between insurers—not the insurer's relationship with the policyholder. Because the general liability insures have settled and LIU chose to disregard its defense duty and not settle, it has no rights to recover from the general liability insurers. *E.g., Eli Lilly & Co. v. The Aetna Cas. & Surety Co.*, No. 49D12-01202-CP-000243, *slip op.* at * 4 (Marion Cty. Super. Ct. Jul. 15, 2020) (citing *Indiana Ins. Co. v. Sentry Ins. Co.*, 437 N.E.2d 1381, 1388 (Ind. Ct. App. 1982).

**THEREFORE,** USAG respectfully requests that the Court **GRANT** this motion and award the following relief:

A. Declare that LIU's policy provides $5 million in aggregate limits available for the Nassar-related claimants;

B. Declare that LIU has no defenses to indemnity coverage, including but not limited to, the "voluntary payments" and "other insurance" provision;"

C. Order LIU pay USAG the $5M limits in indemnity;

D. Declare that LIU must pay USAG prejudgment interest (8% annual interest) on the $5 million;

E. Enter judgment in USAG's favor and against LIU for $5 million plus 8% in prejudgment interest, calculated from the date of closing through entry of the judgment, and

F. Award any other just or appropriate relief.

Respectfully Submitted,

/s/ *Christopher E. Kozak*             /
George M. Plews (#6274-49)
Gregory M. Gotwald (#24911-49)
Tonya J. Bond (#24802-49)
Christopher E. Kozak (#P82156)
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N. Delaware St.
Indianapolis, IN 46202-2415

3

(317) 637-0700
*Attorneys for USA Gymnastics*
gplews@psrb.com
ggotwald@psrb.com
tbond@psrb.com
ckozak@psrb.com

# CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| Sean T. Devenney<br>Drewry Simmons Vornehm, LLP<br>736 Hanover Pl., Ste. 200<br>Carmel, IN 46032<br>Tel: 317.580.4848<br>sdevenney@DSVlaw.com<br><br>George R. Calhoun, V<br>Ifrah PLLC<br>1717 Pennsylvania Ave., NW, Ste. 650<br>Washington, DC 20006<br>Tel: 202.524.4140<br>george@ifrahlaw.com<br><br>Heather E. Simpson<br>Jillian G. Dennehy<br>Kennedys CMK LLP<br>120 Mountain View Blvd.<br>Basking Ridge, NJ 07920<br>Tel: 908.848.1226<br>heather.simpson@kennedyslaw.com<br>jillian.dennehy@kennedyslaw.com<br>*Counsel for TIG Insurance Company* | James P. Moloy<br>Bose McKinney & Evans LLP<br>111 Monument Circle, Ste. 2700<br>Indianapolis, IN 46204<br>Tel: 317.684.5000<br>jmoloy@boselaw.com<br><br>Kevin P. Kamraczewski<br>Law Offices of Kevin P. Kamraczewski<br>332 S. Michigan Ave., Ste. 1032 K363<br>Chicago, IL 60606<br>Tel: 312.697.9768<br>kevin@kevinklaw.com<br><br>Robert B. Millner<br>Dentons US LLP<br>233 S. Wacker Dr., Ste. 5900<br>Chicago, IL 60606<br>Tel: 312.876.7994<br>robert.millner@dentons.com<br><br>Ronald D. Kent<br>Dentons US LLP<br>601 S. Figueroa St., Ste. 2500<br>Los Angeles, CA 90017<br>Tel: 213.623.9300<br>ronald.kent@dentons.com<br><br>Susan M. Walker<br>Dentons US LLP<br>601 S. Figueroa St., Ste. 2500<br>Los Angeles, CA 90017<br>Tel: 213.623.9300<br>susan.walker@dentons.com<br>*Counsel for Virginia Surety Company Inc., f/k/a Combined Specialty Insurance Company* |
| Susan N.K. Gummow<br>Foran Glennon Palandech Ponzi & Rudloff, PC<br>222 N. LaSalle St., Ste. 1400 | Catherine L. Steege<br>Melissa M. Root<br>Jenner & Block LLP<br>353 N. Clark St. |

5

| | |
|---|---|
| Chicago, IL 60601<br>Tel: 312.863.5000<br>sgummow@fgppr.com<br>*Counsel for American International Group, Inc. & American Home Assurance Company* | Chicago, IL 60654-3456<br>Tel: 312.222.9350<br>csteege@jenner.com<br>mroot@jenner.com<br>*Counsel for Debtor USA Gymnastics* |
| Harley K. Means<br>Stephen J. Peters<br>Kroger Gardis & Regas LLP<br>111 Monument Circle, Ste. 900<br>Indianapolis, IN 46204<br>Tel: 317.692.9000<br>hmeans@kgrlaw.com<br>speters@kgrlaw.com<br><br>Eric D. Freed<br>Cozen O'Connor<br>One Liberty Place<br>1650 Market St., Ste. 2800<br>Philadelphia, PA 19103<br>Tel: 215.665.3724<br>efreed@cozen.com<br><br>Jonathan Toren<br>Cozen O'Connor<br>999 Third Ave., Ste. 1900<br>Seattle, WA 98104<br>Tel: 206.340.1000<br>jtoren@cozen.com<br>*Counsel for ACE American Insurance Company f/k/a CIGNA Insurance Company* | Hans H.J. Pijls<br>Dinsmore & Shohl LLP<br>300 N. Fifth Ave., Ste. 120<br>Ann Arbor, MI 48104<br>Tel: 734.773.4058<br>hans.pijls@dinsmore.com<br><br>Meka Moore<br>Elisabeth D'Agostino<br>Selman Breitmann LLP<br>11766 Wilshire Blvd., Suite 600<br>Los Angeles, CA 90025<br>Tel: 310.689.7041<br>mmoore@selmanlaw.com<br>edagostino@selmanlaw.com<br><br>John Morgenstern<br>O'Hagan Meyer<br>1500 Market Street, East Town, 12th Floor<br>Philadelphia, PA 19102<br>Tel: 215-461-3301<br>jmorgenstern@ohaganmeyer.com<br><br>Carl N. Kunz, III<br>Morris James LLP<br>500 Delaware Ave., Ste. 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Tel: 302.888.6811<br>ckunz@morrisjames.com<br>imccauley@morrisjames.com;<br>lreadinger@morrisjames.com<br>*Counsel for National Casualty Company* |
| Ginny L. Peterson<br>Casey R. Stafford<br>Kightlinger & Gray, LLP<br>One Indiana Square, Ste. 300<br>211 N. Pennsylvania St.<br>Indianapolis, IN 46204<br>Tel: 317.638.4521<br>gpeterson@k-glaw.com | Karen M. Dixon<br>Michael M. Marick<br>Skarzynski Marick & Black LLP<br>205 N. Michigan Ave., Ste. 2600<br>Chicago, IL 60601<br>Tel: 312.946.4200<br>kdixon@skarzynski.com<br>mmarick@skarzynski.com |

6

| | |
|---|---|
| cstafford@k-glaw.com<br><br>Nancy D. Adams<br>Mathilda S. McGee-Tubb<br>Laura Bange Stephens<br>Mintz Levin Cohn Ferris Glovsky & Popeo, PC<br>One Financial Center<br>Boston, MA 02111<br>Tel: 617.546.6000<br>nadams@mintz.com<br>msmcgee-tubb@mintz.com<br>lbstephens@mintz.com<br><br>Matthew A. Hamermesh<br>Ronald P. Schiller<br>Bonnie M. Hoffman<br>Hangley Aronchick Segal Pudlin & Schiller<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103-6933<br>Tel: 215.568.6200<br>mhamermesh@hangley.com<br>rschiller@hangley.com<br>bhoffman@hangley.com<br>*Counsel for Liberty Insurance Underwriters, Inc.* | Joshua D. Weinberg<br>Katherine M. Hance<br>Abigail W. Williams<br>Shipman & Goodwin LLP<br>1875 K St., NW, Ste. 600<br>Washington, DC 20006<br>Tel: 202.469.7750<br>jweinberg@goodwin.com<br>khance@goodwin.com<br>awilliams@goodwin.com<br>*Counsel for Great American Assurance Company* |
| U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St., Ste. 1000<br>Indianapolis, IN 46204<br>Tel: 317.226.6101<br>ustpregion10.in.ecf@usdoj.gov | |

/s/ *Christopher E. Kozak*            /

7