## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: <br><br> USA GYMNASTICS,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-09108-RLM-11 |
| USA GYMNASTICS, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY INSURANCE UNDERWRITERS INC. and DOE INSURERS, <br><br> Defendants. | Adv. Case. No. 19-50012 |

### NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on April 18, 2022 USA Gymnastics, as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Unopposed Motion to Maintain Documents Under Seal* [Adv. Dkt. 634] (the "**Motion to Seal**") with respect to USAG's *Motion for Partial Summary Judgment Against LIU on Indemnity* [Adv. Dkt. 635].

PLEASE TAKE FURTHER NOTICE that the Motion to Seal is set to be heard at a hearing (the "**Hearing**") on **April 27, 2022 at 9:30 a.m. (prevailing Eastern time)**.

PLEASE TAKE FURTHER NOTICE **that any objections to the Motion to Seal must be filed by April 25, 2022 at 12:00 p.m. (prevailing Eastern time)**.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 1099 N. Meridian St., Suite 800, Indianapolis, Indiana 46204.

PLEASE TAKE FURTHER NOTICE **that parties may participate in the Hearing via Zoom for Government**, using this link: https://www.zoomgov.com/j/16175050888. Parties that wish to listen to the Hearing, but not actively participate, may do so by phone:

>Phone: 551-285-1373 or 646-828-7666
>Meeting ID: 161 7505 0888

PLEASE TAKE FURTHER NOTICE that copies of the Motion to Seal may be accessed through the case website at: https://omniagentsolutions.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

Dated: April 20, 2022

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine L. Steege*
Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

-and-

**PLEWS SHADLEY RACHER & BRAUN LLP**
George M. Plews (#6274-49)
Gregory M. Gotwald (#24911-49)
Tonya J. Bond (#24802-49)
Christopher E. Kozak (#35554-49)
1346 N. Delaware St.
Indianapolis, IN 46202
Tel: 317.637.0700
gplews@psrb.com
ggotwald@psrb.com
tbond@psrb.com
ckozak@psrb.com

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Notice of Motion and Hearing* was filed electronically on the date stated above. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Catherine L. Steege*
*Counsel for the Debtor*