# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>　　USA GYMNASTICS,<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |
| USA GYMNASTICS,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., and AMERICAN HOME ASSURANCE COMPANY, AND DOE INSURERS,<br><br>　　　　　　　　Defendants. | Bankr. Adv. Case No. 19-50012 |

**[PROPOSED] ORDER GRANTING RULE 56(D) MOTION FOR LEAVE TO TAKE DISCOVERY REGARDING FACTUAL ISSUES RAISED IN USA GYMNASTICS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST LIU ON INDEMNITY AND TO EXTEND TIME TO RESPOND TO PENDING SUMMARY JUDGMENT MOTION**

Pursuant to Federal Rule of Civil Procedure 56(d) and Federal Rule of Bankruptcy Procedure 7056, Liberty Insurance Underwriters Inc. ("LIU") has moved for leave to take discovery to present facts essential to justifying its opposition to USA

Gymnastics' ("USAG") Motion for Partial Summary Judgment Against LIU on Indemnity (ECF 635, the "Indemnity Motion"), and submitted a Declaration of Ronald P. Schiller demonstrating the grounds for that request. Upon consideration of LIU's Motion and supporting declaration, and any objections thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that LIU may take discovery from USAG pursuant to the following schedule, running from the date of entry of this Order:

- Sixty days for written discovery;
- Thirty days thereafter for depositions; and
- Thirty days thereafter for expert discovery.

It is further **ORDERED** that the deadline for LIU to file a response to the Indemnity Motion is extended until 28 days after this discovery concludes, or such other later date as the Court may order.

SO ORDERED.

Dated: _____                          _____
                                                                              J.