# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | : |
| USA GYMNASTICS, | : Chapter 11 |
| Debtor. | : Case No. 18-09108-RLM-11 |
| | : |
| USA GYMNASTICS, | : |
| Plaintiff, | : Bankr. Adv. Case No. 19-50012 |
| vs. | : |
| ACE AMERICAN INSURANCE COMPANY, *et al.* | : |
| Defendants. | : |

## ORDER GRANTING RULE 56(D) MOTION FOR LEAVE TO TAKE DISCOVERY REGARDING FACTUAL ISSUES RAISED IN USA GYMNASTICS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST LIU ON INDEMNITY

Pursuant to Federal Rule of Civil Procedure 56(d) and Federal Rule of

Bankruptcy Procedure 7056, Liberty Insurance Underwriters Inc. ("LIU") has moved for

leave to take discovery to present facts essential to justifying its opposition to USA

Gymnastics' ("USAG") Motion for Partial Summary Judgment Against LIU on Indemnity (ECF 635, the "Indemnity Motion"), and submitted a Declaration of Ronald P. Schiller demonstrating the grounds for that request. Upon consideration of LIU's Motion and supporting declaration, and any objections thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that LIU may take discovery from USAG in connection with the Indemnity Motion pursuant to the following schedule:

- Written discovery to be completed by July 25, 2022;
- Depositions to be completed by August 29, 2022; and
- Expert discovery to be completed by September 30, 2022.

#   #   #