## CERTIFICATE OF SERVICE

      I, Ronald P. Schiller, hereby certify that on May 18, 2022, I caused Liberty Insurance Underwriters Inc.'s Rule 56(d) Motion for Leave to Take Discovery Regarding Factual Issues Raised in USA Gymnastics' Motion for Partial Summary Judgment Against LIU on Indemnity to be electronically filed via the Court's CM/ECF System, which provided notice to all counsel of record. Parties may access this filing through the Court's electronic filing system.

                                                */s/ Ronald P. Schiller*
                                                Ronald P. Schiller