**SO ORDERED: May 20, 2022.**



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |
|---|---|
| In re:<br><br>USA GYMNASTICS,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |
| USA GYMNASTICS,<br><br>Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY *et al.*,<br><br>Defendants. | Bankr. Adv. Case No. 19-50012 |

**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO
PENDING SUMMARY JUDGMENT MOTION**

Pursuant to Federal Rule of Civil Procedure 56(d), Federal Rule of Bankruptcy Procedure 7056, and Local Rules B-7006-1(b) and B-7056-1, Liberty Insurance Underwriters Inc. ("LIU") has moved for an extension of time to respond to USA Gymnastics' ("USAG") Motion for Partial Summary Judgment Against LIU on

Indemnity (ECF 635, the "Indemnity Motion"), supported by a Declaration of Ronald P. Schiller showing the grounds for that request. Upon consideration of LIU's Motion and any supporting materials, and any objections thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that the deadline for LIU to file a response to the Indemnity Motion is extended until October 28, 2022, or such other later date as the Court may order.

#    #    #