### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>    USA GYMNASTICS,<br><br>                     Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |
| USA GYMNASTICS,<br><br>                     Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY, *et al.*<br><br>                     Defendants. | Bankr. Adv. Case No. 19-50012 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Order Granting Rule 56(D) Motion for Leave to Take Discovery Regarding Factual Issues Raised in USA Gymnastics' Motion for Partial Summary Judgment Against LIU on Indemnity [ECF 657] was served on those parties entitled to notice (1) through the Court's Electronic Case Filing System on May 18, 2022, and (2) via email on May 20, 2022.

                                      HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

                                       */s/ Ronald P. Schiller*
                                      Ronald P. Schiller (admitted *pro hac vice*)
                                      Matthew A. Hamermesh (admitted pro hac vice)
                                      Bonnie M. Hoffman (admitted *pro hac vice*)
                                      One Logan Square, 27th Floor
                                      Philadelphia, PA 19103-6933
                                      (215) 568-6200 (telephone)
                                      (215) 568-0300 (facsimile)
                                      rschiller@hangley.com; mhamermesh@hangley.com; bhoffman@hangley.com

                                      and

            /s/ Ginny L. Peterson
            Ginny L. Peterson, ID No. 20305-41
            KIGHTLINGER & GRAY, LLP
            One Indiana Square, Suite 300
            211 North Pennsylvania Street
            Indianapolis, Indiana 46204
            (317) 638-4521
            gpeterson@k-glaw.com

Dated: May 20, 2022       *Counsel for Defendant Liberty Insurance Underwriters Inc.*