# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |
| USA GYMNASTICS,<br><br>Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY, *et al.*<br><br>Defendants. | Bankr. Adv. Case No. 19-50012 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Order Granting Extension of Time to Respond to Pending Summary Judgment Motion [ECF 658] was served on those parties entitled to notice (1) through the Court's Electronic Case Filing System, and (2) via email on May 20, 2022.

    HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

     */s/ Ronald P. Schiller*
    Ronald P. Schiller (admitted *pro hac vice*)
    Matthew A. Hamermesh (admitted pro hac vice)
    Bonnie M. Hoffman (admitted *pro hac vice*)
    One Logan Square, 27th Floor
    Philadelphia, PA 19103-6933
    (215) 568-6200 (telephone)
    (215) 568-0300 (facsimile)
    rschiller@hangley.com; mhamermesh@hangley.com; bhoffman@hangley.com

    and

   */s/* Ginny L. Peterson
Ginny L. Peterson, ID No. 20305-41
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204
(317) 638-4521
gpeterson@k-glaw.com

Dated: May 20, 2022

*Counsel for Defendant Liberty Insurance Underwriters Inc.*