# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS, INC., | Case No. 18-09108-RLM-11 |
| Debtor. | Adv. Proc. No. 1:19-ap-50012 |

| | |
|---|---|
| USA GYMNASTICS, INC., | ) |
| Plaintiff, | ) |
| vs. | ) |
| LIBERTY INSURANCE UNDERWRITERS INC., | ) |
| Defendant. | ) |

### USA GYMNASTICS' UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

Plaintiff USA Gymnastics, Inc. ("USAG"), with no objection from Defendant Liberty Insurance Underwriters, Inc. ("LIU"), moves to extend the discovery deadlines imposed by the Court's May 18, 2022 order [Adv. Dkt. 657] as more fully explained below. In support of its motion, USAG states:

1. On May 18, 2022, the Court granted LIU's Rule 56(d) motion to take discovery in connection with USAG's *Motion for Partial Summary Judgment on Indemnity*. [Adv. Dkt. 657, at 2.] That Order directed the parties to complete written discovery by July 25, 2022, to complete depositions by August 29, 2022, and to complete expert discovery by September 30, 2022. [*Id.*] By separate order, the Court made LIU's response to the summary-judgment motion due by October 28, 2022. [Adv. Dkt. 658, at 2.]

2. On June 3, 2022, LIU served discovery on USAG. That discovery included 74 requests for production of documents and 21 interrogatories, with responses due 30 days from

service, or July 5, 2022. Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A). The discovery is wide-ranging and inquires about everything from USAG's insurance procurement practices from 2010 all the way through the confirmation of the Chapter 11 Plan earlier this year.

3. On June 26, 2022, USAG served 26 document requests on LIU related to the indemnity issues.

4. USAG has been working diligently to respond to these requests and interrogatories, including by collecting and reviewing potentially responsive documents. However, given the scope of the discovery requests, USAG will be unable to collect, review, and produce the documents by July 5, 2022. That deadline has not yet passed.

5. Therefore, USAG respectfully requests a 30-day extension, through **August 5, 2022**, to respond to LIU's discovery. LIU does not object to this extension.

6. To accommodate this extension, USAG also requests that the Court extend the other discovery deadlines proportionally. Specifically, USAG asks that the Court direct the parties to complete written discovery by **August 26, 2022**; to complete depositions by **September 23, 2022**; to complete expert discovery by **October 21, 2022**; and LIU to respond to the summary-judgment motion by **November 18, 2022**. These deadlines allow the parties the same amount of time to perform each task that would exist in the absence of USAG's extension request. LIU also does not object to the extension of these other deadlines.

**THEREFORE**, USAG respectfully requests that the Court **GRANT** this motion and extend the discovery deadlines as requested in ¶¶5-6 above.

Respectfully submitted,

/s/ *Christopher E. Kozak*          /
George M. Plews, #6274-49
Gregory M. Gotwald, #24911-49
Tonya J. Bond, #24802-49

Christopher E. Kozak, #35554-49
**PLEWS SHADLEY RACHER & BRAUN LLP**
1346 N. Delaware St.
Indianapolis, IN 46202-2415
Tel: 317.637.0700
Fax: 317.534.3506
gplews@psrb.com
ggotwald@psrb.com
tbond@psrb.com
ckozak@psrb.com

*Attorneys for USA Gymnastics, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 5, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| Ginny L. Peterson<br>Casey R. Stafford<br>Kightlinger & Gray, LLP<br>One Indiana Square, Ste. 300<br>211 N. Pennsylvania St.<br>Indianapolis, IN 46204<br>gpeterson@k-glaw.com<br>cstafford@k-glaw.com<br><br>Nancy D. Adams<br>Mathilda S. McGee-Tubb<br>Laura Bange Stephens<br>Mintz Levin Cohn Ferris Glovsky & Popeo, PC<br>One Financial Center<br>Boston, MA 02111<br>nadams@mintz.com<br>msmcgee-tubb@mintz.com<br>lbstephens@mintz.com<br><br>Matthew A. Hamermesh<br>Ronald P. Schiller<br>Bonnie M. Hoffman<br>Hangley Aronchick Segal Pudlin & Schiller<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103-6933<br>mhamermesh@hangley.com<br>rschiller@hangley.com<br>bhoffman@hangley.com<br>*Counsel for Liberty Insurance Underwriters, Inc.* | Catherine L. Steege<br>Melissa M. Root<br>Jenner & Block LLP<br>353 N. Clark St.<br>Chicago, IL 60654-3456<br>csteege@jenner.com<br>mroot@jenner.com<br>*Counsel for Debtor USA Gymnastics* |
| U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St., Ste. 1000<br>Indianapolis, IN 46204<br>ustpregion10.in.ecf@usdoj.gov | |

                                            /s/ *Christopher E. Kozak*       /