**SO ORDERED: July 6, 2022.**



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>       Debtor. | Chapter 11<br><br>Case No. 18-9108-RLM-11 |
| USA GYMNASTICS,<br><br>       Plaintiff,<br><br>v.<br><br>LIBERTY INSURANCE UNDERWRITERS INC.,<br><br>       Defendant. | Adv. Pro. No. 19-50012<br>in 18-09108-RLM-11 |

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

## ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINES

Plaintiff USA Gymnastics ("USAG") has filed a motion to extend the discovery deadlines currently set by the Court's May 18, 2022 order related to USAG's *Motion for Partial Summary Judgment on Indemnity*. Defendant Liberty Insurance Underwriters, Inc. ("LIU") does not object to the extensions. The Court finds that good cause exists for the extension, and so the motion is **GRANTED**. Discovery on this matter shall proceed as follows:

- USAG shall serve its responses to LIU's written discovery by **August 5, 2022**;
- Written discovery on this issue shall be concluded by **August 26, 2022**;
- Depositions on this issue shall be completed by **September 23, 2022**;
- Expert discovery on this issue shall be completed by **October 21, 2022**; and
- LIU shall respond to USAG's *Motion for Partial Summary Judgment on Indemnity* by **November 18, 2022**.

SO ORDERED.

# # #