# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |
| USA GYMNASTICS,<br><br>Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY, *et al.*<br><br>Defendants. | Bankr. Adv. Case No. 19-50012 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Order Granting Motion for Protective Order [ECF 678] was served on those parties entitled to notice (1) through the Court's Electronic Case Filing System, and (2) via email on August 12, 2022.

        HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

        */s/ Ronald P. Schiller*
        Ronald P. Schiller (admitted *pro hac vice*)
        Matthew A. Hamermesh (admitted pro hac vice)
        Bonnie M. Hoffman (admitted *pro hac vice*)
        One Logan Square, 27th Floor
        Philadelphia, PA 19103-6933
        (215) 568-6200 (telephone)
        (215) 568-0300 (facsimile)
        rschiller@hangley.com; mhamermesh@hangley.com; bhoffman@hangley.com

        and

                                          */s/* Ginny L. Peterson  
                                          Ginny L. Peterson, ID No. 20305-41  
                                          KIGHTLINGER & GRAY, LLP  
                                          One Indiana Square, Suite 300  
                                          211 North Pennsylvania Street  
                                          Indianapolis, Indiana 46204  
                                          (317) 638-4521  
                                          gpeterson@k-glaw.com

Dated: August 12, 2022        *Counsel for Defendant Liberty Insurance Underwriters Inc.*