SO ORDERED: August 30, 2022.



Robyn L. Moberly
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 18-9108-RLM-11 |
| USA GYMNASTICS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIBERTY INSURANCE<br>UNDERWRITERS INC.,<br><br>　　　　Defendant. | Adv. Pro. No. 19-50012<br>in 18-09108-RLM-11 |

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINES

Plaintiff USA Gymnastics ("USAG") has filed a motion to extend the discovery deadlines currently set by the Court's July 6, 2022 order related to USAG's *Motion for Partial Summary Judgment on Indemnity*. Defendant Liberty Insurance Underwriters, Inc. ("LIU") does not object to the extensions. The Court finds that good cause exists for the extension, and so the motion is GRANTED. Discovery on this matter shall proceed as follows:

- Written discovery on this issue shall be concluded by September 23, 2022;
- Depositions on this issue shall be completed by October 21, 2022;
- Expert discovery on this issue shall be completed by November 18, 2022; and
- LIU shall respond to USAG's *Motion for Partial Summary Judgment on Indemnity* by December 16, 2022.

SO ORDERED.

#     #     #